**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Walgreen Co., Inc.
   6680 Atlanta Highway
   Montgomery, AL 36116

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_ ☒ Agent ☐ Addressee

B. Received by (Printed Name): LAURIE CARRINGTON
C. Date of Delivery: 5/24/05

D. Is delivery address different from item 1? ☒ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number (Transfer from service label): 7004 0550 0001 1690 4990

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540