**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **BARBARA WILSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   CASE NO.: 2:05CV-00465-D |
| | ) |
| **WALGREEN CO., INC.** | ) |
| | ) |
| **Defendant.** | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rules of the Middle District of Alabama and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Walgreen Co., Inc., ("Walgreen Co.") defendant in the above-captioned action, certifies that:

1.  Walgreen Co. is an Illinois corporation, which issues shares in its own name.

2.  Walgreen Co. has no parents, subsidiaries and/or affiliates that have issued shares or debt securities to the public.

> s/John Richard Carrigan
> John Richard Carrigan (CAR014)
> Alysonne Hatfield (HAT012)
> Ogletree, Deakins, Nash, Smoak & Stewart,
> One Federal Place, Suite 1000
> 1819 5th Avenue North
> Birmingham, Alabama 35203
> Telephone: (205) 328-1900
> Facsimile: (205) 328-6000
> E-mail: richard.carrigan@odnss.com
> E-mail: alysonne.hatfield@odnss.com
> *Counsel for Defendant, Walgreen Co., Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 13, 2005, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jay Lewis, Esq.
Law Offices of Jay Lewis, LLC
P. O. Box 5059
Montgomery, AL  36103

 

s/John Richard Carrigan
John Richard Carrigan (CAR014)
Alysonne Hatfield (HAT012)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One Federal Place, Suite 1000
1819 5th Avenue North
Birmingham, Alabama 35203
Telephone: (205) 328-1900
Facsimile: (205) 328-6000
E-mail: richard.carrigan@odnss.com
E-mail: alysonne.hatfield@odnss.com
*Counsel for Defendant, Walgreen Co., Inc.*