**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **BARBARA WILSON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  CASE NO.: 2:05-CV-00465-D |
| | ) |
| **WALGREEN CO., INC.** | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S EVIDENTIARY SUBMISSION**
**IN SUPPORT OF ITS**
**MOTION FOR SUMMARY JUDGMENT**

Comes now defendant and submits this Evidentiary Submission in Support of Its Motion for Summary Judgment. Defendant relies upon the following evidence:

| | |
|---|---|
| Tab A | Deposition and Exhibits of Plaintiff Barbara Wilson |
| Tab A-1 | Plaintiff's Answers to Interrogatories |
| Tab A-2 | Plaintiff's Initial Disclosures |
| Tab A-3 | Plaintiff's Application Summary |
| Tab A-4 | Plaintiff's Complaint |
| Tab A-5 | Plaintiff's Notes |
| Tab A-6 | Plaintiff's Personal History Record |
| Tab B | Declaration of JoAnn Jones |
| Tab C | Excerpt of Deposition of Candace Epps (Pages 1 - 10 only) |

**WHEREFORE**, defendant respectfully requests that this Court grant its Motion for Summary Judgment, dismiss the plaintiff's claims with prejudice, and award the defendant

its costs in defending against this action.

                                              Respectfully submitted,

                                              s/Alysonne O. Hatfield
                                              J. Richard Carrigan (CAR014)
                                              Alysonne O. Hatfield (HAT012)
                                              Ogletree, Deakins, Nash, Smoak
                                                      & Stewart, P.C.
                                              One Federal Place, Suite 1000
                                              1819 5th Avenue North
                                              Birmingham, AL 35203-2118
                                              Telephone: (205) 328-1900
                                              Facsimile: (205) 328-6000
                                              E-mail: Richard.Carrigan@odnss.com
                                                              Alysonne.Hatfield@odnss.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of March, 2006, I electronically filed the foregoing Defendant's Evidentiary Submission in Support of Its Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Jay Lewis.

                                              s/ Alysonne O. Hatfield
                                              OGLETREE, DEAKINS, NASH,
                                              SMOAK & STEWART, P.C.
                                              One Federal Place, Suite 1000
                                              1819 Fifth Avenue North
                                              Birmingham, Alabama 35203
                                              Telephone: (205)328-1900
                                              Facsimile: (205)328-6000
                                              E-mail: Alysonne.hatfield@odnss.com