# TAB A

In The Matter Of:

# BARBARA WILSON
v.
# WALGREEN CO., INC.

## NO. 2:05-CV-465-D

---

## BARBARA WILSON
## November 10, 2005

---



TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

THE HIGHEST QUALITY IN COURT REPORTING

BARBARA WILSON
WALGREEN CO., INC.

BARBARA WILSON
November 10, 2005

---

**Page 1**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CIVIL ACTION NO. 2:05-CV-465-D

BARBARA WILSON,
    Plaintiff,
vs.
WALGREEN CO., INC.,
    Defendants.

DEPOSITION
OF
BARBARA WILSON
November 10, 2005

REPORTED BY: Stacy L. Lovin
    Court Reporter
    and Notary Public

---

**Page 3**

1        A P P E A R A N C E S
2  FOR THE PLAINTIFF:
3     Ms. Carol R. Gerard
4     Attorney at Law
5     Law Offices of Jay Lewis, LLC
6     847 South McDonough Street
7     Montgomery, Alabama  36103
8  FOR THE DEFENDANT:
9     Mr. Richard Carrigan
10    Attorney at Law
11    Ogletree, Deakins, Nash,
12      Smoak & Stewart, P.C.
13    One Federal Place, Suite 1000
14    1819 Fifth Avenue North
15    Birmingham, Alabama  35203
16      and
17    Mr. Glenn Kaun
18    Attorney at Law
19    Walgreen Co., Inc.
20    200 Wilmot Road
21    Deerfield, Illinois 60015
22  OTHERS PRESENT:
23    Ms. JoAnne Jones

---

**Page 2**

1        S T I P U L A T I O N
2     IT IS STIPULATED AND AGREED,
3  by and between the parties, through their
4  respective counsel, that the deposition
5  of BARBARA WILSON may be taken before
6  Stacy L. Lovin, Court Reporter and Notary
7  Public;
8     That the signature to and
9  reading of the deposition by the witness
10  is waived, the deposition to have the
11  same force and effect as if full
12  compliance had been had with all laws and
13  rules of Court relating to the taking of
14  depositions;
15     That it shall not be necessary
16  for any objections to be made by counsel
17  to any questions, except as to form or
18  leading questions, and that counsel for
19  the parties may make objections and
20  assign grounds at the time of trial, or
21  at the time said deposition is offered in
22  evidence, or prior thereto.

---

**Page 4**

1        I N D E X
2         PAGE:

EXAMINATION BY MR. CARRIGAN     5
EXAMINATION BY MS. GERARD     141

       E X H I B I T S
         PAGE:

Defendant's Exhibit 1    31
Defendant's Exhibit 2    37
Defendant's Exhibit 3    56
Defendant's Exhibit 4    63
Defendant's Exhibit 5    84
Defendant's Exhibit 6    126

---

BARBARA WILSON
WALGREEN CO., INC.

BARBARA WILSON
November 10, 2005

---

Page 5

1   I, Stacy L. Lovin, a court
2 reporter of Birmingham, Alabama, and a
3 Notary Public for the State of Alabama at
4 Large, acting as Commissioner, certify
5 that on this date, as provided by the
6 Federal Rules of Civil Procedure of the
7 United States District Court, and the
8 foregoing stipulation of counsel, there
9 came before me at the Law Office of Jay
10 Lewis, LLC, 847 South McDonough Street,
11 Montgomery, Alabama, on November 10,
12 2005, commencing at 12:57 P.M., BARBARA
13 WILSON, witness in the above cause, for
14 oral examination, whereupon the following
15 proceedings were had:
16
17       BARBARA WILSON,
18 being first duly sworn, was examined and
19 testified as follows:
20
21 EXAMINATION BY MR. CARRIGAN:
22   Q.   State your full name, please.
23   A.   Barbara Lynn Wilson.

---

Page 6

1   Q.   Where do you live, Ms. Wilson?
2
3
4   Q.   How long have you been at that
5 address?
6   A.   Eight years.
7   Q.   Where did you live before
8 that?
9   A.   Rosa L. Parks.
10   Q.   How long were you there?
11   A.   About 15 years.
12   Q.   Where were you born?
13   A.
14   Q.   Have you lived here all your
15 life?
16   A.   Yes.
17   Q.   Where do you work now?
18   A.   Nowhere.
19   Q.   When was your last job?
20   A.   With Walgreen in March 2004 --
21 2005, I'm sorry.
22   Q.   Before Walgreen, where did you
23 work?

---

Page 7

1   A.   Alagold Riverdale.
2   Q.   What's that?
3   A.   It's a company that packs
4 pillars, and I put orders in the
5 computer.
6   Q.   When did you work there?
7   A.   Started in May the 27th, and
8 October 2003 was the last time I worked
9 there.
10   Q.   May?
11   A.   27, I think it was '98.
12   Q.   To October of 2003?
13   A.   Uh-huh.
14   Q.   What was your job there, job
15 title?
16   A.   I was a packer.
17   Q.   Why did you leave that job?
18   A.   They closed.
19   Q.   When did you first work for
20 Walgreens?
21   A.   In February 2004.
22   Q.   What job did you have?
23   A.   I was at the front, working

---

Page 8

1 sales person, and then I went to
2 cosmetic.
3   Q.   Which store did you work in?
4   A.   Brown Springs, down off
5 Atlanta Highway.
6   Q.   Who hired you to work for
7 Walgreens?
8   A.   Mr. Escabar interviewed me
9 first time, and Ms. Jones hired me.
10   Q.   What was your first assignment
11 for Walgreens?
12   A.   The work -- I started off
13 working in the front as a service clerk.
14   Q.   Who was your supervisor?
15   A.   Supervisor at the time,
16 Ms. Jones and Escabar and Greenwood.
17   Q.   Was Ms. Jones the store
18 manager?
19   A.   Yes, she is.
20   Q.   Was Mr. Escabar one of the
21 assistant managers?
22   A.   Yes.
23   Q.   Was Mr. Greenwood an assistant

---

2 (Pages 5 to 8)

Page 9

1  manager?
2      A.   Assistant manager.
3      Q.   Did your job assignment change
4  from service clerk at any time?
5      A.   Uh-huh.
6      Q.   When?
7      A.   It was in March. I only did
8  that for a little while, then I went to
9  cosmetic.
10     Q.   Who else worked in cosmetics
11 when you went to cosmetics?
12     A.   Tantameka Moore.
13     Q.   Is her last name Moore,
14 M-O-O --
15     A.   Moore. I think it's Moore.
16     Q.   What was Tantameka Moore's job
17 title if you remember?
18     A.   She was the head cosmetic.
19     Q.   What was your rate of pay when
20 you were in cosmetics?
21     A.   6.20.
22     Q.   How long did you work in
23 cosmetics?

Page 10

1      A.   Till March 2005.
2      Q.   That would be about a year
3  then?
4      A.   Uh-huh, a year.
5      Q.   Have you had any employment
6  since March of 2005?
7      A.   No.
8      Q.   Have you sought employment
9  since March of 2005?
10     A.   Yes.
11     Q.   Where did you seek employment?
12     A.   The Hyundai plant, and I went
13 to CVS.
14     Q.   When did you go to Hyundai?
15     A.   I didn't understand the
16 question.
17     Q.   When did you apply to Hyundai?
18     A.   It was like -- I can't
19 remember exactly when I applied, but it
20 was -- what month, I can't remember when.
21     Q.   When did you apply to CVS?
22     A.   It was like -- I think like
23 three months ago.

Page 11

1      Q.   Which store in CVS did you
2  apply to?
3      A.   The one Lower Wetumpka Road.
4      Q.   Which road?
5      A.   Lower Wetumpka Road.
6      Q.   Why did you leave Walgreens?
7      A.   Because I was up under a lot
8  of stress and emotional stress, and I
9  just couldn't take it. I left because of
10 my -- for my health reasons. I was
11 really up under a lot of stress and
12 emotional stress there. I really was.
13     Q.   Did you seek any medical
14 treatment for that?
15     A.   I went to my doctor, and he --
16 in March, and he gave me some anxiety.
17 Yes, he did. I did.
18     Q.   What did he give you?
19     A.   Some anxiety pills.
20     Q.   Who is your doctor?
21     A.   Dr. Jeffrey Mathis.
22     Q.   Where is he located?
23     A.   Seaton Road.

Page 12

1      Q.   How do you spell that?
2      A.   Seaton. S-e-a-t-o-n.
3      Q.   Okay. Did he tell you what
4  your diagnosis was?
5      A.   No. He just said I was having
6  anxiety attacks and it could be caused
7  from stress.
8      Q.   Do you recall what he
9  prescribed for you?
10     A.   Can't remember, but I have it.
11 Can't remember.
12     Q.   Ativan?
13     A.   Yes. Starts with an A, yeah.
14     Q.   What was the nature of the
15 stress that you felt you were subjected
16 to at Walgreens?
17     A.   When I was going to work each
18 and every day, you know, after -- I just
19 was going through like -- every time I go
20 to work just wasn't nothing right, which
21 I know it was. You know, and they always
22 put me -- make me felt like it wasn't
23 nothing I was doing right and always

BARBARA WILSON
WALGREEN CO., INC.

BARBARA WILSON
November 10, 2005

Page 13

1 complaining about different things, and
2 that caused me, you know, to get upset
3 and emotionally stressed and cry all the
4 time. And I just couldn't take it, you
5 know, because I know I was doing my job.
6 And I was -- every time I always asked
7 them what's the problem, you know, what I
8 do wrong. I don't even know what I be
9 doing wrong. And it really got to me. I
10 couldn't take it anymore. And it was
11 like a stressful situation to me. It's
12 nothing I did to them. Always
13 something wrong.
14     Q.   What's a reset?
15     A.   A reset is a thing that they
16 changed like if it has a change of
17 products and they have to redo the sets.
18 You know, like, for instance, the shampoo
19 area, we have to redo that whole area and
20 change the mylars and different things
21 like that, you know, in case things have
22 to be taken off the shelf or something
23 new replaced there.

Page 14

1     Q.   When you did resets, how long
2 should that take to do the resets?
3     A.   It all depends on how big is
4 it. It depends on the size of it.
5     Q.   Okay. Were there any
6 particular resets you had trouble with?
7     A.   I was doing Maybelline, I
8 think that's what it was, and the problem
9 was that the little fixture that they had
10 to order wouldn't fit. And so -- and
11 that's the only problem I'm having at the
12 time. Ms. Jones told me just to start
13 from one end and work it in the middle
14 and we'll see what's missing. And when I
15 came back the next day, there was a
16 problem with it. They was complaining
17 about it.
18     Q.   Who was complaining about it?
19     A.   Escabar was one of them.
20 Mr. Escabar.
21     Q.   Did you ever tell Mr. Escabar
22 you thought he was the devil?
23     A.   Yes, I did because I had a bad

Page 15

1 day that day. And when I came in, I came
2 in with a good feeling, you know, because
3 I always go in -- when I go in, I go in
4 happy. I try to be happy because
5 sometimes I hate going to work because of
6 the way they make me feel. And so he
7 picks at me, makes me cry. He made me
8 cry that day in front of employees and
9 customers that was in there.
10     Q.   How did he make you cry?
11     A.   Because he hollered at me. He
12 yelled at me. He said what's wrong, I
13 try to help you. I did this. And he was
14 yelling at me. And I was trying to
15 explain to him what Ms. Jones told me to
16 do, to start from one end. I couldn't
17 fix it if there wasn't all the parts
18 there for me to finish it.
19     Q.   Was there anyone else present
20 at the time?
21     A.   Yes, Erma, Erma Freeman, she
22 was there, and Tantameka was standing
23 there.

Page 16

1     Q.   Tell me what you remember
2 doing that day.
3     A.   I just had came in. It wasn't
4 very long when I came in. I had just
5 came in, like, it was after four. And I
6 didn't really stay there that long
7 because when I got there he was yelling.
8 I was just fixing to go in the back and
9 pull the stuff that finish up Maybelline,
10 start on Maybelline. And at the time,
11 Mr. Escabar walked over, and he said what
12 did you do. You know, he was telling me
13 that you didn't do nothing. You know, he
14 was yelling at me. And I didn't -- I got
15 emotionally stressed. And at that time,
16 they called me to the office, and I
17 didn't really have a chance to do
18 anything. And they called me to the
19 office, like, twice.
20     Q.   Who called you to the office?
21     A.   I think Mr. Bergeron called me
22 to the office. He was back there with
23 them.

Tyler Eaton Morgan Nichols & Pritchett Inc.

BARBARA WILSON
WALGREEN CO., INC.

Page 17

1   Q.   What was his job?
2   A.   He was assistant manager.
3   Q.   Did you go back to the office?
4   A.   Yes, I did.
5   Q.   And what did you say and what
6   did he say?
7   A.   He was talking to me, asking
8   me what was wrong, why I was upset, why
9   this wasn't finished.  And I was telling
10  him -- I couldn't explain nothing.  When
11  I try to explain, look like I don't be --
12  they don't want to hear what I have to
13  say.  And he was really -- I don't know.
14  He was just really like he just came
15  picking at me that day.  He always,
16  always pick at me all the time.
17  Q.   Mr. Bergeron or Mr. --
18  A.   Mr. Bergeron never picked at
19  me.
20  Q.   Okay.
21  A.   Escabar, one of them, yeah.
22  Q.   What did you tell Mr. Escabar
23  that day?

Page 18

1   A.   I tell him, I say, why are
2   you -- I said, why are you yelling at me.
3   I said, I'm trying to, you know, finish
4   this, and I can't do it, you know.  And
5   you -- and I said, I can't finish it
6   because they're going to have to order
7   the parts.  That's what I told him.  And
8   I said, Ms. Jones told me to start on
9   this end and come to the middle and then
10  we're going to see what's missing.  I
11  couldn't even explain that to him.  I
12  couldn't really say nothing because he
13  wouldn't allow me to say nothing.  He
14  started yelling and hollering, talking
15  about this ain't finished, that ain't
16  finished.  I just couldn't really say
17  anything.
18  Q.   Do you remember anything else
19  that Mr. Escabar said that day?
20  A.   He said -- he said, I'm going
21  to have to write you up.  I remember him
22  telling me that.  And at the time, when
23  they said I was written up the first

Page 19

1   time, I don't have no knowledge of being
2   written up the first time.  I never been
3   to the office for that.
4   Q.   When Mr. Escabar told you he
5   would have to write you up, what did you
6   do?
7   A.   I didn't do nothing.  And he
8   just -- it's nothing I could say.  I
9   didn't say anything.  I just went back to
10  my area, and then they called me back in.
11  When they called me back in, that's when
12  they had the paper for me to sign.  And I
13  was told that this was going to be my
14  last time getting written up.  I had one
15  more time to get writ up.  And I was
16  like, I didn't know nothing about the
17  first time I got written up because
18  didn't nobody ever call me to the office
19  about it.  That's why.  I was shocked
20  about when they told me I had one more
21  time to get written up.  That was just my
22  first time that I know of.
23  Q.   Did you sign?

