IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BARBARA WILSON,
    Plaintiff

      v.

WALGREEN CO., INC.,
    Defendant.

            *
            *
            *
            *      Civil Case No. 2:05-cv-465-D
            *
            *
            *
            *

## PLAINTIFF'S ANSWERS TO DEFENDANT'S INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

    **COMES NOW** Plaintiff Barbara Wilson, and in answer to the Defendant's Interrogatories and Request for Production of Documents pursuant to the Federal Rules of civil Procedure and states as follows:

1.    Please state your full name, date of birth, present address, Social Security number and driver license number.

**RESPONSE: Barbara Lynn Wilson, September 20,**

2.    Please list every address at which you have resided in the last five (5) years.

**RESPONSE:**

3.    State any evidence you have to support your contention that Defendant took any adverse employment action against you based upon your race, and for each such instance, please state the following:
      a.    the date upon which each such alleged event occurred;
      b.    the decision maker responsible for any such alleged action;
      c.    any witnesses to any such alleged action;
      d.    the particular monetary or other damaged suffered by you as a result of any such alleged action.

**RESPONSE: a.**    **I trained a newly hired white female June, 2004.**
           **b.**    **Mrs. Joann Jones made this decision for me to train this individual.**
           **c.**    **Erma Freeman**
           **d.**    **I was not promoted to Head Cosmetician where I would have been making more money.**

1



DEFENDANT'S EXHIBIT

Wilson

FEI/GLO 800-631-6989

4.  Please state all promotions you allege you were unlawfully denied by Defendant based on your race, and for each such promotional opportunity, please state the following:
    a.  the position and location of the promotion sought;
    b.  any efforts made by you to communicate your desire for consideration for each such promotion;
    c.  the date each such promotional opportunity became available;
    d.  the Walgreen decision-maker responsible for filling each such available position;
    e.  your qualifications for each such promotional opportunity;
    f.  the qualifications, identity, and race of the individual chosen for each such promotional opportunity other than you;
    g.  the particular monetary or other damages you claim you have sustained as the result of any such denial of promotion.

**RESPONSE: I was denied the position of Head Cosmetician at Walgrees, June, 2004.**
    **a.  Head Cosmetician, June 2004.**
    **b.  I did not know the position was open until Angela (the newly hired employee I had trained) told me of the position.**
    **c.  The position became available June, 2004.**
    **d.  Mrs. Joann Jones.**
    **e.  I had more experience than the newly hired employee. I had been with Walgreens since February 15, 2004, whereas the newly hired individual came after me.**
    **f.  Angela (last name not known) is a white female who did not have any previous cosmetic experience.**
    **g.  I did not receive the promotion which paid more than what I was making.**

5.  Please list, by name, address and telephone number, all employees to whom you have submitted an employment application or otherwise applied for or sought employment, or from whom you have received any contact concerning employment or an offer of employment, within the last five (5) years.

**RESPONSE: Walgreens 6680 Atlanta Highway, Montgomery, Alabama 36107**

6.  Please list all employment held in the last five (5) years, and for each employer, state:
    a.  the name, address and telephone number;
    b.  the inclusive dates of employment;
    c.  the job title and description of duties of each such employment;
    d.  all compensation and benefits received; and
    e.  the reasons for leaving such employment.

**RESPONSE: a.    Alagold Riverdale, 1920 S. Court Street, Montgomery, AL 36104; (334)**

834-6900
  b.  May 1996 until October 2003
  c.  Packer, which duties included packing orders and scanning them into the computer.
  d.  Production worker, if I did not make production I received $6.00 per hour which was insufficient.

7.  Please state whether you have participated in any personal, telephone or electronic conversations with any agent or employee of Defendant, or left any messages for any agent or employee of Defendant that pertain to your claims of discrimination. If so, summarize the conversations or messages and state the date on which they tool place.

**RESPONSE: No.**

8.  For each physician, counselor, psychologist, psychiatrist, social worker, minister or other health care provider you have seen or consulted in the past five (5) years, stated [sic] the following:
  a.  Name;
  b.  Address;
  c.  Dates of treatment or consultation;
  d.  Reasons for or nature of treatment or consultation.

**RESPONSE: a.  Dr. Jeffrey Mathis**
    **b.  8190 Seaton Place, Montgomery, Alabama 36117**
    **c.  March 17, 2005**
    **d.  Nerve pills for anxiety which occurred after leaving my employment with Defendant.**

9.  For each physician, counselor, psychologist, psychiatrist, social worker, minister or other health care provider you have seen or consulted for any matter related to mental or emotional illness, health or wellness, state the following:
  a.  Name;
  b.  Address;
  c.  Dates of treatment or consultation;
  d.  Diagnosis;
  e.  Medication and/or treatment prescribed.

**RESPONSE: None other that stated in Response to Interrogatory 8 herein above.**

10.  In connection therewith, please execute the Authorization to Release Medical Information that is attached to these Interrogatories as Exhibit A.

**RESPONSE: There is nothing attached to these Interrogatories for signature.**

3

11.    State all evidence you have that you were denied promotional opportunities by Defendant based on your race.

**RESPONSE: I was good enough to train the white female, but I was not good enough to be offered the position as Head Cosmetician.**

Request for Production of Documents

1.    Produce all documents that support or relate in any way to your employment with Defendant or your claims of discrimination and intentional infliction of emotional distress.

