IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA WILSON, Plaintiff | * * * |
| v. | * Civil Case No. 2:05-cv-465-D * |
| WALGREEN CO., INC., Defendant. | * * * |

## PLAINTIFF'S INITIAL DISCLOSURES

COMES NOW Plaintiff Barbara Wilson, by and through her attorney of record, and would submit the following as initial disclosures pursuant to Rule 26(a)(1), Federal Rules of Civil Procedure:

(A) WITNESSES:

1. Barbara Wilson, Plaintiff. Address and telephone number known to the defendant. Ms. Wilson has knowledge of the facts alleged in her complaint.

2. Angela LNU, Walgreen employee. Address and telephone number known to the defendant. This witness has knowledge of her employment as a comparitor to Ms. Wilson.

3. JoAnn Jones, Walgreen Store Manager. Address and telephone number known to the defendant. Ms. Jones has knowledge of positions filled at the Montgomery, Alabama stores she supervised and of Ms. Wilson's desire for promotion and of Ms. Wilson's having been directed to train Angela LNU.

(B) DOCUMENTS:

Plaintiff has no documents believed to be relevant to this matter at this time, other than the

1


DEFENDANT'S EXHIBIT 2
Wilson

EEOC Charge of Discrimination and the Walgreen compensation plans attached hereto.

**( C) DAMAGES:**

Plaintiff claims such legal and equitable relief as may be available at the time of trial, including back pay, front pay, instatement, attorney's fees, and costs of litigation. Plaintiff claims compensatory and punitive damages of Three Hundred Thousand Dollars as against the defendant as to claims cognizable under 42 U.S.C.A. § 2000e by and through 42 U.S.C. 1981(a), and compensatory and punitive damages of Three Hundred Thousand dollars as to claims cognizable under 42 U.S.C.A. § 1981, or, in the alternative, nominal damages.

**(D) INSURANCE COVERAGE:**

This is not applicable to Plaintiff herein.

These disclosures are based upon information reasonably available at this time. Supplemental information will be provided as required by Fed. R. Civ. P. 26(e)(1).

JAY LEWIS (LEW031)
Plaintiff's attorney

OF COUNSEL:
LAW OFFICES OF JAY LEWIS, L.L.C.
P.O. Box 5059
Montgomery, AL 36103-5059
(334) 263-7733

2

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing document on the following parties or attorneys by hand delivery or by placing a copy of the same in the United States mail, properly addressed and first-class postage prepaid on this 29th day of July, 2005.

John Richard Carrigan
Alysonne Hatfield
Ogletree, Deakins, Nash, Smoak & Stewart
One Federal Place, Suite 1000
1819 5th Avenue North
Birmingham, Alabama 35203

_____
OF COUNSEL

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA<br>☐ EEOC | 130-2005-00242 |

Barbara Lynn Wilson
and EEOC
*State or local Agency, if any*

**NAME** (Indicate Mr., Ms, Mrs.)
Ms. Barbara Lynn Wilson

**HOME TELEPHONE** (Include Area Code)

**STREET ADDRESS**     **CITY, STATE AND ZIP CODE**     **DATE OF BIRTH**

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Walgreen | 500 Plus | 334-409-0144 |

**STREET ADDRESS**   **CITY, STATE AND ZIP CODE**
6680 Atlanta Highway, Montgomery, Alabama 36107

**COUNTY**
Montgomery

**NAME**     **TELEPHONE NUMBER** (Include Area Code)

**STREET ADDRESS**     **CITY, STATE AND ZIP CODE**     **COUNTY**

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box (es))
☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify)

DATE OF DISCRIMINATION TOOK PLACE
EARLIEST     LATEST
             June, 2004

☐ CONTINUING ACTION

THE PARTICULARS ARE   (If additional space is needed, attach extra sheet(s):

See attached Addendum.

RECEIVED OCT 18

☐ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY (When necessary for State and Local Requirements)

I swear of affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty or perjury that the foregoing is true and correct

*Barbara Wilson*
Date 10-15-04    Charging Party (Signature)

SIGNATURE OF COMPLAINANT
*Barbara Wilson*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Month, day and year)

## ADDENDUM TO THE CHARGE OF DISCRIMINATION
## OF BARBARA LYNN WILSON

My name is Barbara Lynn Wilson, Black female. I have been employed by the Walgreen Company since February 15, 2004. I presently hold the position of Cosmetician in the Brown Springs Road store in Montgomery, Alabama; I have held that position for the entire duration of my employment with Walgreen.

During my employment I informed JoAnn Jones, White female Store Manager, that I wished to be considered for promotion to higher positions.

During June, 2004, I was assigned to train a newly-hired White female as a Cosmetician. During that training, I learned that I was training the White female to take the position of Head Cosmetician at Walgreen's new Perry Hill Road location. At the conclusion of her training and upon the opening of the Perry Hill Road store, the White female was promoted to Head Cosmetician at that store. I remained at the Brown Springs Road store as Cosmetician.

The White female had no commercial experience in cosmetics prior to my training her; she had less tenure at Walgreen than I did. Her qualifications were inferior to mine.

My hourly pay is $6.20 per hour; the Head Cosmetician is paid $8.00 per hour.

I have been the victim of discrimination on the basis of my race, Black, in violation of Title VII of the Civil Right Act of 1964 (as amended) and 42 U.S.C. § 1981.

*[signature]*
BARBARA LYNN WILSON

SWORN TO and SUBSCRIBED before me this _15_ day of October, 2004.

*[signature]*
NOTARY PUBLIC, State at Large
My commission expires _11/06/04_

RECEIVED
OCT 18 2004

Rate & Status                                              Page 2 of 5

**Comments:**
Salary Grade 1/HPS/PST/SIMC/SBA/PHC - Rates Reviewed 8/2/03. Maximum rate is 24 month rate. Annual review based on budget guideline of 3.0%. Any exception documented.

