# Application Summary

## Contact Information

**Barbara L Wilson (Barbara)**

## Positions

*Photo*
*Service Clerk*

## Availability

| | |
|---|---|
| Shift | Full Time |
| Days | Yes |
| Nights | Yes |
| Weekends | Yes |
| Holidays | Yes |
| Overnights | Yes |
| Available to start | 02/11/2004 |

## Areas of Concern

## Employment History

*Previously Employed by Walgreens?* No

**Alagold Riverdale - Montgomery, AL United States**
05/01/1996 - 11/01/2003
Supervisor        Maxine Walker (334)834-6900
Position          Packer
Reason for Leaving    Not Applicable

## Store Preferences

\* #7746   6680 Atlanta Hwy, Montgomery, AL
   #6843   2281 E South Blvd, Montgomery, AL
\* preferred stores



DEFENDANT'S EXHIBIT 3 Wilson