11/08/2005

When Walgreens learned of my lawsuit against the company, there was a drastic change in the way I was being treated. Everyday, when I went to work at Walgreens, Mrs. Jones (store manager) always had something negative to say about my work. My work was never right according to her whereas, before the lawsuit she never had a problem with me performing my duties. This type of treatment went on and caused me cry at work. I would confide in my coworker (Erma) about that way they was treating me. Erma would see me cry sometimes and relieve me for a moment to go to the restroom and get myself together.  Sometimes I did not want to go to work because I was afraid of all the negatives things that Mrs. Jones would say about my work. I would make myself go to work because I know I needed the income. During one incident, she stated that I had only one other time to be written up, but I had no knowledge of the first write up.  It is normal to let the employee review the write up and sign it if possible, but she never produced it to me. I was not aware of any write up until she threatened me when she told me that I had one more time to be written up.  Mrs. Jones would get upset and complain to me about things the overnight crew would leave behind the cosmetic counter. I would normally work Sunday nights from 4 pm to 11 pm. I would make sure that behind the counter was clean every night I left work because I didn't want to give Mrs. Jones any reason to pick with me.  The overnight crew would leave boxes, items, etc., behind the counter and Mrs. Jones would assume that I had left them and complain to me about it. I would tell her several times that I did not leave the boxes, but she would ignore  and complain every week about the same thing over and over, which caused me emotional stress.  Also, Mr. Escobar would find reasons to



DEFENDANT'S
EXHIBIT
5
Wilson

PENGAD 800-631-6989

complain about me performing my duties.  One incident was when Mr. Escobar told me to pack some picture frames into two boxes for inventory, but it took three boxes. So, Mr. Escobar dumped them on the floor and said it was not packed correctly. They always caused me to become upset and cry when they picked at me about everything. He had someone else repack the boxes and it did take three boxes and not two, whereas he told tossed my boxes I had packed down when I had packed them correctly the first time. I got fed up with all the emotional stress that these people were causing me and decided to quit. This decision was best for me and my health.