# PERSONAL HISTORY RECORD
## FORM 612 (Rev. 9/90) I.C. 962162

Name _Barbara Wilson_

Address

City

Telephon

Social Se

Company
Start Date

---

IN

Na

Home Phon

Relationsh:

---

## BENEFITS CHECKLIST

| Benefit | Date discussed with employee | Manager's Initials | If eligible, should receive information at: | Date information received | Employee's Initials |
|---|---|---|---|---|---|
| Medical & Rx Co-Pay | | | 90 days | | |
| Life Ins. | | | 90 days | | |
| Personal Acc. Ins. | | | 90 days | | |
| Flex-Pay | | | 90 days | | |
| Disability Benefits | | | 90 days* | | |
| Profit Sharing | | | 1 year | | |
| Dental | | | 1 year | | |

**\* Information at 90 days, however eligible at 6 months.**

| Benefit | Date discussed with employee | Manager's Initials & Employee's Initials | Benefit | Date discussed with employee | Manager's Initials & Employee's Initials |
|---|---|---|---|---|---|
| Discounts | | | Vacation | | |
| Suggestion System | | | Christmas Gift | | |
| Holidays | | | Stock Purchase | | |
| Sick Days | | | Service Awards | | |

---

(right side — rotated / handwritten disciplinary record)

INSTRUCTIONS TO FILL OUT DISCIPLINARY RECORD ON BACK COVER

THE EMPLOYEE WRITE ANY COMMENTS ON THE BACK.

6680 Atlanta Highway
Montgomery, AL 36117

07746

**DISCIPLINARY RECORD**

FORM 276 (REV. 3/89) I.C. 961801

108196 I.C. 961801

LOYEE MUST BE ALLOWED TIME TO REVIEW THE
TTEN DISCIPLINARY RECORD AND TO LIST ANY
MENTS.

DEFENDANT'S
EXHIBIT
6
Wilson

FENGAD 800-631-6989

| DATE | POS CODE | DESCRIPTION OF ACTIVITY | RATE |
|------|----------|-------------------------|------|
|      |          |                         |      |
|      |          |                         |      |
|      |          |                         |      |
|      |          |                         |      |
|      |          |                         |      |
|      |          |                         |      |
|      |          |                         |      |
|      |          |                         |      |
|      |          |                         |      |
|      |          |                         |      |
|      |          |                         |      |
|      |          |                         |      |
|      |          |                         |      |
|      |          |                         |      |

Comments:

**EMPLOYMENT RECORD**

## UNIFORM INFORMATION

| Quantity | Size | Date Issued | Style Issued |
|----------|------|-------------|--------------|
|          |      |             |              |
|          |      |             |              |
|          |      |             |              |

I have received the above uniform(s) from the Walgreen Company and I will return them when my employment ends.

Employee's
Signature

and talked with Marie E and David Bargenon. Being insubordinate to a member of management is a terminatable offense. Marie asked her what she got don and she is flinging her hand and turned and rolled her eyes in disgust.

X _____

Refuse to sign.
JJonas