# TAB C

Case 2:05-cv-00465-ID-CSC    Document 11-10    Filed 03/15/2006    Page 1 of 4

### Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CIVIL ACTION NO. 2:05-CV-00498-T

CANDACE EPPS,
    Plaintiff,
vs.

WALGREEN COMPANY, INC.,

    Defendant.

DEPOSITION
OF
CANDACE EPPS
November 9, 2005

Taken Before: Kimberly T. Hoff, CSR,
RPR, RMR, CLR, and
Notary Public

### Page 2

1      S T I P U L A T I O N
2      IT IS STIPULATED AND AGREED by and
3  between the parties through their
4  respective counsel that said deposition
5  may be taken before Kimberly T. Hoff,
6  Certified Shorthand Reporter, Registered
7  Professional Reporter, Registered Merit
8  Reporter, Certified Livenote Reporter;
9      That the signature to and the
10 reading of the deposition by the witness
11 is waived, the deposition to have the
12 same force and effect as if full
13 compliance had been had with all laws
14 and rules of Court relating to the
15 taking of depositions;
16     That it shall not be necessary for
17 any objections to be made by counsel to
18 any questions, except as to form or
19 leading questions, and that counsel for
20 the parties may make objections and
21 assign grounds at the time of trial, or
22 at the time said deposition is offered
23 in evidence, or prior thereto.

### Page 3

    A P P E A R A N C E S

FOR THE PLAINTIFF:

Jay Lewis
j-lewis@jaylewislaw.com
LAW OFFICES OF JAY LEWIS, LLC
847 South McDonough Street
P. O. Box 5059
Montgomery, Alabama
(334) 263-7733

FOR THE DEFENDANT:

Richard Carrigan
richard.carrigan@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 328-1900

### Page 4

ALSO PRESENT:

Glenn Kaun
Paul Rengering

1 (Pages 1 to 4)

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

| CANDACE EPPS<br>WALGREEN COMPANY, INC. | *** HIGHLY CONFIDENTIAL *** | CANDACE EPPS<br>November 9, 2005 |

Page 5

```
 1            INDEX
 2
 3       EXAMINATION INDEX
 4
   EXAMINATION OF CANDACE EPPS:
 5   BY MR. CARRIGAN         7
 6 SEALED TESTIMONY:
     VOIR DIRE BY MR. LEWIS   104
 7
   CONTINUED EXAMINATION OF CANDACE EPPS:
 8   BY MR. CARRIGAN        105
     BY MR. LEWIS           170
 9
10          EXHIBIT INDEX
11 Defendant's
    1  Plaintiff's Initial      15
12     Disclosures
13  2  Executive Assistant      17
       Performance Review dated
14     3/16/2004
15  3  Discrimination and       66
       harassment policy signed
16     4/21/03
17  4  Employment record       107
18  5  Management Trainee      108
       Performance Review for
19     period ending March 2003
20  6  Employment record for   109
       Leland Wallace
21
    7  Complaint              145
22
23
```

Page 6

```
 1       I, Kimberly T. Hoff, a
 2 Registered Merit Reporter of Decatur,
 3 Alabama, and a Notary Public for the
 4 State of Alabama, acting as
 5 Commissioner, certify that on this date,
 6 pursuant to the Federal Rules of Civil
 7 Procedure and the foregoing stipulation
 8 of counsel, there came before me at the
 9 law offices of Jay Lewis, 847 South
10 McDonough Street, Montgomery, Alabama,
11 on Wednesday, November 9, 2005,
12 commencing at 1:20 p.m., CANDACE EPPS,
13 witness in the above cause, for oral
14 examination, whereupon the following
15 proceedings were had:
16
17         CANDACE EPPS,
18    being first duly sworn, was
19    examined and testified as follows:
20
21       COURT REPORTER: Usual
22 stipulations?
23       MR. LEWIS: Yes.
```

Page 7

```
 1         EXAMINATION
 2 BY MR. CARRIGAN:
 3    Q.  State your full name, please.
 4    A.  Candace Redale Epps.
 5    Q.  Have you been known by any
 6 other names?
 7    A.  No, sir.
 8    Q.  Where do you live?
 9    A.
10    Q.  How long have you lived at that
11 address?
12    A.  Since the end of '99, 2000.
13    Q.  Where did you live before that?
14    A.  Before that, I lived in
15 Florida.
16    Q.  Where in Florida?
17    A.  In Palm Bay.
18    Q.  What county is that?
19    A.  Brevard.
20    Q.  Where do you work now?
21    A.  Walgreens.
22    Q.  What is your job?
23    A.  Store manager.
```

Page 8

```
 1    Q.  How long have you been store
 2 manager?
 3    A.  Since February of this year.
 4    Q.  Who promoted you to store
 5 manager?
 6    A.  Paul Rengering.
 7    Q.  The gentleman at the end of the
 8 table there?
 9    A.  Yes, sir.
10    Q.  What previous positions did you
11 hold with Walgreens?
12    A.  Assistant manager, executive
13 assistant and now the store manager.
14    Q.  During what period of time were
15 you an assistant manager?
16    A.  July -- I got hired in 2002 to
17 2003.
18    Q.  2002 to 2003, you were --
19    A.  Assistant manager.
20    Q.  Okay.  And then from 2003
21 until --
22    A.  2005, I was --
23    Q.  -- early 2005, what was your
```

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

CANDACE EPPS
WALGREEN COMPANY, INC.

*** HIGHLY CONFIDENTIAL ***

CANDACE EPPS
November 9, 2005

Page 9

1    position?
2    A.  Executive assistant.
3    Q.  Okay. When you were an
4    executive assistant, did you work under
5    a store manager?
6    A.  Yes, sir.
7    Q.  Who was the store manager that
8    you worked for?
9    A.  James Freeman.
10   Q.  Did you work under any other
11   store manager other than James Freeman?
12   A.  Yes.
13   Q.  Who else?
14   A.  Mr. Leland Wallace.
15   Q.  Okay. During what period of
16   time did you work under Leland Wallace?
17   A.  From June, July -- I'm not sure
18   what month, fall of 2005 -- '-4, yeah,
19   last year, '-4.
20   Q.  I'm sorry, from fall of 2004 --
21   A.  Yeah.
22   Q.  -- until February of 2005?
23   A.  February, yes, sir.

Page 10

1    Q.  Did he leave the store?
2    A.  Yes, sir.
3    Q.  Did you replace him?
4    A.  Yes, sir.
5    Q.  Why did he leave the store?
6    A.  He got transferred back to
7    Birmingham.
8    Q.  Was that his home or his
9    preferred location?
10   A.  That's his home, I believe.
11   Q.  Do you know whether he had
12   asked to be transferred to Birmingham?
13   A.  I'm not sure if he actually
14   asked.
15   Q.  Have you ever had your
16   deposition taken before?
17   A.  Yes, sir.
18   Q.  In what situation?
19   A.  Situation where -- versus
20   Walgreens in 2003.
21   Q.  Okay. Tell me the
22   circumstances of your deposition being
23   taken in 2003.