IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **BARBARA WILSON,** | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil Case No. 2:05-cv-465-ID |
| | * | |
| **WALGREEN CO., INC.,** | * | |
| Defendant. | * | |
| | * | |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME**

 **COMES NOW** Plaintiff Barbara Wilson, by and through her attorney of record, to pray that the Court will grant her a two-week extension within which to file her response to the defendant's motion for summary judgment and would show unto the Court as follows:

1. As per this Court's order (Doc. No. 12), the said response is due as of March 30, 2006. Plaintiff's counsel has been engaged in preparation for trial, jury selection, and trial for *Campbell v. Civil Air Patrol*, which case was tried before a jury in this District during the week of March 20, 2006.

2. Plaintiff's counsel has another response to motion for summary judgment ordered due before this same court in *Gremillion v. Walgreen Co. Inc.,* on March 30, 2006.

3. Plaintiff's counsel has contacted counsel for the defendant, Ms. Alysonne Hatfield, who has authorized Plaintiff to represent that his client has no objection to the granting of a two-week extension.

 WHEREFORE, the premises considered, Plaintiff prays that the Court will grant her an enlargement of time up to and including April 13, 2006, within which to file her response to the

defendant's motion.

      RESPECTFULLY SUBMITTED on this the ____23rd____ day of March, 2006.

                                     /s/ JAY LEWIS
                                       Jay Lewis
                                       LAW OFFICES OF JAY LEWIS, LLC.
                                       P.O. Box 5059
                                       Montgomery, AL 36103
                                       334-263-7733 (Voice)
                                       334-832-4390 (Fax)
                                       J-Lewis@JayLewisLaw.com
                                       ASB-2014-E66J

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served the foregoing document on the following counsel or parties, by CM/ECF, by placing a copy of such in the United States mail, properly addressed and first class postage prepaid, or by hand delivery, on this the 23rd day of March, 2006.

John Richard Carrigan
Alysonne Hatfield
Ogletree, Deakins, Nash, Smoak & Stewart
One Federal Place, Suite 1000
1819 5th Avenue North
Birmingham, Alabama 35203

                                       /s/JAY LEWIS
                                       Jay Lewis
                                       LAW OFFICES OF JAY LEWIS, LLC.
                                       P.O. Box 5059
                                       Montgomery, AL 36103
                                       Phone: (334) 263-7733
                                       Fax: (334) 832-4390
                                       J-lewis@jaylewislaw.com
                                       ASB-2014-E66J
                                       Counsel for Plaintiff