IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BARBARA WILSON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIV. ACT. NO. 2:05cv465-ID |
| v. | ) |
| | ) |
| **WALGREEN CO., INC.,** | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon CONSIDERATION of Plaintiff's unopposed motion for enlargement of time, filed March 23, 2006 (Doc. No. 13), it is ORDERED that said motion be and the same is hereby GRANTED and that the time for Plaintiff to file a response to the pending motion for summary judgment be and the same is hereby EXTENDED to and including April 13, 2006.

Done this 29th day of March, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE