IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **BARBARA WILSON,** | * | |
|     Plaintiff | * | |
| | * | |
|     v. | * | **Civil Case No. 2:05-cv-465-ID** |
| | * | |
| **WALGREEN CO., INC.,** | * | |
|     Defendant. | * | |
| | * | |

**MOTION TO FILE NOTICE OUT OF TIME**

COMES NOW Plaintiff, by and through counsel and would show the Court as follows:

Due to a scheduling error, Plaintiff's counsel calendared the due date for filing the "Notice Concerning Settlement Conference and Mediation" on the wrong date. Pursuant to the Court's scheduling order, he said notice was due on April 10, 2006, and it was calendared for April 11th. Plaintiff's counsel discovered today that the error occurred in three separate cases.

Plaintiff apologizes to the Court for the oversight and prays leave of the Court to file the attached Notice one day out of time.

RESPECTFULLY SUBMITTED on this the ____11th____ day of April, 2006.

/s/ JAY LEWIS
Jay Lewis
LAW OFFICES OF JAY LEWIS, LLC.
P.O. Box 5059
Montgomery, AL 36103
334-263-7733 (Voice)
334-832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J

1

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served the foregoing document on the following counsel or parties, by CM/ECF, by placing a copy of such in the United States mail, properly addressed and first class postage prepaid, or by hand delivery, on this the 11th day of April, 2006.

John Richard Carrigan
Alysonne Hatfield
Ogletree, Deakins, Nash, Smoak & Stewart
One Federal Place, Suite 1000
1819 5th Avenue North
Birmingham, Alabama 35203

                                            /s/JAY LEWIS
                                            Jay Lewis
                                            LAW OFFICES OF JAY LEWIS, LLC.
                                            P.O. Box 5059
                                            Montgomery, AL 36103
                                            Phone: (334) 263-7733
                                            Fax: (334) 832-4390
                                            J-lewis@jaylewislaw.com
                                            ASB-2014-E66J
                                            Counsel for Plaintiff