IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BARBARA WILSON,** *<br>    **Plaintiff** *<br> *<br>    v. * Civil Case No. 2:05-cv-465-ID<br> *<br> **WALGREEN CO., INC.,** *<br>    **Defendant.** *<br> * | |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

COMES NOW Plaintiff, by and through counsel and reports to the Court as follows:

As required by the Court's scheduling order, counsel for Plaintiffs has met and conferred with counsel for the defendants regarding the possibility of settling this case. At this point, it appears that settlement will not be possible; however, the parties continue to negotiate. The parties do not now believe that mediation will assist them in resolving this case short of trial.

RESPECTFULLY SUBMITTED on this the ____11th____ day of April, 2006.

/s/ JAY LEWIS
Jay Lewis
LAW OFFICES OF JAY LEWIS, LLC.
P.O. Box 5059
Montgomery, AL 36103
334-263-7733 (Voice)
334-832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J

## CERTIFICATE OF SERVICE

      I hereby certify that I have served the foregoing document on the following counsel or parties, by CM/ECF, by placing a copy of such in the United States mail, properly addressed and first class postage prepaid, or by hand delivery, on this the 11th day of April, 2006.

John Richard Carrigan  
Alysonne Hatfield  
Ogletree, Deakins, Nash, Smoak & Stewart  
One Federal Place, Suite 1000  
1819 5th Avenue North  
Birmingham, Alabama 35203  

      /s/JAY LEWIS  
      Jay Lewis  
      LAW OFFICES OF JAY LEWIS, LLC.  
      P.O. Box 5059  
      Montgomery, AL 36103  
      Phone: (334) 263-7733  
      Fax: (334) 832-4390  
      J-lewis@jaylewislaw.com  
      ASB-2014-E66J  
      Counsel for Plaintiff