IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BARBARA WILSON,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) CIV. ACT. NO. 2:05cv465-ID |
| v. | ) |
| | ) |
| **WALGREEN CO., INC.,** | ) |
| | ) |
|    **Defendant.** | ) |

## ORDER

Upon CONSIDERATION of Plaintiff's motion to file notice out of time (Doc. No. 15), it is ORDERED that said motion be and the same is hereby GRANTED.

DONE this 12th day of April, 2006.

                                     /s/ Ira DeMent
                                  SENIOR UNITED STATES DISTRICT JUDGE