Page 20

1   A.   No, I did not.
2   Q.   Did you refuse to sign?
3   A.   Yes.
4   Q.   Who asked you to sign?
5   A.   Ms. Jones.
6   Q.   Was she the store manager?
7   A.   Yes.
8   Q.   After you refused to sign,
9   what did you do?
10  A.   I just -- I told her, I
11  said -- I asked her, I said, I don't have
12  to sign this because I know I was right
13  and was wronged, you know.  And then I
14  went back out there and started working.
15  And I was really emotionally stressed.
16  And then I just came back out.  And I
17  just decided to make my mind up, and I
18  just quit because I couldn't take it no
19  more.  I was tired of being stressed out
20  and crying.
21  Q.   Did you ask to go outside to
22  make a phone call?
23  A.   Yes.  I told Tantameka to

Tyler Eaton Morgan Nichols & Pritchett Inc.

Page 21

1  watch the area while I go and make a
2  phone call.
3      Q.   Who did you call?
4      A.   I called my mom because I was
5  really upset.
6      Q.   What did you tell your mom?
7      A.   I was just telling her how
8  emotional -- how I felt and I was upset
9  crying, and I don't understand why, you
10  know, I have to go through this when I
11  come to work all the time, because she
12  know because I talk to her about it a
13  lot. And every time I went to work I'm
14  always getting upset, crying, and, you
15  know, I didn't understand that. Why I
16  should have to go to work and be happy?
17  I shouldn't have to be crying every time
18  I go to work mostly, and upset.
19      Q.   After you talked to your
20  mother, what did you do?
21      A.   I went back in.
22      Q.   How long?
23      A.   I'd say about -- I'm not -- I

Page 22

1  don't remember how long. Because after
2  that they had called me to the office.
3      Q.   Okay. And then you left?
4      A.   The second time they called me
5  to the office to sign, I left.
6      Q.   Did you go back to the office,
7  or did you just leave when they called
8  you?
9      A.   I just went and got my jacket,
10  and I left. No, I didn't go back.
11      Q.   Did you ever have a discussion
12  with Ms. Jones about a reset that you
13  were doing in which she told you of the
14  last day for the reset and you were not
15  getting it done fast enough?
16      A.   Yes, I have had -- yes, I did.
17      Q.   What are PMs?
18      A.   It's a -- certain products
19  that are in cosmetics that you can get --
20  that you sell in cosmetic. If you sell
21  it and you get PMs off it, like the money
22  -- you know, you can make money by
23  offering PMs.

Page 23

1      Q.   Were PMs payments that would
2  be made to you for sale of particular
3  cosmetic products?
4      A.   Yes.
5      Q.   Was there a record kept of how
6  many PMs you received?
7      A.   Yes, I guess they had it. I
8  don't -- I only went by my check.
9      Q.   Did you apply for a position
10  as head cosmetician or senior beauty
11  advisor at any time?
12      A.   The second time after it was
13  posted. The first time I had no
14  knowledge of it. The second time, after
15  Angela left, yes.
16      Q.   When you applied for the head
17  cosmetician position, were you
18  interviewed?
19      A.   Yes.
20      Q.   Who interviewed you?
21      A.   Mr. Wallace.
22      Q.   When did he interview you?
23      A.   I can't remember quite when.

Page 24

1      Q.   Was it in late January of '05?
2      A.   I can't remember. Probably.
3  I can't remember exactly when.
4      Q.   Did you have a scheduled
5  interview that you were unable to attend?
6      A.   Yes. But I rescheduled. He
7  told me to come in, and I did go to it.
8  I couldn't make it because my daughter,
9  and I did go to the next one. He
10  rescheduled for me.
11      Q.   On the reschedule, did he come
12  to the store where you were working?
13      A.   No. I went to -- yes, he did
14  come to the -- that one that time. Yes,
15  he did.
16      Q.   When he interviewed you at the
17  store, what happened in that interview?
18      A.   Me, him, and Mr. Escabar I
19  think -- I don't remember his name, but
20  his name is Escabar, but he is assistant
21  manager at Perry Hill at the time. And
22  we was sitting there talking, and he was
23  asking me questions about it, would I

BARBARA WILSON
WALGREEN CO., INC.

BARBARA WILSON
November 10, 2005

Page 25

1　like to -- you know, he was explaining to
2　me how I work and how I have to come to
3　work, and he was explaining a lot of
4　stuff like that to me; would I be --
5　would I like to be, you know, head
6　cosmetic person.  He was telling me that
7　my PMs was real good and I had a chance
8　to be head cosmetic person.  But he say
9　he have to have -- go through someone
10　else before he let me know to hire me.
11　Q.　Did you withdraw your name
12　from consideration for that job?
13　A.　Yes, I did.
14　Q.　When did you withdraw your
15　name?
16　A.　I can't remember when.
17　Q.　Why did you withdraw your
18　name?
19　A.　Because I was put under a lot
20　of stress after that.  And I was really
21　up under a lot of stress, like I couldn't
22　do my duty and finding faults what I was
23　doing at the store I was at, and that was

Page 26

1　really upsetting me.  And I know I could
2　have did it, but every day I came in
3　there was some complaint about this
4　wasn't right, that wasn't right, so that
5　made me felt like I couldn't do it, and I
6　know I could have.
7　Q.　So there were complaints about
8　your work every day?
9　A.　Yes.
10　Q.　And that was at which store?
11　A.　At Walgreen on Brown Spring
12　Road, Atlanta Highway.
13　Q.　Atlanta Highway?
14　A.　Uh-huh.
15　Q.　And Mr. Wallace considered you
16　for a head cosmetician job at a different
17　store, Perry Hill Road --
18　A.　Right.
19　Q.　-- correct?
20　A.　Uh-huh.
21　Q.　And you withdrew your name
22　from consideration at the Perry Hill
23　Road, is that right?

Page 27

1　A.　Yes.
2　Q.　Who followed Mr. Wallace as
3　manager of the Perry Hill Road store?
4　A.　I don't understand.  Could you
5　repeat that.
6　Q.　Is Mr. Wallace still the
7　manager of the Perry Hill Road store?
8　A.　No.
9　Q.　Did he leave?
10　A.　Yes.
11　Q.　Who replaced him as manager of
12　the Perry Hill Road?
13　A.　Ms. Epps.
14　Q.　Ms. Epps.  Did you ever talk
15　to Ms. Epps about being head cosmetician
16　at the Perry Hill Road store?
17　A.　No, I didn't.
18　Q.　You said that there were
19　complaints about your work every day.
20　Who complained about your work?
21　A.　Ms. Jones and Mr. Escabar are
22　the only two I really had problems with.
23　Q.　What was the nature of their

Page 28

1　complaints about your work?
2　A.　Like when I -- I worked four
3　to 11 on Sunday.  And Monday morning when
4　I come in like -- or I guess overnight,
5　whoever be working, leave boxes behind
6　the counter, cosmetics.  And I know I
7　have -- I clean the area out.  And when I
8　come back, there be boxes there that
9　morning, and they be complaining about
10　it.  Ms. Jones complain about it like I
11　left it there.  And I know I be cleaning.
12　I tell her that overnight must have did
13　it.  She really, like, ignored me.  So I
14　really couldn't explain myself about
15　nothing.
16　Q.　So one of the complaints that
17　you remembered was boxes being left in
18　your work area?
19　A.　Yes.  And Escabar, for
20　instance, he had me to pack something up
21　for inventory, and it was some picture
22　frames.  And he told me it took two
23　boxes, but it had to take three boxes.

7 (Pages 25 to 28)

BARBARA WILSON
WALGREEN CO., INC.

BARBARA WILSON
November 10, 2005

Page 29

1  And then when I packed them up, and he
2  came back and dumped them on the floor
3  and say this not packed right; it's not
4  packed right. So he just dump them on
5  the floor and start yelling. So that
6  upset me, you know, because I did my
7  best. And I told him it took three
8  boxes, couldn't take two. And he had
9  Darryl to repack the boxes. And Darryl
10  came and told me, he said, I don't even
11  see what the problem was; it still had to
12  take three boxes to pack it.
13    Q.   What is Darryl's last name?
14    A.   I don't know Darryl last name.
15    Q.   So you recall an occasion that
16  Mr. Escabar complained about the way you
17  had packed picture frames?
18    A.   Yes.
19    Q.   And they were repacked by
20  Darryl?
21    A.   Yes.
22    Q.   Okay. Anything else?
23    A.   And when I come in, like, I

Page 30

1  had during a reset, and I had some mylars
2  was on the cart we had. And I left them
3  on the cart. And when I came back -- I
4  have no knowledge when they come back the
5  next day and move the mylars off the
6  cart. And I asked Ms. Jones, and I told
7  her I needed some more mylars because I
8  couldn't find the ones I had. She
9  wouldn't give them to me. She wouldn't
10  reprint some. She said, well, I'm going
11  to keep these. I'm going to keep these.
12  I'm not going to use -- she didn't give
13  them to me. And at the time, Missy was
14  assistant manager there, and she went and
15  reprint some more and brought them to me.
16  And that's the only way I could have
17  finished them resets.
18    Q.   The mylars were missing?
19    A.   Yes. And Missy reprinted them
20  for me, and that's the only way I
21  finished the reset.
22    Q.   Did you make any notes of any
23  complaints that were made about your

Page 31

1  work?
2    A.   Yes.
3    Q.   How many of those notes did
4  you make?
5    A.   I have two, and I brought some
6  today.
7    Q.   Okay.
8        MR. CARRIGAN:  Could you mark
9  this.
10        (Whereupon, Defendant's
11        Exhibit 1 was marked for
12        identification.)
13    Q.   What I've marked as
14  Defendant's Exhibit 1, Ms. Wilson, are
15  your answers to some interrogatories in
16  request for production of documents in
17  this case. Do you recognize that?
18    A.   Could you repeat. I didn't
19  understand.
20    Q.   Do you know what this is,
21  Defendant's Exhibit 1?
22    A.   Yes, I remember seeing this.
23  It's something that I did. I mean, I had

Page 32

1  typed. Yes, I remember this. That I had
2  gave to the lawyer. I remember doing
3  this.
4    Q.   There are two notes that are
5  attached to this, one of them is dated
6  January 25, 2005, one of them is dated
7  January 5, 2005. Do you have any other
8  notes besides those?
9    A.   Uh-huh.
10    Q.   Where are the other notes?
11    A.   The other notes.
12        MS. GERARD:  I don't know if
13  it's attorney-client privilege. Jay had
14  asked her to draft something as to the
15  other incidents, and she pretty much
16  verbally told you what was in the paper.
17  I don't really have a problem with it.
18  There is really not much to it. I could
19  get you a copy if you would like.
20        MR. CARRIGAN:  Please.
21        MS. GERARD:  It's just not --
22  would you like to go off the record --
23        MR. CARRIGAN:  Please.

Page 33

1    MS. GERARD: -- and I'll get
2 that.
3        (Said deposition was in recess
4        at 1:28 P.M. until 1:31 P.M.,
5        after which the following
6        occurred:)
7    Q.   (BY MS. CARRIGAN:)  What
8 happened on January 25th between you and
9 Ms. Jones?
10   A.   On January 25?
11   Q.   Yes.
12   A.   I know -- that's when she was
13 complaining about -- I think it was,
14 like, the resets and the boxes and stuff
15 were behind the counter.  And she was
16 saying that this looked like a hog pen,
17 and she was just complaining about it, it
18 looked like a hog pen and it needed to be
19 cleaned up, this mess and when Tan come
20 back, I don't want her to come and catch
21 it like this.  She was complaining about
22 a lot of stuff.  I didn't have no peace.
23       I know it was the reset.  On

Page 34

1 that day it was the reset, when I was
2 doing the reset.  And then she was --
3 that's what she was complaining about,
4 the reset needed to be finished and it
5 wasn't done right.  And I didn't have the
6 mylars.  I couldn't finish it.  And her
7 and Mr. Greenwood were talking.  And it
8 was -- I wasn't sure; I think they were
9 talking about me.
10      But, you know, I was really
11 upset about it because I couldn't work in
12 peace there.  And I tried my best, and I
13 tried to do it, and I just -- it was
14 really hard.  I know I did my work.  I
15 did it each and every day.
16      When she was complaining about
17 the boxes and stuff and it wasn't cleaned
18 up.  And I did my best.  And overnight
19 come and mess it up, and I tell her about
20 it, you know, next day when I come in.
21 That's when I told her.  I don't have any
22 control overnight.  When I come in, I try
23 to tell her I didn't do it.  She just

Page 35

1 ignore.  So I felt really stressed out
2 there.  I felt stressed out every day I
3 went to work, every single day.
4    Q.   There are copies of two notes
5 in the attachments to the interrogatory
6 answers, which are Defendant's Exhibit 1.
7 Were there any other notes that you
8 prepared during the time that you worked
9 at Walgreens about problems you had at
10 Walgreens?
11   A.   No.
12   Q.   The note for January 5, I'm
13 not sure I can understand it.  Can you
14 read that for me, please?
15   A.   Ms. Jones at Walgreen was
16 picking at me about the reset that I was
17 doing and said this is the last day for
18 the reset.  I am keeping the mylars that
19 you reprinted -- that she reprinted, did
20 not give them to me, and I could not find
21 the mylars that I had and that was the
22 only way I was going to finish the reset.
23 Started complaining about me -- about my

Page 36

1 sales in cosmetic.  I was doing good in
2 my sales and PMs.
3    Q.   Was that the note for January
4 5 or January 25?
5    A.   Oh.  January 25.
6    Q.   Could you read the note for
7 January 5, please.
8    A.   Okay.  Ms. Jones was picking
9 at me on Wednesday the 5th -- on the 5th,
10 '05.  She started finding things that
11 wasn't right in cosmetic.  Said we need
12 to clean up this hog pen.  It wasn't
13 dirty.  She was talking about me to
14 Mr. Greenwood and Escabar.  And I thought
15 cosmetic was going to run better than
16 this while Tan was gone.  But it's not
17 nothing wrong with cosmetic.  And half of
18 the time she did not speak.
19   Q.   Okay.  Now, what is that
20 comment about Tan being gone?
21   A.   Tan was on -- I think she was
22 on vacation.  And she was saying she
23 thought that cosmetic would be run better

9 (Pages 33 to 36)

BARBARA WILSON
WALGREEN CO., INC.