**RESPONSE: None.**

2.    Produce all documents which reflect all communications you have had with Defendant, its current or former employees, agents or representatives regarding the facts or circumstances which form the basis of your Complaint.

**RESPONSE: None.**

3.    Produce all documents which reflect all communications you have had with any person or entity, other than Defendant or its agents, regarding the facts or circumstances which form the basis of your Complaint.

**RESPONSE: None.**

4.    Produce every documents which reflects any statement(s) given by any individual who purports to have knowledge of the facts and circumstances which form the basis for any portion of your Complaint.

**RESPONSE: None.**

5.    Produce all documents, including, but not limited to, handbooks, policies, memoranda, pay stubs, or any other written or recorded material received by you from the Defendant at any time during your employment.

**RESPONSE: See attached pay stubs from Walgreens.**

6.    Produce all documents, including, but not limited to, handbooks, policies, memoranda, pay stubs  or any other written or recorded material received by you from the Defendant at any time during your employment.

**RESPONSE: None in my possession.**

4

7.     Produce all notes, diaries, journals, calendars, and other documents that relate in any way to disputes that you have had with any and all employees, supervisors or agents of Defendant; your work experience during your employment with Defendant; and any discipline or other punishment you received while employed with Defendant.

**RESPONSE:**          **See attached notes dated 1/25/05 and 1/5/05.**

8.     Produce all notes, diaries, journals, calendars, and other documents that relate in any way to disputes that you have had with any and all employees, supervisors or agents of Defendant; your work experience during your employment with Defendant; and any discipline or other punishment you received while employed with Defendant.

**RESPONSE: None.**

9.     Produce all medical and health records, bills, and any other documents and things relating to the damages you allege in your Complaint.

**RESPONSE: None.**

10.    Produce all documents containing information related to your job duties, job responsibilities and rate of pay during your employment with Defendant.

**RESPONSE: None.**

11.    Produce all documents not already produced reflecting each and every loss, expense, or damage, which you claim was suffered or incurred by you as a result of the allegations in your Complaint.

**RESPONSE: None.**

12.    Produce all documents reflecting compensation that you have received from any source other than Defendant from June, 2004 to the present, including, but not limited to, tax returns, pay stubs, and handbooks or summary plans describing benefits.

**RESPONSE: None.**

13.    Produce all documents, writings or things relating in any way to any application for governmental benefits made by you from June, 2004, to the present, including, without limitation, any claim to Aid to Families of Dependent Children, Medicaid, Food Stamps, and any claim seeking disability benefits or unemployment compensation benefits.

**RESPONSE: None.**

5

14.    Produce all documents or things relating in any way to your efforts to obtain full-time or part-time employment after June, 2004, including, but not limited to, applications, resumes, letters, and notes reflecting your efforts.

**RESPONSE: None.**

15.    If you answered Defendant's Interrogatory 2 in the affirmative, please produce any writings, recordings, as well as other documentary evidence possessed or controlled by you supporting your claims that Defendant has taken any adverse employment action against you based on your race.

**RESPONSE: Objection.  Question is unclear.**

16.    Please produce any writings, recordings, as well as any other documentary evidence possessed or controlled by you supporting your claims that Defendant has denied you any promotional opportunity based on your race.

**RESPONSE: None.**

17.    Produce your state and federal income tax returns, including W-2 forms, for the years 2002, 2003, 2004, and 2005 once filed.

**RESPONSE: See attached 2004 W-2.**

18.    Produce all written statements, affidavits, reports, documents or other writings or recordings that have been given to you or that you have accepted from any person with knowledge of your alleged denials of promotion by Defendant.

**RESPONSE: None.**

19.    Produce all documents which reflect litigation or administrative actions, whether civil or criminal, to which you have been a party, including arrests and EEOC charges.

**RESPONSE: See attached EEOC Form 5 with addendum and right to sue letter.**

20.    Produce all documents relating to telephone conversations in which any part to the conversations mentioned your employment with Defendant or your claim in the instant lawsuit.

**RESPONSE: None.**

6

Dated this the _____ day of November, 2005.

_____
BARBARA WILSON

SWORN TO AND SUBSCRIBED before me on this the _____ day of November, 2005.

_____
NOTARY PUBLIC
My Commission Expires: _____

(SEAL)

Respectfully submitted this the __7__ day of November, 2005.

_____
JAY LEWIS (LEW031)
Plaintiff's attorney

OF COUNSEL:
LAW OFFICES OF JAY LEWIS, L.L.C.
P.O. Box 5059
Montgomery, AL 36103-5059
(334) 263-7733

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served the foregoing document on the following parties or attorneys by hand delivery or by placing a copy of the same in the United States mail, properly addressed and first-class postage prepaid on this _____7_____ day of November, 2005.