Rate & Status

### Hourly Management

| Position | Scheduled Hours | Frequency | Start Rate | 12 Mos | 24 Mos | Annual Review |
|---|---|---|---|---|---|---|
| **Drug Assistant** | | | | | | |
| AMN | 44 | Hourly | $12.65 | $13.15 | $13.65 | $0.3 |
|  |  | Weekly | $581.90 | $604.90 | $627.90 |  |
|  |  | Biweekly | $1,163.80 | $1,209.80 | $1,255.80 |  |
|  |  | Yearly | $30,258.80 | $31,454.80 | $32,650.80 |  |
| **Drug Trainee** | | | | | | |
| BMT | 40 | Hourly | $12.40 | $12.90 | $13.40 | $0.3 |
|  |  | Weekly | $496.00 | $516.00 | $536.00 |  |
|  |  | Biweekly | $992.00 | $1,032.00 | $1,072.00 |  |
|  |  | Yearly | $25,792.00 | $26,832.00 | $27,872.00 |  |
| MGT | 44 | Hourly | $13.40 | $13.90 | $14.40 |  |
|  |  | Weekly | $616.40 | $639.40 | $662.40 |  |
|  |  | Biweekly | $1,232.80 | $1,278.80 | $1,324.80 |  |
|  |  | Yearly | $32,052.80 | $33,248.80 | $34,444.80 |  |

**Comments:**
*AMN annual review beyond 24 months based on increase guideline of $.30 per must be documented.


Rate & Status
Page 4 of 5

## Salaried Management/Pharmacy

| Position Code | Salaried Hours | Frequency | Shift | Add Earnings | Start Rate | 12 Mos | 24 Mos |
|---|---|---|---|---|---|---|---|
| **Drug Assistant** | | | | | | | |
| AMR | 80 | Biweekly | | | | $3,260.00 | $3,470.00 |
| | | Yearly | | | | $84,760.00 | $90,220.00 |
| | | Hourly | Day | A | | $40.75 | $43.38 |
| | | Hourly | Day | B | | $61.13 | $65.06 |
| **Drug Executive Assistant** | | | | | | | |
| EAR | 80 | Biweekly | | | | $3,820.00 | | 
| | | Yearly | | | | $99,320.00 | | 
| EXA | 88 | Biweekly | | | | $1,440.00 | $1,490.00 | $1,550.00 |
| | | Yearly | | | | $37,440.00 | $38,740.00 | $40,300.00 |
| **Pharmacist** | | | | | | | |
| RPM | 80 | Biweekly | | | | $3,260.00 | $3,470.00 |
| | | Yearly | | | | $84,760.00 | $90,220.00 |
| | | Hourly | Day | A | | $40.75 | $43.38 |
| | | Hourly | Day | B | | $61.13 | $65.06 |
| RPN | 72 | Biweekly | | | | $3,260.00 | $3,470.00 |
| | | Yearly | | | | $84,760.00 | $90,220.00 |
| | | Hourly | Day | A | | $40.75 | $43.38 |
| | | Hourly | Night | A | | $45.25 | $47.88 |
| | | Hourly | Day | B | | $61.13 | $65.06 |
| | | Hourly | Night | B | | $62.25 | $66.56 |
| RPR | 80 | Biweekly | | | | $3,260.00 | $3,470.00 |
| | | Yearly | | | | $84,760.00 | $90,220.00 |
| | | Hourly | Day | A | | $40.75 | $43.38 |
| | | Hourly | Day | B | | $61.13 | $65.06 |
| RPS | 80 | Biweekly | | | | $3,260.00 | $3,470.00 |
| | | Yearly | | | | $84,760.00 | $90,220.00 |
| | | Hourly | Day | A | | $40.75 | $43.38 |
| | | Hourly | Day | B | | $61.13 | $65.06 |
| **Pharmacy Manager** | | | | | | | |
| RXM | 84 | Biweekly | | | | $3,820.00 | |
| | | Yearly | | | | $99,320.00 | |
| | | Hourly | Day | A | | $44.42 | |
| | | Hourly | Day | B | | $66.63 | |

http://rate.walgreens.com/webapp/...

Rate & Status

Page 5 of 5

**Comments:**
EXA annual review beyond 36 months in position. Based on increase guideline 0. Exceptions must be documented. RXM/RPS/AMR/RPR/RPM - 24 Hour Store Nights (10PM-8AM) = $1.50 RPN. Night Shift Premium (10PM-8AM) Included in Salary.

ttp://rate.walgreens.com/webapp/...

# COMPENSATION AND THE EQUAL PAY ACT (Revised 6/1/2000; Previously Issued 9/1/1995)

Walgreens' policy is to compensate employees fairly in proportion to their efforts and contribution to the success of the business, and to pay wages and salaries, for comparable work, competitive with those prevailing in the community where the employee works.

Federal law requires that every employee receive not less than the rate paid employees of the opposite sex for equal work on jobs, the performance of which requires equal skill, effort, and responsibility and which are performed under similar working conditions. Job content is the controlling factor; job title or classification is immaterial. Therefore, it is imperative that employees be listed on the payroll records according to the work they actually perform.

**Wage differentials between employees performing substantially equal work are permitted if based upon length of service, a system which measures earnings by quantity or quality of production, or merit systems, but the reasons behind merit differentials must be documented and care should be taken that merit increases do not operate in a way that discriminates in favor of any individual or group of individuals.**

Federal law prohibits discrimination in compensation on the basis of race, color, religion, sex, national origin, or age.

Established Company wage rate guidelines must be followed in all cases to ensure that employees in a particular market are being paid properly.