Page 37

1 than this while Tan was away on vacation.
2 And she didn't want Tan to come back and
3 see it like a hog pen. She going to be
4 very disappointed, that's what she was
5 saying. And the sales was -- something
6 was wrong with the sales. Was nothing --
7 I was good in my sales. I was good in my
8 PMs. And I didn't see nothing was wrong
9 with cosmetic. I did my best.
10     MR. CARRIGAN: Would you mark
11 this as the next exhibit, please.
12     (Whereupon, Defendant's
13     Exhibit 2 was marked for
14     identification.)
15     Q.    Ms. Wilson, do you recognize
16 Defendant's Exhibit 2?
17     A.    Yes.
18     Q.    What is that?
19     A.    This is when I first filed for
20 the -- the lawsuit. I remember this.
21     Q.    In the initial disclosures you
22 identify three people as witnesses who
23 have information about your claims. You

Page 38

1 mentioned yourself, you mentioned Angela,
2 and there is no last name given. Do you
3 know her last name?
4     A.    No, I don't know Angela's last
5 name.
6     Q.    And you mentioned JoAnne
7 Jones. Is JoAnne Jones the lady who's at
8 the end of the table here?
9     A.    Yes.
10     Q.    What information does Angela
11 have about your claims in this case?
12     A.    I don't understand the
13 question.
14     Q.    You listed her as a possible
15 witness about the case. What does she
16 know that might be important to this
17 case?
18     A.    When she first -- when I first
19 started training her, she was telling me
20 that she was going to be the head
21 cosmetic person. She know they were
22 really upset at me, and I was -- that she
23 was going to be paid, like, two dollars

Page 39

1 more than me, eight dollars. And she was
2 saying that I trained her better than
3 Tan. And she said she even mentioned it
4 to Ms. Jones how I trained -- how good I
5 was training her. And she said she
6 didn't understand why the position wasn't
7 offered to me when I first started
8 training her.
9     Q.    Which position was that?
10     A.    For -- I was training her for
11 head cosmetic. But I was a regular
12 cosmetic person.
13     Q.    What position is head cosmetic
14 person you're talking about?
15     A.    That's the one that's -- she's
16 over the head -- she over the -- she have
17 people that work up under her in
18 cosmetic. She's over the -- everything
19 that have to be done, like she tell you
20 when the resets have to be done and what
21 your job duty you have to do.
22     Q.    Where was that position?
23     A.    At Walgreen Brown Spring Road.

Page 40

1     Q.    So Angela was the head
2 cosmetician at Walgreen Brown Springs?
3     A.    No. She was head cosmetic at
4 Perry Hill Road.
5     Q.    Is that a different store?
6     A.    Yes.
7     Q.    Did you ever work at the Perry
8 Hill Road store?
9     A.    No.
10     Q.    Did you ever apply for a job
11 at the Perry Hill Road store?
12     A.    Yes. After I had applied for
13 the head cosmetic the second time.
14     Q.    Okay. Now, and I need to
15 re-ask that question. Second time what?
16     A.    The first time I had no
17 knowledge that the position was open, so
18 that's why I had applied for it when it
19 came up when Angela quit Perry Hill store
20 Walgreen.
21     Q.    Okay. Did you apply to the
22 Perry Hill store before Angela was
23 selected?

10 (Pages 37 to 40)

BARBARA WILSON
WALGREEN CO., INC.

---

Page 41

1　　A.　No.  Because I didn't know it
2　was open, the position was open.
3　　Q.　Did you apply to the Perry
4　Hill store after Angela left?
5　　A.　Yes.
6　　Q.　You were interviewed for that
7　job and you withdrew your name from
8　consideration, correct?
9　　A.　Yes.
10　　Q.　When the first -- okay.  When
11　did you first learn that there was a
12　Perry Hill store?
13　　A.　I can't quite remember.  I
14　think it was in June.
15　　Q.　Do you have any children?
16　　A.　Yes.
17　　Q.　Do you have a daughter?
18　　A.　Yes.
19　　Q.　How old is your daughter?
20　　A.
21　　Q.　Did you ever talk to anybody
22　about wanting to be the head cosmetician
23　at Perry Hill before Angela was selected?

Page 42

1　　A.　No.  Because I -- no, I
2　didn't.
3　　Q.　Okay.  Who -- do you know who
4　made that selection?
5　　A.　Ms. Jones.
6　　Q.　Was Ms. Jones your manager?
7　　A.　She was my store manager.
8　　Q.　Would you say she was familiar
9　with your qualifications and your job
10　performance?
11　　A.　Yes.
12　　Q.　Did you ever tell her that you
13　wanted to be head cosmetician at Perry
14　Hill?
15　　A.　No, because I didn't know the
16　position was open for it.
17　　Q.　You knew it was a new store,
18　correct?
19　　A.　Yes, I knew it was a new
20　store.
21　　Q.　Who did you think was going to
22　be the head cosmetician?
23　　　MS. GERARD:  I object to that.

Page 43

1　　Q.　Okay.  I'll rephrase it.  Did
2　you understand that there would be a head
3　cosmetician position at the new Perry
4　Hill store?
5　　A.　Yes.
6　　Q.　Okay.  Did you ask anyone to
7　place you in that position as head
8　cosmetician at the Perry Hill store when
9　it first opened?
10　　A.　No.
11　　Q.　When did you first meet
12　Angela?
13　　A.　In June 2004.
14　　Q.　During what period of time did
15　you work with Angela in the Brown Springs
16　store?
17　　A.　I'm not sure.  I can't
18　remember how long.  I can't remember that
19　period of time.
20　　Q.　Was it six months?
21　　A.　I'm not sure.
22　　Q.　Was it a week?
23　　A.　I'm not sure.  It might be a

Page 44

1　month.  I'm not sure.
2　　Q.　Might be a month, but you
3　don't know how long it was?
4　　A.　No, I don't.
5　　Q.　When was it?
6　　A.　It was in June.
7　　Q.　Okay.
8　　A.　It was in June.
9　　Q.　June 2004.  And when did she
10　start as head cosmetician at Perry Hill?
11　　A.　When the store opened up, and
12　I think it was like between the end of
13　June or the beginning of July.
14　　Q.　Do you know what Angela's
15　previous employment history was?
16　　A.　Yes.
17　　Q.　What was her previous
18　employment history?
19　　A.　She told me she was working --
20　she used to do dealing with films,
21　camera.  She used to work in a studio
22　taking pictures.  That's what she told
23　me.

BARBARA WILSON
WALGREEN CO., INC.

Page 45

1  **Q.** Who did she work for?
2  **A.** Angela?
3  **Q.** Uh-huh.
4  **A.** I have no idea.
5  **Q.** Other than what Angela knew
6  about her own employment history and
7  about the time that you worked with her
8  training her in the Brown Springs store,
9  do you know of any other information that
10 Angela has about this case?
11  **A.** She just told me that she
12 never had no experience in doing
13 cosmetics. She really applied for
14 doing -- she wanted to work in photo, but
15 Ms. Jones felt that she would be better
16 in cosmetic. And she brought her to me
17 to train and said she didn't want to work
18 in cosmetic. She wanted to do photo.
19  **Q.** Anything else?
20  **A.** And she was just telling me
21 how good I was training her and how much
22 she made. She told me that also.
23  **Q.** Eight dollars an hour?

Page 46

1  **A.** Yes.
2  **Q.** And you also list JoAnne Jones
3  as a person who has information about
4  this case. What information does
5  Ms. Jones have about this case?
6  **A.** She sent Angela -- she knew I
7  had the experience in the position. And
8  she -- I didn't know -- that she didn't
9  even post it. I didn't even know it was
10 going to be open because I was, like,
11 there for the two months and I didn't
12 know. She didn't even let me know it was
13 open. I felt that she should have came
14 to me and let me know, let me have a
15 choice to apply for it. And she had
16 brought Angela in, and I had to train her
17 for the position. And she had no prior
18 experience in it, but -- which I did, and
19 Ms. Jones knew that.
20  **Q.** Is there anything else?
21  **A.** No.
22  **Q.** Your initial disclosures,
23 which were submitted in this case in

Page 47

1  July, said, "Plaintiff has no documents
2  believed to be relevant to this matter at
3  this time other than the EEOC charge of
4  discrimination and the Walgreens
5  compensation plans attached hereto." At
6  the time that that initial disclosure was
7  submitted, did you have the notes that
8  were subsequently attached to your
9  interrogatory answers?
10  **A.** I don't understand what you're
11 saying.
12  **Q.** This document, Defendant's
13 Exhibit 2, said you had no documents
14 relevant to the case except your EEOC
15 charge and some compensation plans.
16  **A.** Uh-huh.
17  **Q.** The second document we
18 received from you, the interrogatories,
19 which are marked as Defendant's Exhibit
20 1, have two handwritten notes that are
21 dated January of 2005. Did you have
22 those notes at the time you completed the
23 initial disclosures which are Defendant's

Page 48

1  Exhibit 2?
2  **A.** No.
3  **Q.** Beg your pardon?
4  **A.** No.
5  **Q.** When did you get these notes?
6  **A.** After the prior time and after
7  they learned about the lawsuit. That's
8  when I started having problems, problem
9  with complaining and picking, after that.
10 That's when I started documenting the
11 notes.
12  **Q.** Do you know when the lawsuit
13 was filed?
14  **A.** Yes.
15  **Q.** When?
16  **A.** It was filed in October.
17  **Q.** You mean the EEOC charge?
18  **A.** I think it's around -- might
19 be July. I'm not sure. I'm not sure. I
20 can't remember that.
21  **Q.** Okay. Did you have the notes
22 from January 5 and January 25 at the time
23 that you completed the initial

12 (Pages 45 to 48)

BARBARA WILSON
WALGREEN CO., INC.

Page 49

1   disclosures?
2           MS. GERARD:  Objection.
3   Because she's not the one who completed
4   the initial disclosures.  Her attorneys
5   did.
6       Q.   Okay.  So if your attorney
7   said, "Plaintiff has no documents
8   believed to be relevant to this matter at
9   this time other than the EEOC charge of
10  discrimination and the Walgreen
11  compensation plan attached hereto," then
12  your attorney was mistaken, right?
13          MS. GERARD:  Objection.
14      Q.   Why weren't those notes
15  mentioned in your initial disclosures?
16          MS. GERARD:  Objection.
17      A.   I have no idea.  I don't know
18  that.
19      Q.   Okay.  Was your EEOC charge
20  dismissed?
21      A.   I don't know.
22      Q.   Let me show you another
23  attachment to your interrogatory

Page 50

1   responses.  It's a document of the U.S.
2   Equal Employment Opportunity Commission
3   entitled "Dismissal and Notice of
4   Rights."  Did you receive that?
5       A.   Yes.
6       Q.   How many children do you have?
7       A.   Two.
8       Q.   Okay.  You mentioned a
9   _____ar-old daughter before.  Who is your
10  other daughter?
11      A.   She's a 21 year old.
12      Q.   Why didn't you mention her
13  before?
14      A.   Because you asked me how old
15  my daughter is.  I don't know.  I can't
16  remember that.
17      Q.   The 21 year old, do you know
18  whether she ever applied to work at a
19  Walgreen store?
20      A.   Yes.
21      Q.   Which Walgreen store did she
22  apply to work at?
23      A.   Brown Spring.

Page 51

1       Q.   Did she ever apply to Perry
2   Hill?
3       A.   No.
4       Q.   When did your daughter apply
5   to work at Brown Springs?
6       A.   I can't remember when that --
7   she was -- I can't remember.
8       Q.   Did you ever talk to Ms. Jones
9   about your daughter applying to work for
10  Walgreens?
11      A.   Yes.
12      Q.   When was that?
13      A.   I can't remember that either.
14      Q.   Do you know whether -- does
15  your 21-year-old daughter live in the
16  same household as you do?
17      A.   No.
18      Q.   Did you ever talk to Ms. Jones
19  about your 21-year-old daughter working
20  at the Perry Hill store?
21      A.   Yes.  That's when it opened
22  up, yes.
23      Q.   Okay.  What was your

Page 52

1   conversation with Ms. Jones about your
2   daughter working at the Perry Hill store?
3       A.   I asked her did I -- did she
4   know could she hire her for the Perry --
5   hire her, you know, interview for her to
6   apply for a job there.  But she came in
7   for the interview, but she never did call
8   her to come work.
9       Q.   When was that conversation?
10      A.   I have no idea.
11      Q.   Was it when the Perry Hill
12  store was opening?
13      A.   At that time I think it was
14  already open.  I'm not sure.
15      Q.   How did you know that there
16  was a possibility that your daughter
17  could apply to work at the Perry Hill
18  store?
19      A.   I don't understand.
20      Q.   You talked to Ms. Jones about
21  your daughter applying to the Perry Hill
22  store, correct?
23      A.   Uh-huh.

13 (Pages 49 to 52)

BARBARA WILSON
WALGREEN CO., INC.

Page 53

1    Q.   How did you learn that your
2  daughter might apply to the Perry Hill
3  store?
4    A.   Because my daughter had
5  mentioned it to me, and she was saying
6  that -- she asked me to ask Ms. Jones to
7  help her get a job at Perry Hill store.
8  She just said at Walgreens.  She didn't
9  say at what store.  And that's -- at the
10  time, that's when I learned, when my
11  daughter mentioned it to me and I had
12  mentioned it to Ms. Jones.
13    Q.   What did you learn?
14    A.   Learned -- that's when she
15  wanted to apply for it, and she asked me
16  to bring my daughter -- tell my daughter
17  put an application in online, to come in
18  and do it online, and she did.  And when
19  she did, she never had no response.  She
20  came in for an interview, but she never
21  was called in to work.
22    Q.   And that was which store,
23  Brown Springs?