John Richard Carrigan
Alysonne Hatfield
Ogletree, Deakins, Nash, Smoak & Stewart
One Federal Place, Suite 1000
1819 5th Avenue North
Birmingham, Alabama 35203

OF COUNSEL

8

| **Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return.** | | **2004** | OMB No. 1545-0008 |
|---|---|---|---|
| a Control number | 1 Wages, tips, other comp.<br>9,624.83 | 2 Federal income tax withheld<br>480.61 | |
| | 3 Social security wages<br>9,624.83 | 4 Social security tax withheld<br>596.74 | |
| b Employer ID number<br>36-1924025 | 5 Medicare wages and tips<br>9,624.83 | 6 Medicare tax withheld<br>139.56 | |

c Employer's name, address, and ZIP code

WALGREEN CO./ILL.
AGENT FOR: WALGREEN CO./ILL.
200 WILMOT RD.
DEERFIELD, IL.  60015               01-01

d Employee's social security number

e Employee's name, address, and ZIP code

BARBARA WILSON                          7746 -135882

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code |
| 13  Statutory employee | 14 Other | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| AL   350995 | | 9,624.83 | 276.03 |
|---|---|---|---|
| 15 State  Employer's state I.D. # | 16 State wages, tips, etc. | 17 State income tax | |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |

Form W-2 Wage and Tax Statement        41-1628061              Dept. of the Treasury - IRS

SPECIAL INFORMATION

| VACATION TAKEN | 0 | 0959401784 |
| CURRENT YEAR VACATION | 0. | |
| SPECIAL HOLIDAY TAKEN | | |

- Status will not reflect unprocessed non-system generated adjustments.
- Please refer to Walgreens Company Policy for more details.

| | PAY PERIOD ENDING | PERIOD NO. | | PAY PERIOD ENDING | PERIOD NO. | |
|---|---|---|---|---|---|---|
| | | 20 | | 0507 | 20 | |
| | Not valid 31 days after above date | | | Not valid 31 days after above | | |
| PAYROLL LOCATION | 07746 195 | | | PAYROLL LOCATION | 07746 195 | |
| | WALGREENS | | | | WALGREENS | |
| EMPLOYEE NAME | WILSON, B. | | | EMPLOYEE NAME | WILSON, B. | |

| SIGNATURE OF EMPLOYEE | | | SIGNATURE OF SPOUSE OR DEPENDENT | |
|---|---|---|---|---|
| PRESCRIPTION I.D. | MEDICAL INS. | AVERAGE HRS. | PRESCRIPTION I.D. | MEDICAL INS. | AVERAGE |
| | | 33.75 | | | 33.7 |

Walgreen Co.      200 Wilmot Road      Deerfield, IL 60015

BARBARA WILSON

| FED. TAX STATUS: | S | TAX STATE: | AL | 52 WK AVERAGE: | 33.75 |
|---|---|---|---|---|---|
| EXEMPTIONS - FED: | 01 | STATE: | 01 | EMPLOYEE I.D.: | |
| PAY PERIOD BEGINNING: | | 04/24/04 | | PAY PERIOD ENDING: | 05/07/04 |

| HOURS AND EARNINGS | | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | CURRENT | | YEAR TO DATE EARNINGS | DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT | DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT |
| | HOURS | EARNINGS | | | | | | | |
| REGULAR | 64.75 | 404.69 | 2483.62 | FED TAX | 19.79 | 124.33 | | | |
| O.T. | | 14.00 | FICA | 25.98 | 159.35 | | | | |
| MS COSM | | 12.12 | 25.60 | MEDICARE | 6.08 | 37.27 | | | |
| PREMIUM | | 2.26 | 15.66 | AL TAX | 11.69 | 72.67 | | | |
| MS NON | | | 31.28 | | | | | | |
| | | | | NET PAY | 355.53 | | | | |

| DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|
| TOTAL TAXES | 63.54 | 393.62 |
| GROSS | 419.07 | 2570.16 |
| FED. TAXABLE WAGES | 419.07 | 2570.16 |

PERS. MESSAGE(S):

| | PAY PERIOD ENDING | PERIOD NO. | | PAY PERIOD ENDING | PERIOD NO. | |
|---|---|---|---|---|---|---|
| SPECIAL INFORMATION | | 37 | | 06 08 | 37 | Walgr |

Not valid 31 days after above date

**VACATION TAKEN** 0  0950706569
**CURRENT YEAR VACATION** 0
**SPECIAL HOLIDAY TAKEN** 0

* Status will not reflect unprocessed non-system generated adjustments.
* Please refer to Walgreens Company Policy for more details.

| PAYROLL LOCATION | 07746 195 | PAYROLL LOCATION | 07746 195 |
|---|---|---|---|
| EMPLOYEE NAME WALGREENS WILSON, B. | | EMPLOYEE NAME WALGREENS WILSON, B. | |

| SIGNATURE OF EMPLOYEE | | | SIGNATURE OF SPOUSE OR DEPENDENT | | |
|---|---|---|---|---|---|
| PRESCRIPTION I.D. | MEDICAL INS. | AVERAGE HRS. | PRESCRIPTION I.D. | MEDICAL INS. | AVERAGE |
| 581071076 | JT 11 | 33.75 | 581071076 | JT 11 | 33.7 |

Walgreen Co.    200 Wilmot Road    Deerfield, IL 60015

**BARBARA WILSON**

| FED. TAX STATUS: S | TAX STATE: AL | 52 WK AVERAGE: | 33.75 |
|---|---|---|---|
| EXEMPTIONS - FED: 01 | STATE: 01 | EMPLOYEE I.D.: | |
| PAY PERIOD BEGINNING: 08/14/04 | | PAY PERIOD ENDING: 08/27/04 | |

| HOURS AND EARNINGS | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | CURRENT HOURS | EARNINGS | YEAR TO DATE EARNINGS | DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT | DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT |
| REGULAR | 72.50 | 453.13 | 5616.45 | FED. TAX | 22.35 | 285.79 | MEDICAL1 | 24.16 | 195 |
| OT | | | 455.01 | FICA | 27.57 | 365.15 | | | |
| HS COSH | 13.17 | 147.56 | MEDICARE | 6.44 | 85.36 | | | |
| HOLIDAY | | 8558.40 | AL TAX | 12.85 | 180.07 | | | |
| PREMIUM | 2.50 | 35.95 | | | | | | |
| HS NON | | 5151.48 | | | | | | |

| | | |
|---|---|---|
| NET PAY | 375.43 | |

| DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|
| TOTAL TAXES | 69.21 | 909.53 |
| GROSS | 468.80 | 6497.30 |
| FED. TAXABLE WAGES | 444.64 | 5966.02 |