Page 54

1    A.   She came to Brown Springs and
2  did the application.
3    Q.   Put in an application online?
4    A.   Yes, in the back, yes, at
5  Brown Springs.
6    Q.   Did you ever put in an
7  application online?
8    A.   Yes.
9    Q.   When?
10    A.   It was during February of
11  2000 -- February 2004.
12    Q.   What application did you put
13  in online in February of 2004?
14    A.   At Walgreen.
15    Q.   What did you apply for at that
16  time?
17    A.   I just had applied for just
18  sales person or what position was open at
19  the time.
20    Q.   What was the result of your
21  application online?
22    A.   I was called in like two
23  days -- I think it's like two days or

Page 55

1  three days, the next day -- next day to
2  come in.
3    Q.   Who called you in?
4    A.   Escabar.
5    Q.   Is that how you first got
6  hired at Walgreens?
7    A.   That's how -- I went for an
8  interview with him, and he told me that I
9  had to do another interview with
10  Ms. Jones before I was hired.
11    Q.   Did you make any other
12  application online?
13    A.   No.
14    Q.   Why not?
15    A.   I didn't.  That was the only
16  application I put online because I really
17  don't -- at the time I didn't have no
18  computer like that one so I didn't do it
19  online.  Most applications I used to just
20  go in and make at the place in an
21  employment office.
22    MR. CARRIGAN:  Would you mark
23  this as the next.

Page 56

1    (Whereupon, Defendant's
2    Exhibit 3 was marked for
3    identification.)
4    Q.   Do you know what that is,
5  Ms. Wilson?
6    A.   That's the application
7  summary.
8    Q.   Is that the summary of
9  information that you made about your
10  application?
11    A.   Yes.
12    Q.   Okay.  In the application
13  summary it indicates that you had
14  previously worked at Alagold Riverdale in
15  Montgomery under Maxine Walker as a
16  packer, is that right?
17    A.   Yes.
18    Q.   And it indicates your store
19  preferences as 6680 Atlanta Highway,
20  Store No. 7746; and 2281 East South
21  Boulevard, Store 6843; is that correct?
22    A.   Yes.
23    Q.   Is 6680 Atlanta Highway, Store

14 (Pages 53 to 56)

BARBARA WILSON
WALGREEN CO., INC.

BARBARA WILSON
November 10, 2005

Page 57

1  No. 7746 also a store you call Brown
2  Springs?
3      A.  Yes.
4      Q.  Is the 2281 East South
5  Boulevard, Store No. 6843 called South
6  Boulevard or Southern Boulevard store?
7      A.  I guess.  I have no knowledge.
8  I guess so.
9      Q.  What positions did you
10 indicate in your application summary that
11 you were interested in performing?
12     A.  At the time, I think I had put
13 in for the service clerk and whatever
14 position was open, and photo lab,
15 whatever position was open at the time.
16
17
18     A.  Yes.
19     Q.  Is that your correct address?
20     A.  Yes.
21     Q.  Are those phone numbers still
22 correct?
23     A.  Not the cell phone.

Page 58

1      Q.  Okay.  Do you have a different
2  cell phone number now?
3      A.  Yes.
4      Q.  What is your cell phone number
5  now?
6      A.
7      Q.  Ms. Wilson, in Defendant's
8  Exhibit 1, which are your answers to
9  interrogatories, there is an attachment
10 labeled "Addendum to the Charge of
11 Discrimination of Barbara Lynn Wilson."
12 Is that something that you signed?
13     A.  Yes.
14     Q.  Who typed this?
15     A.  Lawyer Jay Lewis.
16     Q.  When did you tell JoAnne Jones
17 that you wished to be considered for
18 promotion to higher positions?
19     A.  When I first started and she
20 was telling me that you could make more
21 money in cosmetic.  And I was telling her
22 that, yes, I do want to make more money
23 in the position, you know, higher -- I

Page 59

1  wanted -- I just didn't want to make no
2  money because that's why I was there, to
3  make money in the position.  That's when
4  I first started in cometic.  And she was
5  telling me that you can make money by
6  doing PMs.  You can make -- and I want
7  it.  I stated I did want to make more
8  money.
9      Q.  She told you you could make
10 money by PMs and you said you wanted to
11 make more money?
12     A.  I wanted to make money, yes.
13 And I mean that.
14     Q.  What else was said in that
15 conversation, if you recall?
16     A.  I can't remember.  It's been a
17 while.
18     Q.  When you learned that Angela
19 was going to be head cosmetician at the
20 Perry Hill store, did you make any
21 internal complaints within Walgreens?
22     A.  No.
23     Q.  Did you ask Ms. Jones to make

Page 60

1  you head cosmetician at the Perry Hill
2  store?
3      A.  No.
4      Q.  How long had Ms. -- I'm sorry,
5  how long had Angela been at Walgreens at
6  the time you met her?
7      A.  I was there like two months.
8  She had just came in like -- when I met
9  her, I think it was like a day or two
10 when I met her.
11     Q.  You had been there a few
12 months?
13     A.  Yes.
14     Q.  Where did she work before?
15     A.  Me?
16     Q.  Where did she work before?
17     A.  She said she worked -- she
18 stated to me that she worked with photo,
19 and she used to do photo sets and stuff.
20 That's what she was telling me she had
21 done.
22     Q.  Do you know where she worked?
23     A.  No.

Tyler Eaton Morgan Nichols & Pritchett Inc.

BARBARA WILSON
WALGREEN CO., INC.

BARBARA WILSON
November 10, 2005

Page 61

1     Q.   When were you first treated by
2   Dr. Mathis?
3     A.   It was in March 2005.
4     Q.   Is that the first time you
5   ever visited Dr. Mathis?
6     A.   He is my primary doctor.
7     Q.   When were you first treated by
8   Dr. Mathis?
9     A.   I don't remember because he
10   had been my doctor.
11     Q.   Several years?
12     A.   Yes.
13     Q.   Do you know who Leon Jones is?
14     A.   No.
15     Q.   Did you ever meet with the
16   EEOC investigator who was investigating
17   your charge?
18     A.   Yes.
19     Q.   Do you know the name of the
20   EEOC investigator who investigated your
21   charge?
22     A.   I know it was Mr. Jones, but I
23   couldn't remember the name.

Page 62

1     Q.   What did you tell Mr. Jones?
2     A.   I remember telling him about
3   how I had trained Angela for the position
4   and that what she had told me that she
5   was getting trained for the head cosmetic
6   position and I had no knowledge that it
7   was -- the position was open for head
8   cosmetic and it was never posted for me
9   to know.
10       And I was telling him that --
11   how Angela said how well I was training
12   her and she went to Ms. Jones about it
13   and tell her -- even also stated to
14   Ms. Jones that -- how good I was training
15   her and I was training her better than
16   Tan, that's what she told me.
17       And I was telling him how
18   upset I was about not having the
19   position, you know, was recognized for
20   the position.  And he asked me a lot more
21   questions.
22       And he was asking me about how
23   well I got along with Tan.  And I have no

Page 63

1   problem with Tan.  And he asked me did we
2   go to the same church.  He asked me a lot
3   of things.
4     Q.   What else do you remember
5   telling him?
6     A.   Basically, I think that I just
7   only remember telling him what I said
8   about Angela.  Because it's been a while,
9   I can't remember everything that I had
10   told him.
11       MR. CARRIGAN:  Mark this as
12   the next Defendant's Exhibit, please.
13       (Whereupon, Defendant's
14       Exhibit 4 was marked for
15       identification.)
16     Q.   Do you recognize that
17   document, which is Defendant's Exhibit 4,
18   Ms. Wilson?
19     A.   I can't remember that one.
20     Q.   You don't remember it?
21     A.   Uh-uh.
22     Q.   I will tell you that that's
23   the complaint filed on your behalf in

Page 64

1   this case.  Have you not read it before?
2     A.   I can't remember if I have.
3     Q.   When was your lawsuit filed
4   against the company?
5     A.   It was in October.
6     Q.   No.  That's your EEOC charge.
7     A.   Around July.  I'm not sure.
8     Q.   I think the complaint shows a
9   filing date of May.
10     A.   May.
11     Q.   Would you agree that your
12   complaint was filed in May of 2005?
13     A.   I don't remember.  I can't
14   remember.
15     Q.   You don't remember?
16     A.   Uh-uh.
17     Q.   At the time your complaint was
18   filed in this lawsuit, had you already
19   quit?
20     A.   No.
21     Q.   When did you quit?
22     A.   In March.
23     Q.   Does March come before May?

16 (Pages 61 to 64)

Page 65

1      A.  But I don't remember.  I
2  really don't remember this.  No.
3      Q.  You quit in March of 2005.
4  And you don't remember when your
5  complaint was filed and you don't know
6  whether that was the complaint filed on
7  your behalf in this case?
8      A.  I don't remember.
9      Q.  Did you ever talk to anybody
10  about cross-training?
11      A.  Could you restate that about
12  cross-training.
13      Q.  Did you ever talk to anybody
14  at Walgreens about cross-training?
15      A.  I don't understand
16  cross-training.
17      Q.  Okay.  Look at paragraph 15 of
18  the complaint that's in front of you.
19  Paragraph 15 says, "On at least two
20  separate occasions Wilson notified the
21  white male store manager that she wanted
22  to advance with the employer's company
23  through promotion and cross-training."

Page 66

1  Do you make any claim that you ever asked
2  for cross-training?
3      A.  I don't remember this.
4      Q.  Did you ever have a white male
5  store manager?
6      A.  Male?
7      Q.  Yes.
8      A.  Yes.  Assistant manager.
9      Q.  Well, did you ever have a
10  white male store manager?
11      A.  No.  Mr. Wallace.
12  Mr. Wallace.
13      Q.  Okay.  When was Mr. Wallace
14  your store manager?
15      A.  I don't remember when.  It's
16  when Ms. Jones was opening up -- helped
17  to open the new store on Perry Hill.  It
18  was during that time.
19      Q.  Okay.  When Ms. Jones was
20  opening up Perry Hill, you say
21  Mr. Wallace was your store manager?
22      A.  He was there at the store at
23  the time.

Page 67

1      Q.  Okay.  The Brown Springs --
2      A.  Right.
3      Q.  Okay.  Store.  Did you ever
4  have any conversation with Mr. Wallace
5  about wanting to advance with the company
6  through promotion and cross-training?
7      A.  I don't remember that.  I
8  don't remember.
9      Q.  So do you know why there would
10  be an allegation in your complaint that
11  on two separate occasions you notified
12  your white male store manager that you
13  wanted to advance with the company
14  through promotion and cross-training?
15      A.  Only time I can remember when
16  we was talking about when I applied for
17  the head position the second time, and I
18  was telling him that I did want to be
19  promoted and I did want to apply for the
20  head cosmetic position at the Perry Hill
21  store, and I did want to be promoted
22  then.
23      Q.  That was in January of 2005?

Page 68

1      A.  I'm not sure when, but that's
2  when I had talked to them.  That's the
3  time I can remember talking to him about
4  it.
5      Q.  And shortly after that you
6  withdrew your application for the --
7      A.  Yes.
8      Q.  -- Perry Hill head cosmetician
9  position?  Okay.  Paragraph 17 says, "The
10  store manager took no action on her
11  request."  Did Mr. Wallace interview you?
12      A.  Yes, he did.
13      Q.  Okay.  Did he come to the
14  store where you were working to interview
15  you?
16      A.  Yes, the second time, yes.
17      Q.  Paragraph 18 of your complaint
18  says, "During June 2004 Wilson was
19  assigned to train a newly hired white
20  female to fill a head cosmetician's
21  position at the employer's new Perry Hill
22  Road Montgomery store.  The hiring
23  decision was made by a white person."

BARBARA WILSON
WALGREEN CO., INC.

BARBARA WILSON
November 10, 2005

Page 69

1  Who are you referring to as the white
2  female to fill the head cosmetician
3  position at the Perry Hill Road store?
4      A.  Angela.
5      Q.  And you say "the hiring
6  decision was made by a white person." Do
7  you know who that was?
8      A.  Ms. JoAnne Jones.
9      Q.  Paragraph 19 says, "The
10 position was filled by a white female who
11 was significantly less qualified than
12 Wilson." Why do you feel that Angela was
13 less qualified than you?
14     A.  Because she had no prior
15 experience in cosmetics. At the time I
16 was already doing it, I was in there, and
17 I feel that I was good enough to train
18 her. And she didn't have no knowledge of
19 it until I started training her.
20     Q.  How much experience did you
21 have with cosmetics at that time?
22     A.  Two months.
23     Q.  Okay. Paragraph 20 says, "The

Page 70

1  Montgomery position was never posted,
2  thus Wilson had no opportunity to apply
3  for it." In fact, you did apply for the
4  head cosmetician position, right?
5      A.  The second time.
6      Q.  The second time. And then you
7  withdrew your application the second
8  time?
9      A.  Yes.
10     Q.  Paragraph 21 says, "During May
11 2004, the employer filled head
12 cosmetician's position in the employer's
13 Prattville store. The hiring decision
14 was made by a white person." Do you know
15 anything about a head cosmetician
16 position in the Prattville store?
17     A.  No, I don't remember that.
18     Q.  Okay. Well, why is that in
19 your complaint?
20         MS. GERARD:  Objection.
21     Q.  You may answer.
22     A.  I have no idea. I don't
23 remember that.

Page 71

1      Q.  Did you ever apply for a head
2  cosmetician position at the Prattville
3  store?
4      A.  No.
5      Q.  Do you know who got the head
6  cosmetician position at the Prattville
7  store?
8      A.  I don't know.
9      Q.  Do you have any idea what the
10 experience is of the person who got the
11 head cosmetician position at the
12 Prattville store?
13     A.  No.
14     Q.  Paragraph 23 of your complaint
15 says, "At least one other black
16 cosmetician has been denied a promotion
17 in favor of a less qualified, newly hired
18 white applicant." Do you know who that
19 refers to?
20     A.  No.
21     Q.  Okay. Do you know Kim
22 Freeman?
23     A.  I don't know her. I don't

Page 72

1  know her. Like I haven't -- I only met
2  her once.
3      Q.  Okay. When did you meet Kim
4  Freeman?
5      A.  At a -- in Birmingham at a
6  cosmetic thing that they have up there
7  every year. So that's when I met her, in
8  Birmingham. That was the first time I
9  ever met her and the last time I met her.
10     Q.  Do you know whether she ever
11 tried to get the head cosmetician job at
12 the Perry Hill store?
13     A.  I have no knowledge of that.
14 I don't know.
15     Q.  If she and you were both
16 candidates for the head cosmetician job
17 at the Perry Hill store, who do you think
18 should get the job?
19         MS. GERARD:  Objection.
20     A.  Well, I don't know because I
21 don't know about her experience. I don't
22 know.
23     Q.  If she had been in cosmetics

18 (Pages 69 to 72)

BARBARA WILSON
WALGREEN CO., INC.