**SPECIAL MESSAGE(S):**

Case 3:05-cv-00495-MEF-CSC   Document 61-3   Filed 03/15/2006   Page 12 of 23

SPECIAL INFORMATION                    0950542319

| | |
|---|---|
| VACATION TAKEN | 0 |
| CURRENT YEAR VACATION | 0 |
| SPECIAL HOLIDAY TAKEN | 0 |

* Status will not reflect unprocessed non-system generated adjustments.
* Please refer to Walgreens Company Policy for more details.

Walgreen Co.     200 Wilmot Road     Deerfield, IL 60015

**BARBARA WILSON**

| PAY PERIOD ENDING | PERIOD NO. |
|---|---|
| 08/13/04 | 35 |

Not valid 31 days after above date.

| PAYROLL LOCATION | 07746  195 |
|---|---|
| EMPLOYEE NAME | WILSON, B. |

| SIGNATURE OF EMPLOYEE | | |
|---|---|---|
| PRESCRIPTION I.D. | MEDICAL INS. | AVERAGE HRS. |
| 581071076 | JT 11 | 34.25 |

| PAY PERIOD ENDING | PERIOD NO. |
|---|---|
| 08/13/04 | 35 |

Not valid 31 days after above

| PAYROLL LOCATION | 07746  195 |
|---|---|
| EMPLOYEE NAME | WILSON, B. |

| SIGNATURE OF SPOUSE OR DEPENDENT | | |
|---|---|---|
| PRESCRIPTION I.D. | MEDICAL INS. | AVERAGE |
| 581071076 | JT 11 | 34.2 |

| FED. TAX STATUS: S | TAX STATE: AL | 52 WK AVERAGE: | 34.25 |
|---|---|---|---|
| EXEMPTIONS - FED: 01 | STATE: 01 | EMPLOYEE I.D.: | |
| PAY PERIOD BEGINNING: 07/31/04 | | PAY PERIOD ENDING: | 08/13/04 |

| HOURS AND EARNINGS | | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | CURRENT HOURS | CURRENT EARNINGS | YEAR TO DATE EARNINGS | DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT | DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT |
| REGULAR | 55.50 | 346.88 | 5363.52 | FED. TAX | 12.11 | 265.44 | MEDICAL1 | 24.16 | |
| INS. COSM | | 16.77 | 251.01 | FICA | 21.22 | 341.58 | | | |
| HOLIDAY | | | 155.87 | MEDICARE | 4.97 | 79.69 | | | |
| PREMIUM | | 2.75 | | AL TAX | 8.66 | 155.22 | | | |
| INS. NON | | | 10.48 | | | | | | |

| | | |
|---|---|---|
| NET PAY | 295.28 | |

| DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|
| TOTAL TAXES | 46.96 | 840.13 |
| GROSS | 366.40 | 5678.50 |
| FED. TAXABLE WAGES | 342.24 | 5509.38 |

AL MESSAGE(S):

**SPECIAL INFORMATION**    1198011

| | |
|---|---|
| VACATION TAKEN | 0    0951198011 |
| CURRENT YEAR VACATION | 0 |
| | 0 |
| SPECIAL HOLIDAY TAKEN | 0 |

* Status will not reflect unprocessed non-system generated adjustments.
* Please refer to Walgreens Company Policy for more details.

| | PAY PERIOD ENDING | PERIOD NO. | | PAY PERIOD ENDING | PERIOD NO. | |
|---|---|---|---|---|---|---|
| | | 43 | | | 43 | |
| | Not valid 31 days after above date | | | Not valid 31 days after above date | | |
| PAYROLL LOCATION | 07746  253 | | PAYROLL LOCATION | 07746  253 | | |
| EMPLOYEE NAME | WALGREENS | | EMPLOYEE NAME | WALGREENS | | |
| | WILSON, B. | | | WILSON, B. | | |

| SIGNATURE OF EMPLOYEE | | | SIGNATURE OF SPOUSE OR DEPENDENT | | |
|---|---|---|---|---|---|
| PRESCRIPTION I.D. | MEDICAL INS. | AVERAGE HRS. | PRESCRIPTION I.D. | MEDICAL INS. | AVERAGE |
| 581071076 | JT 11 | 34.25 | 581071076 | JT 11 | 34.2 |