BARBARA WILSON
November 10, 2005

Page 73

1 longer than you, do you think she should
2 get the job instead of you?
3     A.   Yes.  If she has the
4 experience more than me, yes.
5     Q.   But you don't know what her
6 experience is?
7     A.   No.
8     Q.   If you applied for the job and
9 she didn't apply for it, do you think
10 that she should get it instead of you?
11         MS. GERARD:  Objection.
12     A.   I didn't understand what you
13 were saying.
14     Q.   Okay.  If you did apply for
15 that job but she didn't apply for that
16 job, even though she has more experience,
17 do you think she should get it or do you
18 think you should get it?
19         MS. GERARD:  Objection.
20     A.   Yes.
21     Q.   Should she get it or should
22 you get it, if she had more experience
23 but didn't apply?

Page 74

1     A.   If she had more experience,
2 yes.
3     Q.   Even if she didn't apply?
4     A.   No, because she didn't apply.
5 I don't know what her experience is so I
6 can't answer that.  I don't know.
7     Q.   Okay.  Do you think whether or
8 not she applied should make a difference?
9     A.   I don't know.
10     Q.   Paragraph 23 of your complaint
11 also says, "Another fully qualified and
12 trained black employee has been denied a
13 promotion to store manager."  Who are you
14 referring to there?
15         MS. GERARD:  Objection.
16     A.   I have never seen -- I don't
17 know.
18     Q.   Do you know Candace Epps?
19     A.   Yes.
20     Q.   Okay.  Have you talked to her
21 about your case?
22     A.   I haven't talked to her.  I
23 don't talk to her about my case.

Page 75

1     Q.   Never?
2     A.   Just -- well, I don't remember
3 because I don't see her and I don't even
4 talk to her.
5     Q.   Did you talk to her about your
6 application to be head cosmetician at the
7 Perry Hill Road store?
8     A.   No.
9     Q.   Not ever?
10     A.   I can't remember if I have.  I
11 only talked to Mr. Wallace that I know
12 of.
13     Q.   Okay.  Who did you tell that
14 you wanted to withdraw your name from
15 consideration for that job?
16     A.   Well, I didn't -- I talked to
17 Mr. -- when they were asking me about it,
18 Mr. Greenwood.  He was telling me about
19 it, and I told him I don't think I'm
20 going to take the position.  So really I
21 didn't talk to anybody about it.  I
22 didn't even talk to her about it.  I
23 don't remember if I have talked to her.

Page 76

1 It's been a while.  I don't remember.
2     Q.   Do you know what her
3 qualifications are?
4     A.   All I know she's a store
5 manager.
6     Q.   What store is she manager of?
7     A.   Perry Hill.
8     Q.   Do you know when she became
9 manager of Perry Hill?
10     A.   No.  I can't remember that.
11     Q.   Do you know what Walgreens'
12 policy about posting vacant positions is?
13     A.   I know it's supposed to be --
14 they believe in like promoting in the
15 company, and they supposed to post the
16 position if it come open, you know, for
17 the position, let you know what's open if
18 it's not posted.  The position was not
19 posted so I didn't know.  And I know
20 they're supposed to promote into the
21 company.
22     Q.   What is the source of your
23 information about the posting policy?

19 (Pages 73 to 76)

BARBARA WILSON
WALGREEN CO., INC.

BARBARA WILSON
November 10, 2005

Page 77

1   A.   Could you rephrase that
2 another way.  I don't know what you're
3 saying.
4   Q.   You said that you knew they
5 had a policy about posting.  How did you
6 learn about that policy?
7   A.   They have a handbook I had
8 received when I first got there.
9   Q.   What does the handbook say
10 about posting?
11   A.   I can't remember.  It's been a
12 while when I first read that.  It's been
13 a while when I read that.
14   Q.   What do you think it says
15 about posting?
16   A.   Well, to my knowledge, I think
17 it's like -- it's when a position come
18 open that you think the person that might
19 be experienced for the position, capable
20 of doing the position, it should be
21 posted to get the person that's in the
22 store a chance to apply for it.  And
23 that's my knowledge to it.

Page 78

1   Q.   Okay.  How did you know that
2 the head cosmetician job at Perry Hill
3 was vacant?
4   A.   Angela told me.
5   Q.   And did you apply for it?
6   A.   No.  She told me.  I didn't
7 even know it was vacant until she told me
8 that's what she was -- I was going to be
9 the head cosmetic person at Perry Hill.
10   Q.   So when she left, was that
11 posted?
12   A.   Yes, the second time it was.
13   Q.   And when it was posted, you
14 applied for it?
15   A.   Yes.
16   Q.   And you withdrew your
17 application?
18   A.   Yes.
19   Q.   So when paragraph 30 says,
20 "Wilson was denied promotion to the
21 higher position by virtue of the fact
22 that the position was never posted in
23 accordance with the policies of the

Page 79

1 employer, preventing her from directly
2 applying for it," that statement is wrong
3 because it was posted and you did apply
4 for it, right?
5   A.   The second time.
6   Q.   Yes.
7   A.   Not the first time.
8   Q.   Okay.  What does a senior
9 beauty advisor do?
10   A.   She's head of the -- she's
11 head of cosmetic, and she's -- like I
12 stated, she's over the cosmetic workers,
13 she makes sure everything is right, and
14 she gives them a duty to do and she have
15 to make a list for them to do things
16 every day and make sure the resets is
17 right; she have to go behind them.  And
18 she have to make sure you're doing your
19 sales.  She talks to you about your sales
20 and PM and some different things she
21 gives you to do and make sure it's right.
22   Q.   Is that what Tantameka Moore
23 does?

Page 80

1   A.   Yes.
2   Q.   In the two months that you had
3 been in cosmetics, had you ever been --
4 as of June 2004, in the two months that
5 you had been in cosmetics, had you ever
6 been senior beauty advisor?
7   MS. GERARD:   Objection.  It
8 misstates the facts.
9   A.   Could you repeat that.
10   Q.   In June of 2004 you had been
11 in cosmetics for two months, right?
12   MS. GERARD:   Objection.
13   A.   Uh-huh.
14   MR. CARRIGAN:   Could you
15 explain the basis of your objection.
16   MS. GERARD:   Yes.  She was in
17 cosmetics for three months.  She started
18 in 3/04, so March, April, May.
19   MR. CARRIGAN:   Your testimony
20 differs from the testimony of the witness
21 because several times she said two
22 months.
23   MS. GERARD:   No.  She said she

BARBARA WILSON
WALGREEN CO., INC.

BARBARA WILSON
November 10, 2005

---

Page 81

1  moved into cosmetics one month after
2  beginning. So we're looking at 2/04 she
3  started. 3/04 she moved to cosmetics.
4  So 3/04 to June is three months.
5      MR. CARRIGAN: Okay. Do you
6  need to caucus with her because she
7  testified she'd been there two months?
8      MS. GERARD: No, she did not.
9      MR. CARRIGAN: Okay. Okay.
10  In June of 2004 -- well, I think she did,
11  but the transcript will show what it
12  shows.
13      Q.    When did you start in
14  cosmetics?
15      A.    I think it was like in March.
16  I'm not sure.
17      Q.    Okay.
18      A.    It might be April. I'm not
19  sure. Sometime in probably late March or
20  April.
21      Q.    Okay. In June of 2004 you had
22  been in cosmetics for two or three
23  months, is that right?

Page 82

1      A.    Yes.
2      Q.    Had you been senior beauty
3  advisor at that time?
4      A.    No. No more than when Tan go
5  on vacation. That's the only time.
6      Q.    When did Tan go on vacation?
7      A.    I'm not sure. I can't
8  remember.
9      Q.    Is Tan white?
10      A.    Black.
11      Q.    What information did JoAnne
12  Jones have about your ability to be a
13  senior beauty advisor as of June 2004?
14      A.    Could you -- I don't
15  understand what you're saying.
16      Q.    In June of 2004 what
17  information did JoAnne Jones have about
18  your ability to be a senior beauty
19  advisor?
20      A.    She never came to me about
21  nothing like that. No more when Tan
22  goes -- when Tan was out sick and on
23  vacation, I just used to be over -- you

Page 83

1  know, make lists for the other people to
2  do. Mr. Escabar used to tell me to do
3  that.
4      Q.    Who else worked in cosmetics
5  during the time that you were in
6  cosmetics at that store?
7      A.    I do remember at the time I
8  know Alexis, and I don't remember the
9  other girl name. And Rosa used to do
10  that sometime, but she was a service
11  clerk, and she used to work there
12  sometime on Sunday nights.
13      Q.    When did Alexis first work in
14  cosmetics?
15      A.    I have no idea.
16      Q.    When did Rosa first work in
17  cosmetics?
18      A.    She was just like a part-time
19  in cosmetics sometimes. She really
20  worked the front.
21      Q.    Do you know when she first
22  worked in cosmetics?
23      A.    No.

Page 84

1      Q.    The other person whose name
2  you don't remember, what do you remember
3  about her?
4      A.    She just was a cosmetic
5  person. She was just in cosmetics.
6  That's all I can remember.
7      Q.    How long was she in cosmetics?
8      A.    I have no idea.
9      MR. CARRIGAN: Would you mark
10  this as the next Defendant's Exhibit.
11      (Whereupon, Defendant's
12      Exhibit 5 was marked for
13      identification.)
14      Q.    Ms. Wilson, I've shown you a
15  document that's been marked as
16  Defendant's Exhibit 5 that was turned
17  over by your lawyer today. Seems to be
18  dated August -- I'm sorry, November 8,
19  2005. Is that something that you
20  prepared?
21      A.    Yes.
22      Q.    Okay. When did you prepare
23  it?

21 (Pages 81 to 84)

Page 85

1    A.  I prepared it like -- it was
2  two days ago.
3    Q.  Why did you prepare it?
4    A.  Because I had put it in my
5  notes of the other paper, and I just put
6  it down here, my emotions, stress I went
7  through there.  And I just wanted to show
8  what I did go through there at the time,
9  and I was really stressful.  So that's
10 why I put all this down in words.
11   Q.  That was something you
12 prepared for this litigation?
13   A.  Yes.
14   Q.  You gave, in that document,
15 some examples of things that you felt
16 were unfair treatment.  One was the
17 incident you've already mentioned about
18 Mario Escabar complaining about the way
19 you had packed some frames and having
20 them repacked.
21   A.  Yes.
22   Q.  What other examples do you
23 have of what you consider to be unfair

Page 86

1  treatment?
2    A.  Unfair treatment.  When it
3  stated when Ms. Jones used to always
4  complain about my area in cosmetics that
5  wasn't done right.  And she always found
6  fault in my -- when I was doing my
7  resets.  You know, things was just always
8  something every day.  It was little picky
9  stuff every day she was complaining
10 about.  And at this time, while she was
11 complaining, that really got me
12 emotionally.  And I have cried, and she
13 have seen me cry plenty of time.  And she
14 have talked to me.  You know, I have
15 cried because I was letting her know that
16 I was trying my best to do my job and it
17 looked like I couldn't do nothing right,
18 you know, and they always had me stressed
19 out every day.  And so that's -- they
20 were picking about a lot of little
21 things, everything I did.  It don't
22 matter what I did; it was always
23 something about this not right, that's

Page 87

1  not right.
2    And like I was telling you
3  about the boxes, and I -- I never --
4  overnight used to leave the boxes behind
5  the counter.  I used to make sure I want
6  to move them because I learned -- I know
7  how she was, and I didn't want to give
8  her no reason to pick at me about it.  So
9  I used to tell her about it the next
10 morning when I come in.  But I always
11 have to work front until someone comes in
12 and then I go to cosmetic.  And then she
13 never -- she always ignored me.  I
14 couldn't really explain myself about
15 nothing.  So that got to me, and I got
16 emotionally stressed out.
17   I was really emotionally
18 stressed out every day I went up in
19 there.  All the time.  And I mean, I had
20 got to the point I didn't even want to go
21 to work because I was -- I was too
22 stressed out.  I couldn't deal with the
23 stress anymore.  So -- and that's -- and

Page 88

1  I was really happy.  And I thought I was
2  supposed to be working in a place that I
3  supposed to be glad to go to work and
4  happy and do these things, you know, did
5  my job, which I did my job each and every
6  day I came in.  But it was nothing always
7  right.  They always complained about what
8  I did, and I couldn't even understand
9  what was wrong.  And so that's caused me
10 to have stress on me.  And it really did.
11 It really bother me every day about
12 little things they was picking me about.
13   Q.  The little things included
14 that there were boxes in the area?
15   A.  Boxes.
16   Q.  And you said --
17   A.  And they're facing not right
18 or something, you know.
19   Q.  When you said you didn't
20 understand what was wrong, you knew what
21 was wrong about the boxes?
22   A.  Yes.
23   Q.  But you blamed somebody else

22 (Pages 85 to 88)

BARBARA WILSON
WALGREEN CO., INC.