Walgreen Co.    200 Wilmot Road    Deerfield, IL 60015

BARBARA WILSON

| | | |
|---|---|---|
| FED. TAX STATUS: S | TAX STATE: AL | 52 WK AVERAGE:    34.25 |
| EXEMPTIONS - FED: 01    STATE: 01 | | EMPLOYEE I.D.: |
| PAY PERIOD BEGINNING: 09/25/04 | | PAY PERIOD ENDING:    10/08/04 |

| HOURS AND EARNINGS | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | CURRENT HOURS | CURRENT EARNINGS | YEAR TO DATE EARNINGS | DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT | DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT |
| EGULAR | 68.00 | 442.00 | 7110.01 | FED TAX | 21.12 | 351.17 | MEDICAL1 | 35.86 | 500 |
| T | | 37.81 | | FICA | 26.86 | 450.82 | | | |
| MS CUSH | 23.07 | 219.03 | MEDICARE | 6.26 | 105.43 | | | |
| OLIDAY | | 129.07 | AL TAX | 12.29 | 205.86 | | | |
| REMIUM | 2.75 | 43.51 | | | | | | |
| MS NON | | 39 | 52.07 | | | | | | |

| NET PAY | | |
|---|---|---|
| | | 365.88 |

| DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|
| TOTAL TAXES | 66.47 | 1117.28 |
| GROSS | 468.21 | 7572.20 |
| FED. TAXABLE WAGES | 432.35 | 7271.54 |

SPECIAL MESSAGE(S):

Case 2:05-cv-01654-JFC Document 11-3 Filed 0?/??/?6 Page 14 of 23

| SPECIAL INFORMATION | | | | | |
|---|---|---|---|---|---|
| VACATION TAKEN | 0 | 0951529468 | | | |
| CURRENT YEAR VACATION | 0 | | | | |
| SPECIAL HOLIDAY TAKEN | 0 | | | | |

- Status will not reflect unprocessed non-system generated adjustments.
- Please refer to Walgreens Company Policy for more details.

| | PAYROLL LOCATION 07746 253 | PAYROLL LOCATION 07746 253 |
|---|---|---|
| | EMPLOYEE NAME WILSON, B. | EMPLOYEE NAME WILSON, B. |

| SIGNATURE OF EMPLOYEE | | | SIGNATURE OF SPOUSE OR DEPENDENT | | |
|---|---|---|---|---|---|
| PRESCRIPTION I.D. | MEDICAL INS. | AVERAGE HRS. | PRESCRIPTION I.D. | MEDICAL INS. | AVERAGE |
| 581071076 | JT 11 | 34.25 | 581071076 | JT 11 | 34.2 |

Walgreen Co.      200 Wilmot Road      Deerfield, IL 60015

**BARBARA WILSON**

| FED. TAX STATUS: S | TAX STATE: AL | 52 WK AVERAGE: | 34.25 |
|---|---|---|---|
| EXEMPTIONS - FED: 0 1 | STATE: 0 1 | EMPLOYEE I.D.: | |
| PAY PERIOD BEGINNING: 10/23/04 | | PAY PERIOD ENDING: | 11/05/04 |

| HOURS AND EARNINGS | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | CURRENT HOURS | EARNINGS | YEAR TO DATE EARNINGS | DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT | DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT |
| REGULAR | 68.50 | 445.25 | 8008.64 | FED. TAX | 21.65 | 396.78 | MEDICAL 1 | 35.84 | |
| O.T. | | | 27.31 | FICA | 27.13 | 505.29 | | | |
| INS COSM | | 25.17 | 261.60 | MEDICARE | 6.34 | 118.17 | | | |
| HOLIDAY | | | 128.07 | AL TAX | 12.53 | 231.02 | | | |
| PREMIUM | | 2.63 | 48.33 | | | | | | |
| INS NON | | | 33.50 | | | | | | |

| NET PAY | 369.97 | |
|---|---|---|

| DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|
| TOTAL TAXES | 67.65 | 1249.32 |
| GROSS | 473.15 | 8522.49 |
| FED. TAXABLE WAGES | 437.32 | 949.86 |

SPECIAL MESSAGE(S):

Case 2:05-cv-00485-ID-CSC    Document 11-3    Filed 07/10/2006    Page 15 of 23

# SPECIAL INFORMATION    1700709

| | |
|---|---|
| VACATION TAKEN | 0 |
| CURRENT YEAR VACATION | 0 |
| SPECIAL HOLIDAY TAKEN | 0 |

- Status will not reflect unprocessed non-system generated adjustments.
- Please refer to Walgreens Company Policy for more details.

095170C709

Not valid 31 days after above date

| | | |
|---|---|---|
| PAYROLL LOCATION | 07746  253 | |
| EMPLOYEE NAME | WALGREENS | |
| | WILSON, B. | |

SIGNATURE OF EMPLOYEE

| PRESCRIPTION I.D. | MEDICAL INS. | AVERAGE HRS. |
|---|---|---|
| 581071076 | JT 11 | 34.25 |

Not valid 31 days after above

| | | |
|---|---|---|
| PAYROLL LOCATION | 07746  253 | |
| EMPLOYEE NAME | WALGREENS | |
| | WILSON, B. | |

SIGNATURE OF SPOUSE OR DEPENDENT

| PRESCRIPTION I.D. | MEDICAL INS. | AVERAGE |
|---|---|---|
| 581071076 | JT 11 | 34.2 |

Walgreen Co.    200 Wilmot Road    Deerfield, IL 60015

BARBARA WILSON

| | | | |
|---|---|---|---|
| FED. TAX STATUS: | S | TAX STATE: AL | 52 WK AVERAGE: 34.25 |
| EXEMPTIONS - FED: 01 | | STATE: 01 | EMPLOYEE I.D.: 3 |
| PAY PERIOD BEGINNING: 11/06/04 | | | PAY PERIOD ENDING: 11/19/04 |

## HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS | CURRENT EARNINGS | YEAR TO DATE EARNINGS |
|---|---|---|---|
| REGULAR | 67.50 | 438.75 | 8661.35 |
| O.T. | | 21.10 | 6157.81 |
| PHS COSM | | | 205.70 |
| HOLIDAY | | 2.13 | 129.07 |
| PREMIUM | | 5.30 | 50.65 |
| PHS MON | | 45.25 | 48.81 |
| | 8.75 | | 51.33 |

## TAXES

| DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT |
|---|---|---|
| FED TAX | 25.55 | 420.30 |
| FICA | 30.55 | 534.04 |
| MEDICARE | 6.91 | 125.08 |
| L TAX | 14.29 | 246.35 |

NET PAY    400.35

| DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|
| TOTAL TAXES | 75.30 | 1325.82 |
| GROSS | 512.51 | 9050.95 |
| FED. TAXABLE WAGES | 476.65 | 8626.51 |

## DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT |
|---|---|---|
| MEDICAL1 | 35.86 | |

SPECIAL MESSAGE(S):

**PECIAL INFORMATION**    1368326

| | | PAY PERIOD ENDING | PERIOD NO. | *Walgreens* | PAY PERIOD ENDING | PERIOD NO. | *Walgree* |
|---|---|---|---|---|---|---|---|
| | | 10/22/04 | 45 | | 10/22/04 | 45 | |

ACATION TAKEN           0   0951368326
URRENT YEAR VACATION    0
PECIAL HOLIDAY TAKEN    0

* Status will not reflect unprocessed non-system generated adjustments.
* Please refer to Walgreens Company Policy for more details.

Not valid 31 days after above date

PAYROLL LOCATION 07746  253
WALGREENS
EMPLOYEE NAME WILSON, B.

Not valid 31 days after above d

PAYROLL LOCATION 07746  253
WALGREENS
EMPLOYEE NAME WILSON, B.

| SIGNATURE OF EMPLOYEE | | | SIGNATURE OF SPOUSE OR DEPENDENT | | |
|---|---|---|---|---|---|
| PRESCRIPTION I.D. | MEDICAL INS. | AVERAGE HRS. | PRESCRIPTION I.D. | MEDICAL INS. | AVERAGE |
| 581071076 | UT 11 | 34.25 | 581071076 | UT 11 | 34.25 |

Walgreen Co.    200 Wilmot Road    Deerfield, IL 60015

**BARBARA WILSON**

| | | |
|---|---|---|
| FED. TAX STATUS: S | TAX STATE: AL | 52 WK AVERAGE:          34.25 |
| EXEMPTIONS - FED: 01 | STATE: 01 | EMPLOYEE I.D.: |
| PAY PERIOD BEGINNING: 10/09/04 | | PAY PERIOD ENDING:    10/22/04 |

| HOURS AND EARNINGS | | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | CURRENT | | YEAR TO DATE EARNINGS | DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT | DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT |
| | HOURS | EARNINGS | | | | | | | |
| GULAR | 59.75 | 453.38 | 7563.59 | FED TAX | 21.97 | 525.16 | MEDICAL1 | 35.86 | 2536.72 |
| COSM | | 19.56 | 239.49 | FICA | 27.94 | 478.76 | | | |
| LIDAY | | | 129.07 | MEDICARE | 6.40 | 111.83 | | | |
| MIUM | | 2.88 | 46.19 | AL TAX | 13.68 | 218.86 | | | |
| NON | | .94 | 33.01 | | | | | | |
| | | | | NET PAY | | 372.51 | | | |

| DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|
| TOTAL TAXES | 68.39 | 1181.97 |
| GROSS | 476.76 | 8048.95 |
| FED. TAXABLE WAGES | 440.90 | 7712.26 |

**PECIAL MESSAGE(S):**

SPECIAL INFORMATION

| | | |
|---|---|---|
| VACATION TAKEN | 0 | 0951864087 |
| CURRENT YEAR VACATION | 0 | |
| SPECIAL HOLIDAY TAKEN | 0 | |

- Status will not reflect unprocessed non-system generated adjustments.
- Please refer to Walgreens Company Policy for more details.

| PAY PERIOD ENDING | PERIOD NO. |
|---|---|
| 12/03/04 | 51 |

Not valid 31 days after above date

| PAYROLL LOCATION | 07746 253 |
|---|---|
| EMPLOYEE NAME | WALGREENS WILSON, B. |

SIGNATURE OF EMPLOYEE

| PRESCRIPTION I.D. | MEDICAL INS. | AVERAGE HRS. |
|---|---|---|
| 581071076 | UT 11 | 34.25 |

| PAY PERIOD ENDING | PERIOD NO. |
|---|---|
| 12/03/04 | 51 |

Not valid 31 days after above date

| PAYROLL LOCATION | 07746 253 |
|---|---|
| EMPLOYEE NAME | WALGREENS WILSON, B. |

SIGNATURE OF SPOUSE OR DEPENDENT

| PRESCRIPTION I.D. | MEDICAL INS. | AVERAGE |
|---|---|---|
| 581071076 | UT 11 | 34.2 |

Walgreen Co.     200 Wilmot Road     Deerfield, IL 60015

**BARBARA WILSON**

| | |
|---|---|
| FED. TAX STATUS: S | TAX STATE: AL |
| EXEMPTIONS - FED: 01 | STATE: 01 |
| PAY PERIOD BEGINNING: 11/20/04 | |

| | |
|---|---|
| 52 WK AVERAGE: | 34.25 |
| EMPLOYEE I.D.: | |
| PAY PERIOD ENDING: | 12/03/04 |

## HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS | EARNINGS | YEAR TO DATE EARNINGS |
|---|---|---|---|
| REGULAR | 73.25 | 476.13 | 8923.52 |
| OT | | 37.81 | 307.89 |
| MS COSM | | 22.19 | 176.27 |
| HOLIDAY | 6.75 | 45.30 | |
| PREMIUM | | 2.50 | 53.45 |
| MS NON | | .50 | 33.50 |
| HOLGIFT1 | | | 25.00 |
| SICK PAY | | | 45.93 |