BARBARA WILSON
November 10, 2005

Page 89

1   about that, right?
2        A.   I didn't blame anyone else for
3   it.  I was telling her that overnight
4   left it there, which I didn't do it.  And
5   I tried to move it because I know how she
6   be complaining about it, so that's why I
7   get there and I try to tell her.  Because
8   she gets there before I be able to move
9   it because I be working on front until
10  somebody comes in and then I have to go
11  to cosmetic.  And --
12       MS. GERARD:  I'm sorry.
13  Finish.  Are you finished?
14       THE WITNESS:  Uh-huh.
15       MS. GERARD:  I'd like to take
16  a break if that's possible.
17       MR. CARRIGAN:  Sure.
18       (Said deposition was in recess
19       at 2:36 P.M. until 2:47 P.M.,
20       after which the following
21       occurred:)
22       Q.   (BY MR. CARRIGAN:)
23  Ms. Wilson, what is the name of your

Page 90

1   21-year-old daughter?
2        A.   Demetra Jones.
3        Q.   Where does she live?
4        A.   She live on Park Manor, in
5   Park Manor.
6        Q.   I'm sorry?
7        A.   In Park Manor.
8        Q.   What's the address there?
9        A.   I think it's 3022.
10       Q.   3022 Park Manor?
11       A.   Uh-huh.
12       Q.   You said you didn't understand
13  what Ms. Jones was complaining about, but
14  you did understand that she didn't like
15  boxes being left in the cosmetic area.
16       A.   And other items.
17       Q.   Okay.  You did understand that
18  with the reset that you had not finished
19  the reset as quickly as they wanted you
20  to?
21       A.   Yes.
22       Q.   You blame the boxes on
23  somebody at overnight?

Page 91

1        A.   Yes.
2        Q.   Okay.  And you -- how often
3   did that come up about the boxes?  Is
4   that a single occasion or was that more
5   than once?
6        A.   It's more than once.
7        Q.   How many times?
8        A.   I'd say mostly every week I
9   came in.  I work Sunday nights.
10       Q.   So every week when you work
11  Sunday nights there was a problem with
12  the boxes?
13       A.   The next morning other items
14  be left there.
15       Q.   So during the period of time
16  that you worked there, that happened
17  every week, was that 50 times, 30 times,
18  ten times?
19       A.   I don't know.
20       Q.   Okay.  When is the first time
21  there was a problem with the boxes?
22       A.   I can't remember exactly when
23  the first time.

Page 92

1        Q.   Was it summer, winter, fall,
2   spring?
3        A.   I don't remember exactly when.
4        Q.   When was the first time that
5   you were criticized about not completing
6   the reset?
7        A.   The time I remember after
8   Mr. Jones, the CEO, he came.  It was
9   during that time, and I don't remember
10  exactly when.
11       Q.   The first problem with the
12  reset that you remember was when
13  Mr. Jones was there, the EEOC
14  investigator?
15       A.   Uh-huh.
16       Q.   Did you tell Mr. Jones about
17  the problem with the reset?
18       A.   I don't remember.
19       Q.   Why did you leave Alagold
20  Riverdale?
21       A.   The plant closed.  They sold
22  it, and they moved.
23       Q.   Why did you give a different

23 (Pages 89 to 92)

BARBARA WILSON
WALGREEN CO., INC.

BARBARA WILSON
November 10, 2005

---

Page 93

1  answer in your interrogatories?
2      A.   I don't understand.
3      Q.   In your interrogatory
4  responses you said, "Production worker,
5  if I did not make production, I received
6  six dollars per hour, which was
7  insufficient;" is that correct?
8      A.   Yes.  To make six dollars per
9  hour, you had to make production.
10     Q.   Well, all right.  Did you not
11 make the production?
12     A.   Yes.
13     Q.   Okay.
14     A.   Yes.
15     Q.   So did you have a problem
16 there because of your production?
17     A.   No.
18     Q.   Okay.  As far as you were
19 concerned, everything was great at
20 Alagold?
21     A.   Yes.  I had no problem.
22     Q.   When you applied to Walgreens,
23 do you remember what you told Walgreens

---

Page 94

1  was your reason for leaving Alagold?
2      A.   That the plant had closed and
3  I wasn't working.  It was closed.
4      Q.   Is that what it says on
5  Defendant's Exhibit 3?  I'm sorry, that's
6  my copy.  There should be another copy in
7  here.  Why did you tell Walgreens that
8  the reason for leaving was not
9  applicable?
10     A.   I did not tell them that.  I
11 did not tell them that.  It is closed.
12         MR. CARRIGAN:  Okay.  It's
13 2:55.
14         MS. GERARD:  Thank you so
15 much.
16         MR. CARRIGAN:  We'll take a
17 break until you can get back.
18         (Said deposition was in recess
19         at 2:55 P.M. until 3:05 P.M.,
20         after which the following
21         occurred:)
22     Q.   (BY MR. CARRIGAN:)
23 Ms. Wilson, have you ever been involved

---

Page 95

1  in any other lawsuits?
2      A.   No.
3      Q.   You ever been a witness in a
4  case before?
5      A.   No.
6      Q.   Have you ever given testimony
7  in any proceeding?
8      A.   No.
9      Q.   Other than Dr. Seaton, what
10 other physicians have treated you?
11         MS. GERARD:  Excuse me.  It's
12 Dr. Mathis.
13     Q.   I'm sorry, Dr. Mathis on
14 Seaton Road.  Other than Dr. Mathis, what
15 other physicians have treated you?
16     A.   No one.
17     Q.   No one.  Has your proscription
18 for Ativan changed at any time?
19     A.   No.
20     Q.   Do you still have a current
21 prescription for that?
22     A.   I have it, but I wasn't able
23 to get it filled.

---

Page 96

1      Q.   What efforts have you made to
2  find employment since leaving Walgreens
3  other than what you've already described?
4      A.   Just going doing applications
5  like every -- I think I go like every
6  week I was putting in applications, and
7  some days I couldn't make it.
8      Q.   You say every week you go for
9  applications?
10     A.   I was.  And every day I
11 couldn't make it.  And I just mostly did,
12 like, Hyundai plant twice.
13     Q.   Okay.  Hyundai twice.  And
14 what was the other place you mentioned?
15     A.   CVS.
16     Q.   CVS once?
17     A.   Uh-huh.
18     Q.   But those were the only places
19 you applied?
20     A.   That I can remember, so far.
21     Q.   Let's see.  You left in March,
22 and it's now November.  So in April, May,
23 June, July, August, September, and

---

24 (Pages 93 to 96)

BARBARA WILSON
WALGREEN CO., INC.

BARBARA WILSON
November 10, 2005

Page 97

1   October the only places you've applied
2   are Hyundai and CVS?
3       A.   I went to other places to fill
4   out application, but I never put them --
5   returned them back to the places. And I
6   went to the employment office and go
7   online and try to find something.
8       Q.   Okay. What other places have
9   you gone?
10      A.   Just since then, them are the
11  only two I can remember I have did.
12      Q.   You think you've gone to other
13  places, but you don't remember anywhere
14  --
15      A.   I have --
16      Q.   -- except CVS and Hyundai?
17      A.   Uh-uh. I have went to other
18  places, but I never return the
19  application back. I bring the
20  application home and fill it out and
21  never take them back. Them the only two
22  I remember taking back and doing is the
23  Hyundai plant and CVS.

Page 98

1       Q.   What are the applications
2   you've brought home and completed but not
3   returned?
4       A.   Like Payless, and I went to
5   the medical supply store and Hancock's
6   Fabrics.
7       Q.   When you completed
8   applications, what did you say was your
9   reason for leaving Walgreen?
10      A.   I used to put down that, you
11  know, I just quit because I was
12  emotionally stressed.
13      Q.   Have you ever quit any other
14  jobs because you were emotionally
15  stressed?
16      A.   No.
17      Q.   Have you had any other jobs
18  other than the Alagold?
19      A.   No. I was there for eight
20  years.
21      Q.   Eight years at Alagold and
22  about a little bit more than a year at
23  Walgreen?

Page 99

1       A.   Uh-huh.
2       Q.   And no other employment?
3       A.   No.
4       Q.   I want to go back to what you
5   said was picking at you. You indicated
6   that you didn't understand what Ms. Jones
7   wanted, but you understood that the boxes
8   weren't supposed to be in that area,
9   correct?
10      A.   Yes.
11      Q.   You understood that the resets
12  were supposed to be done by a specific
13  time, right?
14      A.   Yes.
15      Q.   You had problems with the
16  reset and you blamed it on missing mylar
17  at one point?
18      A.   No, I didn't have no problem
19  in missing -- blaming it on missing
20  mylar. I just said that's the only way I
21  could have finished the reset, and I
22  didn't have the mylars to finish the
23  reset with. And so that hold me up from

Page 100

1   finishing it because I didn't have the
2   mylars to finish it.
3       Q.   What are mylars?
4       A.   It's a little -- like a little
5   bar code thing you have to go by with the
6   price on it and the name to let you know
7   what area go -- what -- the items goes
8   right up under it, let you know what it
9   is and how much it is.
10      Q.   Okay. How are the mylars
11  produced?
12      A.   Off the computer in the
13  office.
14      Q.   Who produces those?
15      A.   I'm not sure. It all depends
16  on one of the managers. They just bring
17  it to you. It be already printed up when
18  I get it. I'm not sure.
19      Q.   There weren't any missing
20  mylars. You just said that the mylars
21  just had never been done?
22      A.   The mylars were missing. At
23  my first one I had, when I came back the

BARBARA WILSON
WALGREEN CO., INC.

BARBARA WILSON
November 10, 2005

Page 101

1  next day -- everybody use the cart, the
2  little cosmetic cart that we have when we
3  use when we do a reset. It was gone, and
4  I didn't have no knowledge what happened
5  to them. And I was looking for them, and
6  I asked for some more mylars so I could
7  finish the reset.
8      Q.   And they did produce the
9  additional mylars?
10     A.   Missy did and the other
11 assistant manager did.
12     Q.   And you were concerned that
13 someone felt that you should have
14 completed the reset earlier?
15     A.   My knowledge at the time --
16 they didn't say nothing to me. Only
17 thing I was notified that when Mr. Jones
18 came there. That's when she said I
19 should have finished it. I got a certain
20 time you have to finish it, however it
21 go. That's the only time it was to my
22 knowledge.
23     Q.   So they fussed at you about

Page 102

1  the boxes, and they fussed at you about
2  the resets. What else did you have
3  problems with?
4      A.   About facing.
5      Q.   What is facing?
6      A.   Like you have to pull the
7  products to the front, you know, every
8  night. You have to keep it facing the
9  area so the customers can see it.
10     Q.   Now, did they complain that
11 you didn't do a good job of facing?
12     A.   Yes.
13     Q.   Who complained of that?
14     A.   Ms. Jones and Mr. Escabar, he
15 was complaining about it also.
16     Q.   How often did they do that?
17     A.   They did that like every
18 night. They didn't do that very often.
19     Q.   When did they first do that?
20     A.   I don't remember when.
21     Q.   Did you understand what they
22 were talking about when they talked about
23 facing?

Page 103

1      A.   Yes.
2      Q.   So what was it that you
3  considered picking at you that you didn't
4  understand what they wanted?
5      A.   Because when I used to face my
6  area, when the customers come in, you
7  have no control over when they come and
8  get the products and move it out the
9  area. And like if I used to face
10 overnight -- I used to work Sunday night
11 from four to 11. And when I come in the
12 next morning, they weren't faced. And
13 any time the customers can come in and
14 move the product. I don't have no
15 knowledge when they mess it up when I'm
16 gone. When I come back the next day,
17 it's -- it be out of place or it don't be
18 right. The customers been already done
19 move it. So I face it every night, every
20 Sunday night when I left.
21     Q.   But did you understand what
22 they wanted in terms of facing?
23     A.   Yes.

Page 104

1      Q.   Okay. What did they fuss at
2  you about or pick at you about that you
3  didn't understand?
4      A.   I didn't understand why they
5  was picking at me about why facing ain't
6  right, why the boxes are left, why your
7  resets not finished, and why -- they was
8  just picking at me about little stuff
9  that I didn't understand why they did it
10 because I didn't see no problem with it
11 because I was doing my job. That's what
12 I didn't understand.
13     Q.   So as far as you were
14 concerned, the boxes, the resets, and the
15 facing were not your problem?
16     A.   Yeah. When I did my job, it
17 was my problem. I did it. That's why I
18 didn't understand.
19     Q.   I'm sorry?
20     A.   Yes, I did it, my job. And
21 yes, it probably was my concern, but I
22 just only did my job. And I didn't see
23 the problem. I didn't know.

BARBARA WILSON
WALGREEN CO., INC.

---

Page 105

1  Q.  When you say you didn't see
2  the problem, you understood that it was a
3  problem that the boxes were there, but
4  you didn't think it was your fault?
5  A.  No, it wasn't, because I clean
6  it up.
7  Q.  When the resets weren't
8  completed, you did see the problem, but
9  you thought it wasn't your fault?
10  A.  I did my best at the time
11  because I never had no problem with her
12  complaining about the resets.  Never had
13  no problem until then, after Mr. Jones
14  was there, that's when the problem
15  started about the resets, because I
16  always have did my resets.  They never
17  did complain about it.
18  Q.  When was Mr. Jones there?
19  A.  I don't know when he was
20  there.
21  Q.  So you don't think there were
22  any problems before Mr. Jones was there?
23  A.  No, they didn't ever complain

Page 106

1  to me about the resets.
2  Q.  Before Mr. Jones was there?
3  A.  Never complained to me about
4  it.
5  Q.  How many resets had you done?
6  A.  I don't know how many I have
7  done.  I can't keep track of how many I
8  have done.
9  Q.  Did you ever tell Mr. Jones
10  about --
11  A.  No.
12  Q.  -- the resets?  Okay.
13  A.  Not that I remember.
14  Q.  Did you ever have any
15  discussions about promotion with anybody
16  other than Ms. Jones?
17  A.  No more than Mr. Wallace when
18  he interviewed me.
19  Q.  Okay.  Anybody else?
20  A.  No.
21  Q.  When you talked to Mr. Wallace
22  in the interview, was he -- tell me what
23  he said.