## TAXES

| DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT |
|---|---|---|
| FED TAX | 29.88 | 456.47 |
| FICA | 31.67 | 569.06 |
| MEDICARE | 7.40 | 132.85 |
| AL TAX | 15.77 | 262.38 |

NET PAY     426.04

## DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT |
|---|---|---|
| MEDICAL1 | 35.86 | 44 |

| DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|
| TOTAL TAXES | 84.72 | 1419.76 |
| GROSS | 546.62 | 9616.57 |
| FED. TAXABLE WAGES | 510.76 | 9162.27 |

SPECIAL MESSAGE(S):

1-25-05

Mrs Jones at Walgreen ~~was~~
was picking at me about the Reset
that I was doing and said this
is the last Day for Reset and
I am keeping the mylar that she
Reprinted did not want to give them
to me I couldn't find the mylar
that I had ~~~~ and that was the
only way I was going to finshed the reset
Stared complaining about my sale in Cosmetic
I was doing Good in my sale and p.m's

Notes.

On 1-5-05 -
Mrs. Jones - was picking at me
on Wed. 5-05 she started finding thing
that wasn't Right in Cosmetic, and said
We need to clean up this my pen but
it wasn't dirt, she was talking about
me to Mr. Greenwood and Esbar
~~~~ I tought cosmetic was
going to Run better than this
way Tan gone. but it was not
nothing wrong with cosmetic.
and half of time she do not speak

# CHARGE OF DISCRIMINATION

| | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA ☐ EEOC | 120-2005-00242 |

Barbara Lynn Wilson

and EEOC

*State or local Agency, if any*

| NAME (Indicate Mr., Ms, Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Ms. Barbara Lynn Wilson | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| | | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Walgreen | 500 Plus | 334-409-0144 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 6680 Atlanta Highway, Montgomery, Alabama 36107 | | Montgomery |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box (es) | DATE OF DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN ☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify) | *EARLIEST*                         *LATEST* June, 2004  ☐ CONTINUING ACTION |

THE PARTICULARS ARE   (If additional space is needed, attach extra sheet (s):

See attached Addendum.

OCT 18

| ☐ I want this charge filed with both the EEOC and the State or local Agency, it any.  I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY (When necessary for State and Local Requirements) *Dana B English*  9/19/0_ I swear of affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty or perjury that the foregoing is true and correct *Barbara Wilson* Date 10-15-04      Charging Party (Signature) | SIGNATURE OF COMPLAINANT *Barbara Wilson* SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, day and year) |

## ADDENDUM TO THE CHARGE OF DISCRIMINATION
## OF BARBARA LYNN WILSON

My name is Barbara Lynn Wilson, Black female. I have been employed by the Walgreen Company since February 15, 2004. I presently hold the position of Cosmetician in the Brown Springs Road store in Montgomery, Alabama; I have held that position for the entire duration of my employment with Walgreen.

During my employment I informed JoAnn Jones, White female Store Manager, that I wished to be considered for promotion to higher positions.

During June, 2004, I was assigned to train a newly-hired White female as a Cosmetician. During that training, I learned that I was training the White female to take the position of Head Cosmetician at Walgreen's new Perry Hill Road location. At the conclusion of her training and upon the opening of the Perry Hill Road store, the White female was promoted to Head Cosmetician at that store. I remained at the Brown Springs Road store as Cosmetician.

The White female had no commercial experience in cosmetics prior to my training her; she had less tenure at Walgreen than I did. Her qualifications were inferior to mine.

My hourly pay is $6.20 per hour; the Head Cosmetician is paid $8.00 per hour.

I have been the victim of discrimination on the basis of my race, Black, in violation of Title VII of the Civil Right Act of 1964 (as amended) and 42 U.S.C. § 1981.

BARBARA LYNN WILSON

SWORN TO and SUBSCRIBED before me this _15_ day of October, 2004.

NOTARY PUBLIC, State at Large
My commission expires _11/06/04_

OCT 18 2004

EEOC Form 161 (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Barbara J. Wilson<br>c/o Jay Lewis, Esq.<br>Post Office Box 5059<br>Montgomery, Alabama 36103 | From: | Equal Employment Opportunity<br>Commission<br>1130 - 22nd Street, South<br>Suite 2000<br>Birmingham, AL 35205 |
|---|---|---|---|

☐ *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR § 1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 130 2005 00242 | Leon P. Jones, Investigator | 205-212-2141 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statues.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☒ The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

#### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you.  You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit must be filed WITHIN 90 DAYS of your receipt of this Notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

Bernice Williams-Kimbrough, District Director       2/18/05
*(Date Mailed)*

Enclosure(s)

cc:   Glenn W. Kaun, Esq.
Employee Relations
Walgreen Company
300 Wilmot Road
Deerfield, Illinois 60015

INFORMATION RELATED TO FILING SUIT
UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

PRIVATE SUIT RIGHTS --    **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA),**
**or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge <u>**within 90**</u>
<u>**days**</u> of the date you *receive* this Notice. Therefore, you should keep a record of this date. Once this 90-day period
is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney,
you should do so promptly. Furthermore, in order to avoid any question that you did not act in a timely manner, it is
prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice
is signed).

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate
State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after
talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement
of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the
charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge.
Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought
where relevant employment records are kept, where the employment would have been, or where the respondent has its
main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where
you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

PRIVATE SUIT RIGHTS -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment:
backpay due for violations that occurred **more than** <u>2 years (3 years)</u> **before you file suit** may not be collectible. For
example, if you were underpaid under the EPA for work performed from 7/1/96 to 12/1/96, you should file suit <u>before</u>
<u>7/1/98</u> -- *not* 12/1/98 -- in order to recover unpaid wages due for July 1996. This time limit for filing an EPA suit is
separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also
plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90
days of this Notice **and** within the 2- or 3-year EPA backpay recovery period.

ATTORNEY REPRESENTATION -- **Title VII and the ADA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction
in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made
to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts
to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because
such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

ATTORNEY REFERRAL AND EEOC ASSISTANCE -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have
any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need
to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and
provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all
charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review
the charge file, **please make your review request** <u>**within 6 months**</u> of this Notice. (Before filing suit, any request
should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

INFORMATION FOR PERSONS WITH AGE DISCRIMINATION CLAIMS AGAINST STATE EMPLOYERS: HOW KIMEL v. FLORIDA BOARD OF REGENTS AFFECTS YOUR RIGHTS

The Supreme Court has recently held in *Kimel v. Florida Board of Regents* [1] that the Federal Age Discrimination in Employment Act (ADEA) does not override a State's constitutional immunity from suits by private persons for monetary relief. Therefore, you may not bring an age discrimination suit seeking monetary relief against a State employer in either Federal or State court, unless the State has given its consent. We know of no State that consents to Federal ADEA suits. However, the *Kimel* Court noted that persons may recover money damages from their State employers under State age discrimination laws in 44 States. [2]

The age discrimination provisions of the ADEA still apply to State employers. In spite of *Kimel*, ADEA charges may still be filed with the EEOC and EEOC retains its full authority to seek relief from ADEA violations and to otherwise enforce the Act, including suing States in Federal or State court.

THE ADDITIONAL INFORMATION BELOW MAY OR MAY NOT APPLY TO YOUR CASE— (*Your attorney, EEOC, or a State or local Fair Employment Practices agency that enforces an age discrimination law can explain or discuss these matters with you.*)

- States may permit suits by private persons [3] but can define how they may be sued, such as procedures, who can sue, and in what courts. [4] In this regard, as noted above, many States have laws allowing private age discrimination suits in State court under State law. (*Therefore, your charge of discrimination, or other factors, may entitle you to sue or otherwise seek relief under State law.*)

- *Kimel* does not apply to local units of government — counties, cities, school boards, special taxing districts, etc. — if damages awarded will not come from a State's treasury. [5] And *Kimel* does not apply to interstate compact agencies that are not structured to qualify for immunity. [6]

- While *Kimel* bars private age discrimination suits for monetary relief under Federal law, you may be permitted to sue State officials, in their official capacity, for purely injunctive relief under the ADEA. This theory will have to be tested in the courts by private litigants.

- Your EEOC charge may claim more than one type of discrimination - disability or a Title VII basis (race, color, religion, sex or national origin) - plus age. *Kimel* does not bar Title VII or Americans with Disabilities Act (ADA) suits in Federal court. However, State law age discrimination suits may not be appended to a Title VII or ADA suit in Federal court. [7]

- Title VII and ADA suits may also be filed in State court. [8] Therefore, Title VII or ADA suits can be filed in State court with a *State law* suit that includes, is applicable, State law age discrimination claims.

If you have any questions on your rights under the EEOC statutes, or if you wish to be referred to a private attorney who may consider handling your case, please call the EEOC office where you filed your charge. You may find additional information on the EEOC Internet Web site at www.eeoc.gov.

1. 120 S.Ct. 631 (2000)

2. *Kimel*, note 1

3. *Clark v. Barnard*, 108 U.S. 436 (1883); *Gunter v. Atlantic Coast Line*, 200 U.S. 273 (1906); *Missouri v. Fiske*, 290 U.S. 18, 24 (1933), cited in *Ford Motor Co. v. Dept of Treasury*, 323 U.S. 459 (1945)

4. *Great Northern Life Ins. Co v. Read*, 322 U.S. 47, 54 (1944)

5. *Mt. Healthy Bd of Ed v. Doyle*, 429 U.S. 274, 280 (1977), *Moor v. County of Alameda*, 411 U.S. 693, 717-721 (1973); *Lincoln County v. Luning*, 133 U.S. 529, 530 (1890)

6. *Lake Country Estates, Inc. v. Tahoe Regional Planning Agency*, 440 U.S. 391, 401 (1979)

7. *Pennhurst State School & Hosp. v. Halderman*, 465 U.S. 89, 117-21 (1984)

8. *Yellow Freight Systems Inc. v. Donnelly*, 494 U.S. 553 (1990)