Page 107

1  A.  He was telling me that -- how
2  he was looking at my PMs first, and he
3  was saying that you are doing real good
4  in your PMs.  I have no doubt that you
5  are the good person for this position and
6  did you want to be promoted.  Yes, I
7  wanted to be promoted and I wanted the
8  position at the time.  And he said I did
9  have the qualification to have the
10  position.
11  Q.  That was in January of 2005?
12  A.  I'm not sure.
13  Q.  You don't know when you had
14  your interview with him?
15  A.  I don't remember that.
16  Q.  And then shortly after that
17  you withdrew your name?
18  A.  Yes.
19  Q.  Do you remember anything else
20  about your discussion with Mr. Wallace
21  that you haven't told us?
22  A.  I can't remember.
23  Q.  Did he indicate to you that he

Page 108

1  felt there were any problems with your
2  performance or any concerns about whether
3  you could do your job?
4  A.  No, not that I remember.
5  Q.  Did he mention anything
6  that -- anything else that you remember
7  about you or about the job or about your
8  position?
9  A.  No.
10  Q.  You said that the decision was
11  made to let somebody else decide it?
12  A.  That's what he told me.
13  Q.  Okay.  Did he tell you that
14  that person was Candace Epps?
15  A.  No, he did not tell me it was
16  her at the time.
17  Q.  When he told you that the
18  decision would be made by someone else,
19  did you ask him who that would be?
20  A.  No, I did not.
21  Q.  Okay.  What did you do after
22  he told you that?
23  A.  What did I do?

27 (Pages 105 to 108)

BARBARA WILSON
WALGREEN CO., INC.

BARBARA WILSON
November 10, 2005

Page 109

1    Q.    What did you do about
2    furthering your application or pursuing
3    the promotion process?
4    A.    I just went back to work and
5    waited for them to -- for to hear from
6    them. And I just was up under so much
7    stress I just withdraw my name from it.
8    Q.    How did you communicate that
9    you were withdrawing your name?
10   A.    I just didn't even go to
11   the -- I don't even remember. I don't
12   think I even remember talking to anyone
13   about it. The time I talked to someone
14   was Mr. Greenwood. That's the only time
15   I told someone I wasn't going to take it.
16   Because no one ever called me.
17   Q.    What conversation do you
18   remember with Mr. Greenwood about your
19   not taking it?
20   A.    When he was mentioning it to
21   me when was I going to go in, you know,
22   and see about the position, I told him I
23   don't think I'm going to take the

Page 110

1    position, and that's all I had stated to
2    him, that I wasn't going to take it.
3    Q.    After that, did you have any
4    discussion about promotion with anyone?
5    A.    No.
6    Q.    When was that that you
7    withdrew your name?
8    A.    I don't remember when.
9    Q.    Was it in January of 2005?
10   A.    I don't remember when.
11   Q.    What did Ms. Jones say about
12   your work that you considered negative?
13   A.    Like, she was talking about
14   when I don't -- like the reset for
15   instance, and if it's not right, they'll
16   say it's not enough space here, it's not
17   enough space there. And when I'm --
18   which I never had no problem out of her
19   complaining about the spaces and things
20   that I have done. And about when facing,
21   that's like she was telling me this ain't
22   right, your PMs ain't right. She started
23   complaining about my PMs. That's

Page 111

1    negative to me too, which I know I was
2    doing my duty.
3    Q.    What did she say wasn't right
4    about your PMs?
5    A.    She'll say it's not -- no
6    sales in cosmetics, the PMs, this not --
7    it drop, your sales -- you ain't --
8    that's what she was always complaining
9    about, which I thought I was doing well
10   in my sales, and it was on my check stubs
11   and stuff, my PMs. She was always saying
12   that -- she used to tell me when it was
13   okay, I had no problem with it. Then she
14   started complaining about my sales in
15   cosmetic.
16   Q.    What was the complaint?
17   A.    About you not getting enough
18   sales. The sales have dropped.
19   Q.    She said the sales had
20   dropped?
21   A.    Yes, like in cosmetics. Yes,
22   my PM sales had dropped.
23   Q.    How did she know that?

Page 112

1    A.    I guess she look on the
2    computer. I have no idea.
3    Q.    Do you know whether your PMs
4    had dropped?
5    A.    I thought I was doing -- she
6    used to be post it up, and I thought I
7    was doing good. I had no idea it was
8    dropping.
9    Q.    If your PMs had dropped,
10   should she have told you about that?
11   A.    I think it's like for Tan to
12   tell me, and I have no idea.
13   Q.    Okay. So one of the things
14   that she said that was negative was that
15   your PMs were dropping?
16   A.    Yes, my sales. Yes.
17   Q.    Okay. But you don't actually
18   know whether your PMs were dropping or
19   not?
20   A.    When I look at my check stub,
21   it's saying I have PMs on there, so I
22   have no idea.
23   Q.    How much were your PMs?

28 (Pages 109 to 112)

BARBARA WILSON
WALGREEN CO., INC.

BARBARA WILSON
November 10, 2005

Page 113

1     A.   It was different amounts.
2     Q.   Did the PMs fluctuate based on
3 your sales?
4     A.   Yes.
5     Q.   If your sales went down, would
6 you have expected that the manager would
7 notice that?
8     A.   Yes.
9     Q.   In Defendant's Exhibit 1 can
10 you show me where the PMs are listed?
11     A.   Right there.
12     Q.   It's in the column that says
13 -- all I can see is MS and then a space
14 COSM.
15     A.   Uh-huh.
16     Q.   And for the pay period ending
17 May 7, 2004, your PMs were $12.12.
18     A.   Uh-huh.
19     Q.   Okay. Then for your pay
20 period, for example, ending October 8,
21 2004, were your PMs $23.87?
22     A.   Yes.
23     Q.   Okay. For your pay period

Page 114

1 ending November 19, 2004, were your PMs
2 $21.10?
3     A.   Uh-huh.
4     Q.   Do you have any record of your
5 PMs after the pay period ending December
6 3, 2004?
7     A.   No.
8     Q.   When she complained to you
9 that your PMs were dropping, did you
10 understand what that was?
11     A.   Yes.
12     Q.   What other negative things did
13 Ms. Jones say about your work?
14     A.   That was basically -- mostly
15 what I was telling you that she mostly
16 complained about, that and my resets and
17 my facing. Basically that's what she
18 really emphasized on a lot, about that.
19     Q.   Facing and resets?
20     A.   And -- yeah. And the items
21 and the cosmetic.
22     Q.   But you did understand what
23 each of those items referred to?

Page 115

1     A.   Yes.
2     Q.   Now, in your -- the documents,
3 Defendant's Exhibit 5, you say, "During
4 one incident she stated that I had only
5 one other time to be written up, but I
6 had no knowledge of the first write-up."
7 When did she tell you that you had only
8 one other time to be written up?
9     A.   When I went to the office the
10 last time concerning the reset -- I mean
11 Maybelline reset. And she stated that
12 you have one other time to get written up
13 and you're fired. That's what she told
14 me. And I didn't have no knowledge of
15 the first writ up because nobody ever
16 called me to the office about that. I
17 looked at nothing about the first
18 write-up.
19     Q.   What do you mean by "the first
20 write-up"?
21     A.   She told me I had one more
22 time. You get three written up -- three
23 written up. And I only had, to that

Page 116

1 knowledge, that one. I didn't know
2 nothing about the first one because
3 Mr. Escabar said -- she said I was
4 already written up about the first time
5 when me and Mr. Escabar was having
6 problems, so that's the only time. I
7 remember the second time. I never
8 remember the first time about the picture
9 frames.
10     Q.   Why do you think you get three
11 write-ups?
12     A.   Because I assume we get --
13 because when she said the first time, you
14 already got written up the first time by
15 Escabar about the situation and then she
16 written me up again and she said you got
17 one more time and you're fired. Never
18 knew -- I have no knowledge about the
19 first write-up. That when -- it was
20 Escabar wrote me up about the picture
21 frames, I had no knowledge about that
22 written up. He never called me to the
23 office. He never went over nothing with

29 (Pages 113 to 116)

Page 117

1   me, nothing about no write-up, so I have
2   no knowledge about that.
3       Q.   When you say you have no
4   knowledge about it, you know there was a
5   problem with the picture frames and the
6   packing of the picture frames.  You
7   already mentioned that.  Are you saying
8   you didn't know that he had written that
9   up?
10      A.   Yes, I didn't know.
11      Q.   Okay.  Why do you think you
12  get three write-ups?
13      A.   Because I think I remember
14  them telling me that, I'm not sure, when
15  I first started, you know, about the
16  write-ups.  And that's my knowledge.  I
17  think I remember hearing when I first
18  started working there about the three
19  write-ups.
20      Q.   So like you could steal two
21  times and you would only get written up
22  for it?
23          MS. GERARD:  Objection.

Page 118

1       Q.   Is that what you thought?
2       A.   To my knowledge, yes, that's
3   what I thought that it was -- you know,
4   when the three times, when I remember
5   reading it.  When we first got there, she
6   went over the rules.  I remember telling
7   me all that when I first started, about
8   the write-ups.
9       Q.   Do you know what
10  insubordination is?
11      A.   No.
12      Q.   No?
13      A.   (Witness shakes head.)
14      Q.   Do you know whether
15  insubordination can be terminated for a
16  first offense or a second offense?
17      A.   No.
18      Q.   Do you know whether you're
19  entitled to two prior incidents of
20  insubordination before you're terminated?
21      A.   No.
22      Q.   Do you know what Loreal is?
23      A.   Excuse me?

Page 119

1       Q.   Loreal.
2       A.   Loreal.
3       Q.   Yes.
4       A.   Do I know?
5       Q.   Yes.
6       A.   Makeup all I know.
7       Q.   Do you know what a plan-o-gram
8   is?
9       A.   Not sure.
10      Q.   Do you recall an occasion in
11  March of 2005 that Mario Escabar asked
12  you why you had not progressed any
13  further on the Loreal plan-o-gram?
14      A.   Yes.
15      Q.   Okay.  Tell me what happened
16  then.
17      A.   That was the case I was
18  talking about when I was doing a reset
19  and we didn't have all the fixture to fit
20  it and they had to order it.  Ms. Jones
21  told me to start from one end to the
22  other one so we could come in and we
23  would see what's missing.  That's what

Page 120

1   she told me to do.  And I came in the
2   next day and he was complaining why it
3   wasn't finished.  And I couldn't finish
4   because the fixture wasn't ordered, and I
5   couldn't finish that.
6       Q.   When Mr. Escabar asked why you
7   had not progressed any further on the
8   Loreal plan-o-gram, did you tell him
9   don't start with me?
10      A.   He was yelling and hollering
11  at me, and I told him, I say, why are you
12  fussing at me, why are you -- I tried to
13  explain to him about what Ms. Jones told
14  him, and he wouldn't let me.  And I told
15  him, I said, well, don't come starting
16  with me because I tried to finish it.  I
17  could not finish it.  And I brought two
18  other managers over there and showed them
19  that I couldn't even finish it.
20      Q.   Who were the other managers?
21      A.   It was a lady.  I don't know
22  her name.  She was a new manager,
23  assistant manager.  I'm not sure about

BARBARA WILSON
WALGREEN CO., INC.

BARBARA WILSON
November 10, 2005

Page 121

1   her name. And there was a bald manager.
2   He was a white guy, bald head. And I
3   don't know his name. And I brought him
4   over there to show it to him.
5       Q.   Did you tell Mario Escabar
6   don't start with me?
7       A.   Yes.
8       Q.   Were you taken to the break
9   room to be counseled?
10      A.   Excuse me?
11      Q.   Were you taken -- did they
12  take you to the break room?
13      A.   Yes.
14      Q.   Okay. Did you tell
15  Mr. Escabar that God would deal with him
16  and that he was the devil?
17      A.   No, I didn't tell him God
18  would deal with him. I told him that he
19  is the devil. I did not tell him that
20  God --
21      Q.   What did you say about God at
22  that time?
23      A.   I was praying. I said God

Page 122

1   will handle everything. That's my faith
2   and belief. That's how I am.
3       Q.   Did you tell Mr. Escabar that
4   he was the devil?
5       A.   Yes, I did.
6       Q.   Why?
7       A.   Because he -- because when I
8   came in, he will start -- I was in a good
9   mood, and he started picking about the
10  reset. And that got me upset, and I just
11  -- I was just emotionally stressed. I
12  thought maybe I would have a better day.
13  When I came in, he started complaining
14  about that reset. And they wouldn't
15  let -- neither one of them would never
16  let me explain the reset Ms. Jones told
17  me to do from one end to the other. And
18  I couldn't finish the reset because we
19  had to order the fixture.
20      Q.   Did you ever discuss with
21  Ms. Jones or anyone else at the store
22  that you couldn't go to the interview for
23  the SBA job opening because your car had

Page 123

1   no heat?
2       A.   No, not to my knowledge, no.
3       Q.   Did you cancel a scheduled
4   interview for the senior beauty advisor
5   job?
6       A.   The first time. And he
7   rescheduled for me.
8       Q.   Okay. Why did you cancel
9   that?
10      A.   I can't remember why I did the
11  first time. I remember he rescheduling
12  it for me. It was on a Saturday. He
13  told me he was going to reschedule. I
14  don't know if I had to leave. I can't
15  remember that one.
16      Q.   Do you remember if you said it
17  was because your car had no heat?
18      A.   No.
19      Q.   Was David Greenwood the one
20  that you told that you didn't want the
21  job as SBA?
22      A.   To my knowledge, yes. That's
23  who I remember telling at the time.

Page 124

1       Q.   Did you also tell
2   Ms. Alexander that you were no longer
3   interested in that position?
4       A.   Probably. Yes, I can
5   remember.
6       Q.   When Mr. Wallace interviewed
7   you, did he tell you that you needed to
8   get your PMs for the last 60 days?
9       A.   I couldn't understand. I
10  couldn't hear you.
11      Q.   Did Mr. Wallace tell you that
12  you needed to get your PMs for the last
13  60 days in connection with your
14  application for the SBA job?
15      A.   I think, yes.
16      Q.   Did you tell people that you
17  felt you weren't paid enough to do your
18  job?
19      A.   I used to tell -- when I was
20  training Angela during that time and I
21  was real stressed out about it, and yes,
22  I have mentioned it.
23      Q.   When you were training Angela,

BARBARA WILSON
WALGREEN CO., INC.

BARBARA WILSON
November 10, 2005

Page 125

1   it was in the summer of 2004.
2       **A.**   Uh-huh.
3       **Q.**   And you were real stressed out
4   then?
5       **A.**   Yes, I was real upset. I was
6   emotionally upset about that.
7       **Q.**   Did you ask Ms. Jones if it
8   was time for your daughter to apply to
9   the Perry Hill store?
10      **A.**   Could you repeat.
11      **Q.**   Did you ask Ms. Jones when it
12  was time for your daughter to apply to
13  the Perry Hill store?
14      **A.**   Did I ask her when?
15      **Q.**   Yes.
16      **A.**   I asked her several times when
17  can she apply for it. And I don't know
18  exactly when she called her in.
19      **Q.**   When you were talking to
20  Mr. Escabar on the day of your conflict
21  with him about the reset, did you raise
22  your voice?
23      **A.**   I raised my voice when he

Page 126

1   mentioned -- he was loud in front of
2   customers and he made me feel real bad in
3   front of the customers and the employees
4   out there. And I told him he had to fuss
5   at me. He was yelling at me, fussing at
6   me.
7       **Q.**   Fussing meaning --
8       **A.**   Loud.
9       **Q.**   -- asking you why you hadn't
10  finished the reset?
11      **A.**   Uh-huh.
12      **Q.**   Did you tell Mr. Escabar he
13  would pay for it?
14      **A.**   No, I don't remember that.
15              (Whereupon, Defendant's
16              Exhibit 6 was marked for
17              identification.)
18      **Q.**   Show your lawyer that for a
19  second.
20          MR. CARRIGAN: I don't have
21  triplicates of that like I do most
22  things.
23          MS. GERARD: I'm disappointed.

Page 127

1           (Off-the-record discussion.)
2       **Q.**   (BY MR. CARRIGAN:)
3   Ms. Wilson, do you know what that is?
4       **A.**   Yes.
5       **Q.**   What is that?
6       **A.**   It's a written up.
7       **Q.**   Were you asked to sign that
8   write-up?
9       **A.**   Yes.
10      **Q.**   Did you refuse to sign it?
11      **A.**   Yes.
12      **Q.**   Why did you refuse to sign it?
13      **A.**   Because I feel that if I would
14  have signed it, it was like telling that
15  he was right, and he wasn't.
16      **Q.**   What was wrong about what he
17  did?
18      **A.**   Because he came to me in a
19  wrong way. He didn't come to me like a
20  manager. He came to me yelling and
21  hollering instead of pulling me to the
22  side, instead of fussing in front of
23  customers and talking loud. So he should

Page 128

1   have pulled me to the side and talk to
2   me, which he didn't do.
3       **Q.**   Did he take you to the back
4   room at one point?
5       **A.**   Later.
6       **Q.**   How much later?
7       **A.**   It was like about 20 -- about
8   15 or 20 minutes later he called me into
9   the back.
10      **Q.**   Did Tantameka Moore witness
11  this?
12      **A.**   Yes, and Erma.
13      **Q.**   Was Erma still there at that
14  time?
15      **A.**   Yes.
16      **Q.**   Are you sure?
17      **A.**   Yes.
18      **Q.**   What time did she work that
19  day?
20      **A.**   What time I worked?
21      **Q.**   No. What time did Erma work
22  that day?
23      **A.**   She was getting off, but she

32 (Pages 125 to 128)

BARBARA WILSON
WALGREEN CO., INC.

BARBARA WILSON
November 10, 2005

Page 129

1　was still there.  She was standing at the
2　register.  She was standing at the desk.
3　Yes.
4　　　Q.　When was the first time
5　Dr. Mathis treated you for stress?
6　　　A.　In March.
7　　　Q.　March of 2005?
8　　　A.　Uh-huh.
9　　　Q.　What did you tell him had
10　happened?
11　　　A.　I just told him -- he told me
12　-- I was having problems like
13　emotionally.  He told me my anxiety
14　attack was coming from -- I told him I
15　was under stress, a lot of stress and
16　emotion, and he was telling me that that
17　can cause my anxiety attacks.
18　　　Q.　When did you first have an
19　anxiety attack?
20　　　A.　It was in probably the end of
21　February.
22　　　Q.　2005?
23　　　A.　Uh-huh.

Page 130

1　　　Q.　Since you've left Walgreens,
2　have you had any other anxiety attacks?
3　　　A.　No.
4　　　Q.　Do you have any other evidence
5　to support your claims that you haven't
6　mentioned yet?
7　　　A.　No.
8　　　Q.　Do you know any other
9　witnesses that would be able to support
10　your claims that you haven't already
11　identified?
12　　　A.　No more than Erma, because she
13　witnessed everything.
14　　　Q.　What did Erma Freeman witness?
15　　　A.　She witnessed me crying and
16　the way they used to talk to me, you
17　know, fuss.  And she would always relieve
18　me to go and wash my face because I would
19　always be upset and crying.  She
20　witnessed that a lot.
21　　　Q.　How many times did you leave
22　the floor upset and crying?
23　　　A.　I remember three times, and

Page 131

1　she watched cosmetic for me till I go.
2　　　Q.　When was the first of those
3　times?
4　　　A.　Excuse me?
5　　　Q.　When was the first time that
6　happened?
7　　　A.　I don't remember exactly when
8　the first time when it happened.  I
9　remember one time when Ms. Jones was
10　fussing at me about something wasn't
11　right in cosmetic, I'm not sure.  And she
12　asked me was I upset with her.  I
13　remember that.
14　　　Q.　Who asked you whether you were
15　upset with her?
16　　　A.　Ms. Jones.
17　　　Q.　What did you say?
18　　　A.　I told her yes, I had, you
19　know.
20　　　Q.　Okay.  When was that?
21　　　A.　Huh?
22　　　Q.　When was that?
23　　　A.　When was it?

Page 132

1　　　Q.　Yes.
2　　　A.　I'm not sure exactly when.
3　　　Q.　Okay.  Approximately when?
4　　　A.　I can't remember exactly when
5　the date was.  I can't remember when,
6　exactly when.
7　　　Q.　I asked you approximately
8　when.
9　　　　　MS. GERARD:  I object.  She
10　answered it.
11　　　Q.　You don't know when that was?
12　　　A.　I can't remember when.
13　　　Q.　The first occasion that you
14　remember that Erma Freeman had to relieve
15　you because you were crying after you had
16　had discussion with Ms. Jones and
17　Ms. Jones asked if you were upset with
18　her, what else did you say or did
19　Ms. Jones say at that time?
20　　　A.　I don't remember.  I know she
21　just took me in the office and talked to
22　me, and I don't remember what the
23　conversation really was about.

33 (Pages 129 to 132)

BARBARA WILSON
WALGREEN CO., INC.

BARBARA WILSON
November 10, 2005

Page 133

1    Q.   Ms. Jones took you in the
2  office and talked with you?
3    A.   Uh-huh.
4    Q.   But you don't remember what
5  was said?
6    A.   I don't remember exactly what
7  the conversation was about at the time.
8    Q.   Do you remember anything else
9  about that discussion?
10   A.   No.
11   Q.   The second time that
12 Ms. Freeman relieved you, what was that
13 about?
14   A.   It's when -- when I came in --
15 I believe it was one morning when I -- it
16 was when I came in one morning and when
17 Ms. Jones was complaining, like I told
18 you, about the items and stuff was behind
19 the cosmetic desk, and she was
20 complaining about it.  And I told her how
21 I tried to explain it, and she wouldn't
22 listen to me.  And she witnessed that,
23 and I was crying and upset.

Page 134

1    Q.   How long did that discussion
2  go on?
3    A.   How long did --
4    Q.   How long did that discussion
5  go on?
6    A.   I don't remember how long.
7    Q.   What did she say?
8    A.   What did who say?
9    Q.   Ms. Jones.
10   A.   She came in, and she was
11 talking about why is this stuff behind
12 cosmetic; it looks like a hog pen and why
13 is this boxes and every time I come in --
14 this never fail, every time I come in,
15 boxes behind here, stuff is behind here.
16 And she was just complaining about that
17 on and on.  That's how she did.
18   Q.   Were there boxes behind there?
19   A.   It was -- yes.
20   Q.   What time of day was it?
21   A.   It was -- I came in on Monday
22 morning from eight to four, and I also
23 work Sunday night from four to 11.

Page 135

1    Q.   Who worked between 11 and
2  eight?
3    A.   It was different people.
4  Sometimes it be Cindy and sometimes
5  Barbara Brown.  Them are the only two I
6  can remember.
7    Q.   Did they work in cosmetics?
8    A.   They have to work both or
9  they'll be the only one working.
10   Q.   You said -- I'm sorry, how
11 long did that discussion go on?
12   A.   I'm not sure.
13   Q.   When you said Ms. Jones
14 wouldn't listen to you, you mean she
15 walked away from you?
16   A.   When I be talking to her, she
17 don't respond to what I be saying.  She
18 just, like, ignored me.
19   Q.   What did you say that she
20 didn't respond to?
21   A.   I just tell her that I didn't
22 do it, you know, I clean out from under
23 -- I leave the area clean because I know

Page 136

1  how she are about it.  And so I come back
2  the next morning that's when it -- I try
3  to tell her that I didn't do it.
4    Q.   When you say she didn't listen
5  to you, I take it what you mean is she
6  heard what you said but she disagreed
7  with it?
8    A.   Right.
9    Q.   She felt that it was your
10 responsibility?
11   A.   Yes.
12       MS. GERARD:  I object to that.
13 To a mischaracterization.
14   Q.   Okay.  When you say she didn't
15 listen to you, in fact, she was there
16 while you said that it wasn't your fault,
17 it was someone else's fault, but she
18 didn't agree with your explanation, is
19 that right?
20   A.   Yes.  When I talked to her,
21 yes.
22   Q.   Okay.  Then the third time
23 that you said that Erma Freeman had to

34 (Pages 133 to 136)

BARBARA WILSON
WALGREEN CO., INC.

BARBARA WILSON
November 10, 2005

Page 137

1 cover for you when you left cosmetics,
2 when was that?
3    A.   I'm not exactly sure when it
4 was, what time, when it was. I don't
5 remember when it was, but I always --
6 prior to like the time during Mr. Jones
7 was there. With the resets, I was crying
8 during that time also, and she relieved
9 me to go to the rest room.
10    Q.   Is there anything else that
11 you remember Ms. Jones saying to you that
12 you considered to be picking at you or
13 fussing at you?
14    A.   No more than just what I told
15 you and facing.
16    Q.   How much did she speak to you
17 about facing?
18    A.   Every now and then they did.
19 Every now and then.
20    Q.   How often is that?
21    A.   I could say like -- like maybe
22 every other week. It wasn't that often
23 about that.

Page 138

1    Q.   What discussions have you had
2 with Ms. Epps about your claims in this
3 case?
4    A.   I don't talk to Ms. Epps. I
5 don't even talk to her.
6    Q.   Have you had any discussions
7 with her about your claims in this case?
8    A.   No.
9    Q.   Have you had any discussions
10 with Jason Gremillion about your claims
11 in this case?
12    A.   No. I don't even know him.
13    Q.   Have you had any discussions
14 with Kim Freeman about your claims in
15 this case?
16    A.   No.
17    Q.   Do you have any credentials or
18 qualifications for senior beauty advisor
19 that you haven't already mentioned in
20 this deposition?
21    A.   No.
22    Q.   Are there any other incidents
23 that you consider to have been

Page 139

1 discriminatory or unfair treatment that
2 you haven't mentioned?
3    A.   No more than when I trained
4 Angela. That really hurt me. And I
5 think that, you know, I wasn't good
6 enough for the position, so it was really
7 hurting me when I trained her for that
8 position.
9    Q.   Who told you that you weren't
10 good enough for that position?
11    A.   I felt that way. That's the
12 way I felt.
13    Q.   Because someone else was
14 selected?
15    A.   Yes.
16    Q.   But you had not applied for
17 that job?
18    A.   I didn't know it was open, the
19 position was open.
20    Q.   Had you applied for it?
21    A.   The second time, yes.
22    Q.   The first time had you applied
23 for it?

Page 140

1    A.   No.
2    Q.   Okay. No further questions.
3       MR. CARRIGAN: I do have
4 further questions.
5       (Off-the-record discussion.)
6       (Said deposition was in recess
7       at 3:54 P.M. until 3:57 P.M.,
8       after which the following
9       occurred:)
10    Q.   (BY MR. CARRIGAN:) When
11 Angela worked at the Brown Springs Road
12 store, was Tantameka there as well?
13    A.   Yes.
14    Q.   Did Tantameka also train
15 Angela?
16    A.   Yes, I think she did also.
17    Q.   Who else trained Angela?
18    A.   No more than me that I know
19 of.
20    Q.   Your daughter who is 21, how
21 long did she -- how long has she been
22 apart from your home?
23    A.   Since June. She got married.

BARBARA WILSON
WALGREEN CO., INC.

BARBARA WILSON
November 10, 2005

Page 141

1   **Q.**   When did she get married?
2   **A.**   In June.
3   **Q.**   June of this year?
4   **A.**   Uh-huh.
5   **Q.**   Did she live with you before
6 that?
7   **A.**   Yes.
8   **Q.**   Did Ms. Jones at any time
9 remind you to get your application in for
10 the senior beauty advisor position at
11 Perry Hill Road?
12   **A.**   The second time when it came
13 open, yes, she mentioned it to me. It
14 was posted.
15     MR. CARRIGAN: Nothing
16 further.
17
18 EXAMINATION BY MS. GERARD:
19   **Q.**   I just have one quick
20 question. Barbara, what do you mean when
21 you use the word "fussing"?
22   **A.**   Like yelling, not talking calm
23 to me, and just hollering, didn't come to

Page 142

1 me in the right way. And he was
2 hollering and fussing. He talk loud, and
3 he was fussing at me and didn't come to
4 me in the right way like he should as a
5 manager.
6   **Q.**   All right.
7     MS. GERARD: That's all I've
8 got.
9     MR. CARRIGAN: Nothing
10 further.
11
12     FURTHER THE DEPONENT SAITH NOT
13
14     (Said deposition of BARBARA
15 WILSON was concluded at
16 3:59 P.M. on November 10,
17 2005.)
18
19
20
21
22
23

Page 143

1       C E R T I F I C A T E
2
3
4 STATE OF ALABAMA)
5 JEFFERSON COUNTY)
6
7     I hereby certify that the
8 above and foregoing deposition was taken
9 down by me in stenotypy, and the
10 questions and answers thereto were
11 reduced to typewriting under my
12 supervision, and that the foregoing
13 represents a true and correct transcript
14 of the deposition given by said witness
15 upon said hearing.
16     I further certify that I am
17 neither of counsel nor of kin to the
18 parties to the action, nor am I in
19 anywise interested in the result of said
20 cause.
21
22
23     COMMISSIONER - NOTARY PUBLIC

36 (Pages 141 to 143)