In The Matter Of:

**BARBARA WILSON**
v.
**WALGREEN CO., INC.**

## NO. 2:05-CV-465-D

---

**BARBARA WILSON**
**November 10, 2005**

---



# TYLER EATON

TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

## THE HIGHEST QUALITY IN COURT REPORTING

BARBARA WILSON
WALGREEN CO., INC.

BARBARA WILSON
November 10, 2005

Page 5

1         I, Stacy L. Lovin, a court
2 reporter of Birmingham, Alabama, and a
3 Notary Public for the State of Alabama at
4 Large, acting as Commissioner, certify
5 that on this date, as provided by the
6 Federal Rules of Civil Procedure of the
7 United States District Court, and the
8 foregoing stipulation of counsel, there
9 came before me at the Law Office of Jay
10 Lewis, LLC, 847 South McDonough Street,
11 Montgomery, Alabama, on November 10,
12 2005, commencing at 12:57 P.M., BARBARA
13 WILSON, witness in the above cause, for
14 oral examination, whereupon the following
15 proceedings were had:
16
17         BARBARA WILSON,
18 being first duly sworn, was examined and
19 testified as follows:
20
21 EXAMINATION BY MR. CARRIGAN:
22    Q.   State your full name, please.
23    A.   Barbara Lynn Wilson.

Page 6

1    Q.   Where do you live, Ms. Wilson?
2
3
4    Q.   How long have you been at that
5 address?
6    A.   Eight years.
7    Q.   Where did you live before
8 that?
9    A.   Rosa L. Parks.
10    Q.   How long were you there?
11    A.   About 15 years.
12    Q.   Where were you born?
13    A.
14    Q.   Have you lived here all your
15 life?
16    A.   Yes.
17    Q.   Where do you work now?
18    A.   Nowhere.
19    Q.   When was your last job?
20    A.   With Walgreen in March 2004 --
21 2005, I'm sorry.
22    Q.   Before Walgreen, where did you
23 work?

Page 7

1    A.   Alagold Riverdale.
2    Q.   What's that?
3    A.   It's a company that packs
4 pillars, and I put orders in the
5 computer.
6    Q.   When did you work there?
7    A.   Started in May the 27th, and
8 October 2003 was the last time I worked
9 there.
10    Q.   May?
11    A.   27, I think it was '98.
12    Q.   To October of 2003?
13    A.   Uh-huh.
14    Q.   What was your job there, job
15 title?
16    A.   I was a packer.
17    Q.   Why did you leave that job?
18    A.   They closed.
19    Q.   When did you first work for
20 Walgreens?
21    A.   In February 2004.
22    Q.   What job did you have?
23    A.   I was at the front, working

Page 8

1 sales person, and then I went to
2 cosmetic.
3    Q.   Which store did you work in?
4    A.   Brown Springs, down off
5 Atlanta Highway.
6    Q.   Who hired you to work for
7 Walgreens?
8    A.   Mr. Escabar interviewed me
9 first time, and Ms. Jones hired me.
10    Q.   What was your first assignment
11 for Walgreens?
12    A.   The work -- I started off
13 working in the front as a service clerk.
14    Q.   Who was your supervisor?
15    A.   Supervisor at the time,
16 Ms. Jones and Escabar and Greenwood.
17    Q.   Was Ms. Jones the store
18 manager?
19    A.   Yes, she is.
20    Q.   Was Mr. Escabar one of the
21 assistant managers?
22    A.   Yes.
23    Q.   Was Mr. Greenwood an assistant

2 (Pages 5 to 8)

BARBARA WILSON                                                   BARBARA WILSON
WALGREEN CO., INC.                                              November 10, 2005

Page 9

1 manager?
2    A.   Assistant manager.
3    Q.   Did your job assignment change
4 from service clerk at any time?
5    A.   Uh-huh.
6    Q.   When?
7    A.   It was in March. I only did
8 that for a little while, then I went to
9 cosmetic.
10    Q.   Who else worked in cosmetics
11 when you went to cosmetics?
12    A.   Tantameka Moore.
13    Q.   Is her last name Moore,
14 M-O-O --
15    A.   Moore. I think it's Moore.
16    Q.   What was Tantameka Moore's job
17 title if you remember?
18    A.   She was the head cosmetic.
19    Q.   What was your rate of pay when
20 you were in cosmetics?
21    A.   6.20.
22    Q.   How long did you work in
23 cosmetics?

Page 10

1    A.   Till March 2005.
2    Q.   That would be about a year
3 then?
4    A.   Uh-huh, a year.
5    Q.   Have you had any employment
6 since March of 2005?
7    A.   No.
8    Q.   Have you sought employment
9 since March of 2005?
10    A.   Yes.
11    Q.   Where did you seek employment?
12    A.   The Hyundai plant, and I went
13 to CVS.
14    Q.   When did you go to Hyundai?
15    A.   I didn't understand the
16 question.
17    Q.   When did you apply to Hyundai?
18    A.   It was like -- I can't
19 remember exactly when I applied, but it
20 was -- what month, I can't remember when.
21    Q.   When did you apply to CVS?
22    A.   It was like -- I think like
23 three months ago.

Page 11

1    Q.   Which store in CVS did you
2 apply to?
3    A.   The one Lower Wetumpka Road.
4    Q.   Which road?
5    A.   Lower Wetumpka Road.
6    Q.   Why did you leave Walgreens?
7    A.   Because I was up under a lot
8 of stress and emotional stress, and I
9 just couldn't take it. I left because of
10 my -- for my health reasons. I was
11 really up under a lot of stress and
12 emotional stress there. I really was.
13    Q.   Did you seek any medical
14 treatment for that?
15    A.   I went to my doctor, and he --
16 in March, and he gave me some anxiety.
17 Yes, he did. I did.
18    Q.   What did he give you?
19    A.   Some anxiety pills.
20    Q.   Who is your doctor?
21    A.   Dr. Jeffrey Mathis.
22    Q.   Where is he located?
23    A.   Seaton Road.

Page 12

1    Q.   How do you spell that?
2    A.   Seaton. S-e-a-t-o-n.
3    Q.   Okay. Did he tell you what
4 your diagnosis was?
5    A.   No. He just said I was having
6 anxiety attacks and it could be caused
7 from stress.
8    Q.   Do you recall what he
9 prescribed for you?
10    A.   Can't remember, but I have it.
11 Can't remember.
12    Q.   Ativan?
13    A.   Yes. Starts with an A, yeah.
14    Q.   What was the nature of the
15 stress that you felt you were subjected
16 to at Walgreens?
17    A.   When I was going to work each
18 and every day, you know, after -- I just
19 was going through like -- every time I go
20 to work just wasn't nothing right, which
21 I know it was. You know, and they always
22 put me -- make me felt like it wasn't
23 nothing I was doing right and always

3 (Pages 9 to 12)

BARBARA WILSON
WALGREEN CO., INC.

BARBARA WILSON
November 10, 2005

---

Page 13

1  complaining about different things, and
2  that caused me, you know, to get upset
3  and emotionally stressed and cry all the
4  time. And I just couldn't take it, you
5  know, because I know I was doing my job.
6  And I was -- every time I always asked
7  them what's the problem, you know, what I
8  do wrong. I don't even know what I be
9  doing wrong. And it really got to me. I
10  couldn't take it anymore. And it was
11  like a stressful situation to me. It's
12  nothing I did right to them. Always
13  something wrong.
14      Q.   What's a reset?
15      A.   A reset is a thing that they
16  changed like if it has a change of
17  products and they have to redo the sets.
18  You know, like, for instance, the shampoo
19  area, we have to redo that whole area and
20  change the mylars and different things
21  like that, you know, in case things have
22  to be taken off the shelf or something
23  new replaced there.

Page 14

1      Q.   When you did resets, how long
2  should that take to do the resets?
3      A.   It all depends on how big is
4  it. It depends on the size of it.
5      Q.   Okay. Were there any
6  particular resets you had trouble with?
7      A.   I was doing Maybelline, I
8  think that's what it was, and the problem
9  was that the little fixture that they had
10  to order wouldn't fit. And so -- and
11  that's the only problem I'm having at the
12  time. Ms. Jones told me just to start
13  from one end and work it in the middle
14  and we'll see what's missing. And when I
15  came back the next day, there was a
16  problem with it. They was complaining
17  about it.
18      Q.   Who was complaining about it?
19      A.   Escabar was one of them.
20  Mr. Escabar.
21      Q.   Did you ever tell Mr. Escabar
22  you thought he was the devil?
23      A.   Yes, I did because I had a bad

Page 15

1  day that day. And when I came in, I came
2  in with a good feeling, you know, because
3  I always go in -- when I go in, I go in
4  happy. I try to be happy because
5  sometimes I hate going to work because of
6  the way they make me feel. And so he
7  picks at me, makes me cry. He made me
8  cry that day in front of employees and
9  customers that was in there.
10      Q.   How did he make you cry?
11      A.   Because he hollered at me. He
12  yelled at me. He said what's wrong, I
13  try to help you. I did this. And he was
14  yelling at me. And I was trying to
15  explain to him what Ms. Jones told me to
16  do, to start from one end. I couldn't
17  fix it if there wasn't all the parts
18  there for me to finish it.
19      Q.   Was there anyone else present
20  at the time?
21      A.   Yes, Erma, Erma Freeman, she
22  was there, and Tantameka was standing
23  there.

Page 16

1      Q.   Tell me what you remember
2  doing that day.
3      A.   I just had came in. It wasn't
4  very long when I came in. I had just
5  came in, like, it was after four. And I
6  didn't really stay there that long
7  because when I got there he was yelling.
8  I was just fixing to go in the back and
9  pull the stuff that finish up Maybelline,
10  start on Maybelline. And at the time,
11  Mr. Escabar walked over, and he said what
12  did you do. You know, he was telling me
13  that you didn't do nothing. You know, he
14  was yelling at me. And I didn't -- I got
15  emotionally stressed. And at that time,
16  they called me to the office, and I
17  didn't really have a chance to do
18  anything. And they called me to the
19  office, like, twice.
20      Q.   Who called you to the office?
21      A.   I think Mr. Bergeron called me
22  to the office. He was back there with
23  them.

4 (Pages 13 to 16)

Tyler Eaton Morgan Nichols & Pritchett Inc.

BARBARA WILSON
WALGREEN CO., INC.

BARBARA WILSON
November 10, 2005

Page 17

1  Q.  What was his job?
2  A.  He was assistant manager.
3  Q.  Did you go back to the office?
4  A.  Yes, I did.
5  Q.  And what did you say and what
6  did he say?
7  A.  He was talking to me, asking
8  me what was wrong, why I was upset, why
9  this wasn't finished. And I was telling
10  him -- I couldn't explain nothing. When
11  I try to explain, look like I don't be --
12  they don't want to hear what I have to
13  say. And he was really -- I don't know.
14  He was just really like he just came
15  picking at me that day. He always,
16  always pick at me all the time.
17  Q.  Mr. Bergeron or Mr. --
18  A.  Mr. Bergeron never picked at
19  me.
20  Q.  Okay.
21  A.  Escabar, one of them, yeah.
22  Q.  What did you tell Mr. Escabar
23  that day?

Page 18

1  A.  I tell him, I say, why are
2  you -- I said, why are you yelling at me.
3  I said, I'm trying to, you know, finish
4  this, and I can't do it, you know. And
5  you -- and I said, I can't finish it
6  because they're going to have to order
7  the parts. That's what I told him. And
8  I said, Ms. Jones told me to start on
9  this end and come to the middle and then
10  we're going to see what's missing. I
11  couldn't even explain that to him. I
12  couldn't really say nothing because he
13  wouldn't allow me to say nothing. He
14  started yelling and hollering, talking
15  about this ain't finished, that ain't
16  finished. I just couldn't really say
17  anything.
18  Q.  Do you remember anything else
19  that Mr. Escabar said that day?
20  A.  He said -- he said, I'm going
21  to have to write you up. I remember him
22  telling me that. And at the time, when
23  they said I was written up the first

Page 19

1  time, I don't have no knowledge of being
2  written up the first time. I never been
3  to the office for that.
4  Q.  When Mr. Escabar told you he
5  would have to write you up, what did you
6  do?
7  A.  I didn't do nothing. And he
8  just -- it's nothing I could say. I
9  didn't say anything. I just went back to
10  my area, and then they called me back in.
11  When they called me back in, that's when
12  they had the paper for me to sign. And I
13  was told that this was going to be my
14  last time getting written up. I had one
15  more time to get writ up. And I was
16  like, I didn't know nothing about the
17  first time I got written up because
18  didn't nobody ever call me to the office
19  about it. That's why. I was shocked
20  about when they told me I had one more
21  time to get written up. That was just my
22  first time that I know of.
23  Q.  Did you sign?

Page 20

1  A.  No, I did not.
2  Q.  Did you refuse to sign?
3  A.  Yes.
4  Q.  Who asked you to sign?
5  A.  Ms. Jones.
6  Q.  Was she the store manager?
7  A.  Yes.
8  Q.  After you refused to sign,
9  what did you do?
10  A.  I just -- I told her, I
11  said -- I asked her, I said, I don't have
12  to sign this because I know I was right
13  and was wronged, you know. And then I
14  went back out there and started working.
15  And I was really emotionally stressed.
16  And then I just came back out. And I
17  just decided to make my mind up, and I
18  just quit because I couldn't take it no
19  more. I was tired of being stressed out
20  and crying.
21  Q.  Did you ask to go outside to
22  make a phone call?
23  A.  Yes. I told Tantameka to

5 (Pages 17 to 20)

BARBARA WILSON
WALGREEN CO., INC.

BARBARA WILSON
November 10, 2005

Page 21

1  watch the area while I go and make a
2  phone call.
3      Q.   Who did you call?
4      A.   I called my mom because I was
5  really upset.
6      Q.   What did you tell your mom?
7      A.   I was just telling her how
8  emotional -- how I felt and I was upset
9  crying, and I don't understand why, you
10 know, I have to go through this when I
11 come to work all the time, because she
12 know because I talk to her about it a
13 lot. And every time I went to work I'm
14 always getting upset, crying, and, you
15 know, I didn't understand that. Why I
16 should have to go to work and be happy?
17 I shouldn't have to be crying every time
18 I go to work mostly, and upset.
19     Q.   After you talked to your
20 mother, what did you do?
21     A.   I went back in.
22     Q.   How long?
23     A.   I'd say about -- I'm not -- I

Page 22

1  don't remember how long. Because after
2  that they had called me to the office.
3      Q.   Okay. And then you left?
4      A.   The second time they called me
5  to the office to sign, I left.
6      Q.   Did you go back to the office,
7  or did you just leave when they called
8  you?
9      A.   I just went and got my jacket,
10 and I left. No, I didn't go back.
11     Q.   Did you ever have a discussion
12 with Ms. Jones about a reset that you
13 were doing in which she told you of the
14 last day for the reset and you were not
15 getting it done fast enough?
16     A.   Yes, I have had -- yes, I did.
17     Q.   What are PMs?
18     A.   It's a -- certain products
19 that are in cosmetics that you can get --
20 that you sell in cosmetic. If you sell
21 it and you get PMs off it, like the money
22 -- you know, you can make money by
23 offering PMs.

Page 23

1      Q.   Were PMs payments that would
2  be made to you for sale of particular
3  cosmetic products?
4      A.   Yes.
5      Q.   Was there a record kept of how
6  many PMs you received?
7      A.   Yes, I guess they had it. I
8  don't -- I only went by my check.
9      Q.   Did you apply for a position
10 as head cosmetician or senior beauty
11 advisor at any time?
12     A.   The second time after it was
13 posted. The first time I had no
14 knowledge of it. The second time, after
15 Angela left, yes.
16     Q.   When you applied for the head
17 cosmetician position, were you
18 interviewed?
19     A.   Yes.
20     Q.   Who interviewed you?
21     A.   Mr. Wallace.
22     Q.   When did he interview you?
23     A.   I can't remember quite when.

Page 24

1      Q.   Was it in late January of '05?
2      A.   I can't remember. Probably.
3  I can't remember exactly when.
4      Q.   Did you have a scheduled
5  interview that you were unable to attend?
6      A.   Yes. But I rescheduled. He
7  told me to come in, and I did go to it.
8  I couldn't make it because my daughter,
9  and I did go to the next one. He
10 rescheduled for me.
11     Q.   On the reschedule, did he come
12 to the store where you were working?
13     A.   No. I went to -- yes, he did
14 come to the -- that one that time. Yes,
15 he did.
16     Q.   When he interviewed you at the
17 store, what happened in that interview?
18     A.   Me, him, and Mr. Escabar I
19 think -- I don't remember his name, but
20 his name is Escabar, but he is assistant
21 manager at Perry Hill at the time. And
22 we was sitting there talking, and he was
23 asking me questions about it, would I

BARBARA WILSON
WALGREEN CO., INC.

BARBARA WILSON
November 10, 2005

## Page 25

1  like to -- you know, he was explaining to
2  me how I work and how I have to come to
3  work, and he was explaining a lot of
4  stuff like that to me; would I be --
5  would I like to be, you know, head
6  cosmetic person. He was telling me that
7  my PMs was real good and I had a chance
8  to be head cosmetic person. But he say
9  he have to have -- go through someone
10  else before he let me know to hire me.
11     Q.  Did you withdraw your name
12  from consideration for that job?
13     A.  Yes, I did.
14     Q.  When did you withdraw your
15  name?
16     A.  I can't remember when.
17     Q.  Why did you withdraw your
18  name?
19     A.  Because I was put under a lot
20  of stress after that. And I was really
21  up under a lot of stress, like I couldn't
22  do my duty and finding faults what I was
23  doing at the store I was at, and that was

## Page 26

1  really upsetting me. And I know I could
2  have did it, but every day I came in
3  there was some complaint about this
4  wasn't right, that wasn't right, so that
5  made me felt like I couldn't do it, and I
6  know I could have.
7     Q.  So there were complaints about
8  your work every day?
9     A.  Yes.
10     Q.  And that was at which store?
11     A.  At Walgreen on Brown Spring
12  Road, Atlanta Highway.
13     Q.  Atlanta Highway?
14     A.  Uh-huh.
15     Q.  And Mr. Wallace considered you
16  for a head cosmetician job at a different
17  store, Perry Hill Road --
18     A.  Right.
19     Q.  -- correct?
20     A.  Uh-huh.
21     Q.  And you withdrew your name
22  from consideration at the Perry Hill
23  Road, is that right?

## Page 27

1     A.  Yes.
2     Q.  Who followed Mr. Wallace as
3  manager of the Perry Hill Road store?
4     A.  I don't understand. Could you
5  repeat that.
6     Q.  Is Mr. Wallace still the
7  manager of the Perry Hill Road store?
8     A.  No.
9     Q.  Did he leave?
10     A.  Yes.
11     Q.  Who replaced him as manager of
12  the Perry Hill Road?
13     A.  Ms. Epps.
14     Q.  Ms. Epps. Did you ever talk
15  to Ms. Epps about being head cosmetician
16  at the Perry Hill Road store?
17     A.  No, I didn't.
18     Q.  You said that there were
19  complaints about your work every day.
20  Who complained about your work?
21     A.  Ms. Jones and Mr. Escabar are
22  the only two I really had problems with.
23     Q.  What was the nature of their

## Page 28

1  complaints about your work?
2     A.  Like when I -- I worked four
3  to 11 on Sunday. And Monday morning when
4  I come in like -- or I guess overnight,
5  whoever be working, leave boxes behind
6  the counter, cosmetics. And I know I
7  have -- I clean the area out. And when I
8  come back, there be boxes there that
9  morning, and they be complaining about
10  it. Ms. Jones complain about it like I
11  left it there. And I know I be cleaning.
12  I tell her that overnight must have did
13  it. She really, like, ignored me. So I
14  really couldn't explain myself about
15  nothing.
16     Q.  So one of the complaints that
17  you remembered was boxes being left in
18  your work area?
19     A.  Yes. And Escabar, for
20  instance, he had me to pack something up
21  for inventory, and it was some picture
22  frames. And he told me it took two
23  boxes, but it had to take three boxes.

BARBARA WILSON
WALGREEN CO., INC.

BARBARA WILSON
November 10, 2005

Page 29

1   And then when I packed them up, and he
2   came back and dumped them on the floor
3   and say this not packed right; it's not
4   packed right. So he just dump them on
5   the floor and start yelling. So that
6   upset me, you know, because I did my
7   best. And I told him it took three
8   boxes, couldn't take two. And he had
9   Darryl to repack the boxes. And Darryl
10  came and told me, he said, I don't even
11  see what the problem was; it still had to
12  take three boxes to pack it.
13      Q.   What is Darryl's last name?
14      A.   I don't know Darryl last name.
15      Q.   So you recall an occasion that
16  Mr. Escabar complained about the way you
17  had packed picture frames?
18      A.   Yes.
19      Q.   And they were repacked by
20  Darryl?
21      A.   Yes.
22      Q.   Okay. Anything else?
23      A.   And when I come in, like, I

Page 30

1   had during a reset, and I had some mylars
2   was on the cart we had. And I left them
3   on the cart. And when I came back -- I
4   have no knowledge when they come back the
5   next day and move the mylars off the
6   cart. And I asked Ms. Jones, and I told
7   her I needed some more mylars because I
8   couldn't find the ones I had. She
9   wouldn't give them to me. She wouldn't
10  reprint some. She said, well, I'm going
11  to keep these. I'm going to keep these.
12  I'm not going to use -- she didn't give
13  them to me. And at the time, Missy was
14  assistant manager there, and she went and
15  reprint some more and brought them to me.
16  And that's the only way I could have
17  finished them resets.
18      Q.   The mylars were missing?
19      A.   Yes. And Missy reprinted them
20  for me, and that's the only way I
21  finished the reset.
22      Q.   Did you make any notes of any
23  complaints that were made about your

Page 31

1   work?
2       A.   Yes.
3       Q.   How many of those notes did
4   you make?
5       A.   I have two, and I brought some
6   today.
7       Q.   Okay.
8           MR. CARRIGAN: Could you mark
9   this.
10          (Whereupon, Defendant's
11          Exhibit 1 was marked for
12          identification.)
13      Q.   What I've marked as
14  Defendant's Exhibit 1, Ms. Wilson, are
15  your answers to some interrogatories in
16  request for production of documents in
17  this case. Do you recognize that?
18      A.   Could you repeat. I didn't
19  understand.
20      Q.   Do you know what this is,
21  Defendant's Exhibit 1?
22      A.   Yes, I remember seeing this.
23  It's something that I did. I mean, I had

Page 32

1   typed. Yes, I remember this. That I had
2   gave to the lawyer. I remember doing
3   this.
4       Q.   There are two notes that are
5   attached to this, one of them is dated
6   January 25, 2005, one of them is dated
7   January 5, 2005. Do you have any other
8   notes besides those?
9       A.   Uh-huh.
10      Q.   Where are the other notes?
11      A.   The other notes.
12          MS. GERARD: I don't know if
13  it's attorney-client privilege. Jay had
14  asked her to draft something as to the
15  other incidents, and she pretty much
16  verbally told you what was in the paper.
17  I don't really have a problem with it.
18  There is really not much to it. I could
19  get you a copy if you would like.
20          MR. CARRIGAN: Please.
21          MS. GERARD: It's just not --
22  would you like to go off the record --
23          MR. CARRIGAN: Please.

BARBARA WILSON
WALGREEN CO., INC.

BARBARA WILSON
November 10, 2005

Page 33

1          MS. GERARD: -- and I'll get
2     that.
3          (Said deposition was in recess
4          at 1:28 P.M. until 1:31 P.M.,
5          after which the following
6          occurred:)
7     Q.    (BY MS. CARRIGAN:)  What
8     happened on January 25th between you and
9     Ms. Jones?
10     A.    On January 25?
11     Q.    Yes.
12     A.    I know -- that's when she was
13     complaining about — I think it was,
14     like, the resets and the boxes and stuff
15     were behind the counter.  And she was
16     saying that this looked like a hog pen,
17     and she was just complaining about it, it
18     looked like a hog pen and it needed to be
19     cleaned up, this mess and when Tan come
20     back, I don't want her to come and catch
21     it like this.  She was complaining about
22     a lot of stuff.  I didn't have no peace.
23          I know it was the reset.  On

Page 34

1     that day it was the reset, when I was
2     doing the reset.  And then she was --
3     that's what she was complaining about,
4     the reset needed to be finished and it
5     wasn't done right.  And I didn't have the
6     mylars.  I couldn't finish it.  And her
7     and Mr. Greenwood were talking.  And it
8     was -- I wasn't sure; I think they were
9     talking about me.
10          But, you know, I was really
11     upset about it because I couldn't work in
12     peace there.  And I tried my best, and I
13     tried to do it, and I just -- it was
14     really hard.  I know I did my work.  I
15     did it each and every day.
16          When she was complaining about
17     the boxes and stuff and it wasn't cleaned
18     up.  And I did my best.  And overnight
19     come and mess it up, and I tell her about
20     it, you know, next day when I come in.
21     That's when I told her.  I don't have any
22     control overnight.  When I come in, I try
23     to tell her I didn't do it.  She just

Page 35

1     ignore.  So I felt really stressed out
2     there.  I felt stressed out every day I
3     went to work, every single day.
4     Q.    There are copies of two notes
5     in the attachments to the interrogatory
6     answers, which are Defendant's Exhibit 1.
7     Were there any other notes that you
8     prepared during the time that you worked
9     at Walgreens about problems you had at
10     Walgreens?
11     A.    No.
12     Q.    The note for January 5, I'm
13     not sure I can understand it.  Can you
14     read that for me, please?
15     A.    Ms. Jones at Walgreen was
16     picking at me about the reset that I was
17     doing and said this is the last day for
18     the reset.  I am keeping the mylars that
19     you reprinted -- that she reprinted, did
20     not give them to me, and I could not find
21     the mylars that I had and that was the
22     only way I was going to finish the reset.
23     Started complaining about me -- about my

Page 36

1     sales in cosmetic.  I was doing good in
2     my sales and PMs.
3     Q.    Was that the note for January
4     5 or January 25?
5     A.    Oh.  January 25.
6     Q.    Could you read the note for
7     January 5, please.
8     A.    Okay.  Ms. Jones was picking
9     at me on Wednesday the 5th -- on the 5th,
10     '05.  She started finding things that
11     wasn't right in cosmetic.  Said we need
12     to clean up this hog pen.  It wasn't
13     dirty.  She was talking about me to
14     Mr. Greenwood and Escabar.  And I thought
15     cosmetic was going to run better than
16     this while Tan was gone.  But it's not
17     nothing wrong with cosmetic.  And half of
18     the time she did not speak.
19     Q.    Okay.  Now, what is that
20     comment about Tan being gone?
21     A.    Tan was on -- I think she was
22     on vacation.  And she was saying she
23     thought that cosmetic would be run better

Tyler Eaton Morgan Nichols & Pritchett Inc.

BARBARA WILSON
WALGREEN CO., INC.

BARBARA WILSON
November 10, 2005

Page 37

1  than this while Tan was away on vacation.
2  And she didn't want Tan to come back and
3  see it like a hog pen. She going to be
4  very disappointed, that's what she was
5  saying. And the sales was -- something
6  was wrong with the sales. Was nothing --
7  I was good in my sales. I was good in my
8  PMs. And I didn't see nothing was wrong
9  with cosmetic. I did my best.
10      MR. CARRIGAN: Would you mark
11  this as the next exhibit, please.
12      (Whereupon, Defendant's
13      Exhibit 2 was marked for
14      identification.)
15      Q.   Ms. Wilson, do you recognize
16  Defendant's Exhibit 2?
17      A.   Yes.
18      Q.   What is that?
19      A.   This is when I first filed for
20  the -- the lawsuit. I remember this.
21      Q.   In the initial disclosures you
22  identify three people as witnesses who
23  have information about your claims. You

Page 38

1  mentioned yourself, you mentioned Angela,
2  and there is no last name given. Do you
3  know her last name?
4      A.   No, I don't know Angela's last
5  name.
6      Q.   And you mentioned JoAnne
7  Jones. Is JoAnne Jones the lady who's at
8  the end of the table here?
9      A.   Yes.
10      Q.   What information does Angela
11  have about your claims in this case?
12      A.   I don't understand the
13  question.
14      Q.   You listed her as a possible
15  witness about the case. What does she
16  know that might be important to this
17  case?
18      A.   When she first -- when I first
19  started training her, she was telling me
20  that she was going to be the head
21  cosmetic person. She know they were
22  really upset at me, and I was -- that she
23  was going to be paid, like, two dollars

Page 39

1  more than me, eight dollars. And she was
2  saying that I trained her better than
3  Tan. And she said she even mentioned it
4  to Ms. Jones how I trained -- how good I
5  was training her. And she said she
6  didn't understand why the position wasn't
7  offered to me when I first started
8  training her.
9      Q.   Which position was that?
10      A.   For -- I was training her for
11  head cosmetic. But I was a regular
12  cosmetic person.
13      Q.   What position is head cosmetic
14  person you're talking about?
15      A.   That's the one that's -- she's
16  over the head -- she over the -- she have
17  people that work up under her in
18  cosmetic. She's over the -- everything
19  that have to be done, like she tell you
20  when the resets have to be done and what
21  your job duty you have to do.
22      Q.   Where was that position?
23      A.   At Walgreen Brown Spring Road.

Page 40

1      Q.   So Angela was the head
2  cosmetician at Walgreen Brown Springs?
3      A.   No. She was head cosmetic at
4  Perry Hill Road.
5      Q.   Is that a different store?
6      A.   Yes.
7      Q.   Did you ever work at the Perry
8  Hill Road store?
9      A.   No.
10      Q.   Did you ever apply for a job
11  at the Perry Hill Road store?
12      A.   Yes. After I had applied for
13  the head cosmetic the second time.
14      Q.   Okay. Now, and I need to
15  re-ask that question. Second time what?
16      A.   The first time I had no
17  knowledge that the position was open, so
18  that's why I had applied for it when it
19  came up when Angela quit Perry Hill store
20  Walgreen.
21      Q.   Okay. Did you apply to the
22  Perry Hill store before Angela was
23  selected?

Tyler Eaton Morgan Nichols & Pritchett Inc.

BARBARA WILSON
WALGREEN CO., INC.

BARBARA WILSON
November 10, 2005

---

Page 41

1    A.   No.  Because I didn't know it
2  was open, the position was open.
3    Q.   Did you apply to the Perry
4  Hill store after Angela left?
5    A.   Yes.
6    Q.   You were interviewed for that
7  job and you withdrew your name from
8  consideration, correct?
9    A.   Yes.
10   Q.   When the first -- okay.  When
11 did you first learn that there was a
12 Perry Hill store?
13   A.   I can't quite remember.  I
14 think it was in June.
15   Q.   Do you have any children?
16   A.   Yes.
17   Q.   Do you have a daughter?
18   A.   Yes.
19   Q.   How old is your daughter?
20   A.
21   Q.   Did you ever talk to anybody
22 about wanting to be the head cosmetician
23 at Perry Hill before Angela was selected?

Page 42

1    A.   No.  Because I -- no, I
2  didn't.
3    Q.   Okay.  Who -- do you know who
4  made that selection?
5    A.   Ms. Jones.
6    Q.   Was Ms. Jones your manager?
7    A.   She was my store manager.
8    Q.   Would you say she was familiar
9  with your qualifications and your job
10 performance?
11   A.   Yes.
12   Q.   Did you ever tell her that you
13 wanted to be head cosmetician at Perry
14 Hill?
15   A.   No, because I didn't know the
16 position was open for it.
17   Q.   You knew it was a new store,
18 correct?
19   A.   Yes, I knew it was a new
20 store.
21   Q.   Who did you think was going to
22 be the head cosmetician?
23        MS. GERARD:  I object to that.

Page 43

1    Q.   Okay.  I'll rephrase it.  Did
2  you understand that there would be a head
3  cosmetician position at the new Perry
4  Hill store?
5    A.   Yes.
6    Q.   Okay.  Did you ask anyone to
7  place you in that position as head
8  cosmetician at the Perry Hill store when
9  it first opened?
10   A.   No.
11   Q.   When did you first meet
12 Angela?
13   A.   In June 2004.
14   Q.   During what period of time did
15 you work with Angela in the Brown Springs
16 store?
17   A.   I'm not sure.  I can't
18 remember how long.  I can't remember that
19 period of time.
20   Q.   Was it six months?
21   A.   I'm not sure.
22   Q.   Was it a week?
23   A.   I'm not sure.  It might be a

Page 44

1  month.  I'm not sure.
2    Q.   Might be a month, but you
3  don't know how long it was?
4    A.   No, I don't.
5    Q.   When was it?
6    A.   It was in June.
7    Q.   Okay.
8    A.   It was in June.
9    Q.   June 2004.  And when did she
10 start as head cosmetician at Perry Hill?
11   A.   When the store opened up, and
12 I think it was like between the end of
13 June or the beginning of July.
14   Q.   Do you know what Angela's
15 previous employment history was?
16   A.   Yes.
17   Q.   What was her previous
18 employment history?
19   A.   She told me she was working --
20 she used to do dealing with films,
21 camera.  She used to work in a studio
22 taking pictures.  That's what she told
23 me.

11 (Pages 41 to 44)

Tyler Eaton Morgan Nichols & Pritchett Inc.

BARBARA WILSON
WALGREEN CO., INC.

BARBARA WILSON
November 10, 2005

---

Page 45

1    **Q.**   Who did she work for?
2    **A.**   Angela?
3    **Q.**   Uh-huh.
4    **A.**   I have no idea.
5    **Q.**   Other than what Angela knew
6 about her own employment history and
7 about the time that you worked with her
8 training her in the Brown Springs store,
9 do you know of any other information that
10 Angela has about this case?
11    **A.**   She just told me that she
12 never had no experience in doing
13 cosmetics. She really applied for
14 doing -- she wanted to work in photo, but
15 Ms. Jones felt that she would be better
16 in cosmetic. And she brought her to me
17 to train and said she didn't want to work
18 in cosmetic. She wanted to do photo.
19    **Q.**   Anything else?
20    **A.**   And she was just telling me
21 how good I was training her and how much
22 she made. She told me that also.
23    **Q.**   Eight dollars an hour?

---

Page 46

1    **A.**   Yes.
2    **Q.**   And you also list JoAnne Jones
3 as a person who has information about
4 this case. What information does
5 Ms. Jones have about this case?
6    **A.**   She sent Angela -- she knew I
7 had the experience in the position. And
8 she -- I didn't know -- that she didn't
9 even post it. I didn't even know it was
10 going to be open because I was, like,
11 there for the two months and I didn't
12 know. She didn't even let me know it was
13 open. I felt that she should have came
14 to me and let me know, let me have a
15 choice to apply for it. And she had
16 brought Angela in, and I had to train her
17 for the position. And she had no prior
18 experience in it, but — which I did, and
19 Ms. Jones knew that.
20    **Q.**   Is there anything else?
21    **A.**   No.
22    **Q.**   Your initial disclosures,
23 which were submitted in this case in

---

Page 47

1 July, said, "Plaintiff has no documents
2 believed to be relevant to this matter at
3 this time other than the EEOC charge of
4 discrimination and the Walgreens
5 compensation plans attached hereto." At
6 the time that that initial disclosure was
7 submitted, did you have the notes that
8 were subsequently attached to your
9 interrogatory answers?
10    **A.**   I don't understand what you're
11 saying.
12    **Q.**   This document, Defendant's
13 Exhibit 2, said you had no documents
14 relevant to the case except your EEOC
15 charge and some compensation plans.
16    **A.**   Uh-huh.
17    **Q.**   The second document we
18 received from you, the interrogatories,
19 which are marked as Defendant's Exhibit
20 1, have two handwritten notes that are
21 dated January of 2005. Did you have
22 those notes at the time you completed the
23 initial disclosures which are Defendant's

---

Page 48

1 Exhibit 2?
2    **A.**   No.
3    **Q.**   Beg your pardon?
4    **A.**   No.
5    **Q.**   When did you get these notes?
6    **A.**   After the prior time and after
7 they learned about the lawsuit. That's
8 when I started having problems, problem
9 with complaining and picking, after that.
10 That's when I started documenting the
11 notes.
12    **Q.**   Do you know when the lawsuit
13 was filed?
14    **A.**   Yes.
15    **Q.**   When?
16    **A.**   It was filed in October.
17    **Q.**   You mean the EEOC charge?
18    **A.**   I think it's around -- might
19 be July. I'm not sure. I'm not sure. I
20 can't remember that.
21    **Q.**   Okay. Did you have the notes
22 from January 5 and January 25 at the time
23 that you completed the initial

---

12 (Pages 45 to 48)

BARBARA WILSON
WALGREEN CO., INC.

BARBARA WILSON
November 10, 2005

---

Page 57

1  No. 7746 also a store you call Brown
2  Springs?
3      A.  Yes.
4      Q.  Is the 2281 East South
5  Boulevard, Store No. 6843 called South
6  Boulevard or Southern Boulevard store?
7      A.  I guess.  I have no knowledge.
8  I guess so.
9      Q.  What positions did you
10 indicate in your application summary that
11 you were interested in performing?
12     A.  At the time, I think I had put
13 in for the service clerk and whatever
14 position was open, and photo lab,
15 whatever position was open at the time.
16
17
18     A.  Yes.
19     Q.  Is that your correct address?
20     A.  Yes.
21     Q.  Are those phone numbers still
22 correct?
23     A.  Not the cell phone.

---

Page 58

1      Q.  Okay.  Do you have a different
2  cell phone number now?
3      A.  Yes.
4      Q.  What is your cell phone number
5  now?
6      A.
7      Q.  Ms. Wilson, in Defendant's
8  Exhibit 1, which are your answers to
9  interrogatories, there is an attachment
10 labeled "Addendum to the Charge of
11 Discrimination of Barbara Lynn Wilson."
12 Is that something that you signed?
13     A.  Yes.
14     Q.  Who typed this?
15     A.  Lawyer Jay Lewis.
16     Q.  When did you tell JoAnne Jones
17 that you wished to be considered for
18 promotion to higher positions?
19     A.  When I first started and she
20 was telling me that you could make more
21 money in cosmetic.  And I was telling her
22 that, yes, I do want to make more money
23 in the position, you know, higher -- I

---

Page 59

1  wanted -- I just didn't want to make no
2  money because that's why I was there, to
3  make money in the position.  That's when
4  I first started in cometic.  And she was
5  telling me that you can make money by
6  doing PMs.  You can make -- and I want
7  it.  I stated I did want to make more
8  money.
9      Q.  She told you you could make
10 money by PMs and you said you wanted to
11 make more money?
12     A.  I wanted to make money, yes.
13 And I mean that.
14     Q.  What else was said in that
15 conversation, if you recall?
16     A.  I can't remember.  It's been a
17 while.
18     Q.  When you learned that Angela
19 was going to be head cosmetician at the
20 Perry Hill store, did you make any
21 internal complaints within Walgreens?
22     A.  No.
23     Q.  Did you ask Ms. Jones to make

---

Page 60

1  you head cosmetician at the Perry Hill
2  store?
3      A.  No.
4      Q.  How long had Ms. -- I'm sorry,
5  how long had Angela been at Walgreens at
6  the time you met her?
7      A.  I was there like two months.
8  She had just came in like -- when I met
9  her, I think it was like a day or two
10 when I met her.
11     Q.  You had been there a few
12 months?
13     A.  Yes.
14     Q.  Where did she work before?
15     A.  Me?
16     Q.  Where did she work before?
17     A.  She said she worked -- she
18 stated to me that she worked with photo,
19 and she used to do photo sets and stuff.
20 That's what she was telling me she had
21 done.
22     Q.  Do you know where she worked?
23     A.  No.

---

15 (Pages 57 to 60)

BARBARA WILSON
WALGREEN CO., INC.

BARBARA WILSON
November 10, 2005

---

Page 61

1    Q.    When were you first treated by
2    Dr. Mathis?
3    A.    It was in March 2005.
4    Q.    Is that the first time you
5    ever visited Dr. Mathis?
6    A.    He is my primary doctor.
7    Q.    When were you first treated by
8    Dr. Mathis?
9    A.    I don't remember because he
10   had been my doctor.
11   Q.    Several years?
12   A.    Yes.
13   Q.    Do you know who Leon Jones is?
14   A.    No.
15   Q.    Did you ever meet with the
16   EEOC investigator who was investigating
17   your charge?
18   A.    Yes.
19   Q.    Do you know the name of the
20   EEOC investigator who investigated your
21   charge?
22   A.    I know it was Mr. Jones, but I
23   couldn't remember the name.

Page 62

1    Q.    What did you tell Mr. Jones?
2    A.    I remember telling him about
3    how I had trained Angela for the position
4    and that what she had told me that she
5    was getting trained for the head cosmetic
6    position and I had no knowledge that it
7    was -- the position was open for head
8    cosmetic and it was never posted for me
9    to know.
10          And I was telling him that --
11   how Angela said how well I was training
12   her and she went to Ms. Jones about it
13   and tell her -- even also stated to
14   Ms. Jones that -- how good I was training
15   her and I was training her better than
16   Tan, that's what she told me.
17          And I was telling him how
18   upset I was about not having the
19   position, you know, was recognized for
20   the position. And he asked me a lot more
21   questions.
22          And he was asking me about how
23   well I got along with Tan. And I have no

Page 63

1    problem with Tan. And he asked me did we
2    go to the same church. He asked me a lot
3    of things.
4    Q.    What else do you remember
5    telling him?
6    A.    Basically, I think that I just
7    only remember telling him what I said
8    about Angela. Because it's been a while,
9    I can't remember everything that I had
10   told him.
11         MR. CARRIGAN: Mark this as
12   the next Defendant's Exhibit, please.
13         (Whereupon, Defendant's
14         Exhibit 4 was marked for
15         identification.)
16   Q.    Do you recognize that
17   document, which is Defendant's Exhibit 4,
18   Ms. Wilson?
19   A.    I can't remember that one.
20   Q.    You don't remember it?
21   A.    Uh-uh.
22   Q.    I will tell you that that's
23   the complaint filed on your behalf in

Page 64

1    this case. Have you not read it before?
2    A.    I can't remember if I have.
3    Q.    When was your lawsuit filed
4    against the company?
5    A.    It was in October.
6    Q.    No. That's your EEOC charge.
7    A.    Around July. I'm not sure.
8    Q.    I think the complaint shows a
9    filing date of May.
10   A.    May.
11   Q.    Would you agree that your
12   complaint was filed in May of 2005?
13   A.    I don't remember. I can't
14   remember.
15   Q.    You don't remember?
16   A.    Uh-uh.
17   Q.    At the time your complaint was
18   filed in this lawsuit, had you already
19   quit?
20   A.    No.
21   Q.    When did you quit?
22   A.    In March.
23   Q.    Does March come before May?

16 (Pages 61 to 64)

BARBARA WILSON
WALGREEN CO., INC.

BARBARA WILSON
November 10, 2005

---

Page 69

1  Who are you referring to as the white
2  female to fill the head cosmetician
3  position at the Perry Hill Road store?
4      A.  Angela.
5      Q.  And you say "the hiring
6  decision was made by a white person." Do
7  you know who that was?
8      A.  Ms. JoAnne Jones.
9      Q.  Paragraph 19 says, "The
10 position was filled by a white female who
11 was significantly less qualified than
12 Wilson." Why do you feel that Angela was
13 less qualified than you?
14     A.  Because she had no prior
15 experience in cosmetics.  At the time I
16 was already doing it, I was in there, and
17 I feel that I was good enough to train
18 her.  And she didn't have no knowledge of
19 it until I started training her.
20     Q.  How much experience did you
21 have with cosmetics at that time?
22     A.  Two months.
23     Q.  Okay.  Paragraph 20 says, "The

---

Page 70

1  Montgomery position was never posted,
2  thus Wilson had no opportunity to apply
3  for it." In fact, you did apply for the
4  head cosmetician position, right?
5      A.  The second time.
6      Q.  The second time.  And then you
7  withdrew your application the second
8  time?
9      A.  Yes.
10     Q.  Paragraph 21 says, "During May
11 2004, the employer filled head
12 cosmetician's position in the employer's
13 Prattville store.  The hiring decision
14 was made by a white person." Do you know
15 anything about a head cosmetician
16 position in the Prattville store?
17     A.  No, I don't remember that.
18     Q.  Okay.  Well, why is that in
19 your complaint?
20         MS. GERARD:  Objection.
21     Q.  You may answer.
22     A.  I have no idea.  I don't
23 remember that.

---

Page 71

1      Q.  Did you ever apply for a head
2  cosmetician position at the Prattville
3  store?
4      A.  No.
5      Q.  Do you know who got the head
6  cosmetician position at the Prattville
7  store?
8      A.  I don't know.
9      Q.  Do you have any idea what the
10 experience is of the person who got the
11 head cosmetician position at the
12 Prattville store?
13     A.  No.
14     Q.  Paragraph 23 of your complaint
15 says, "At least one other black
16 cosmetician has been denied a promotion
17 in favor of a less qualified, newly hired
18 white applicant." Do you know who that
19 refers to?
20     A.  No.
21     Q.  Okay.  Do you know Kim
22 Freeman?
23     A.  I don't know her.  I don't

---

Page 72

1  know her.  Like I haven't -- I only met
2  her once.
3      Q.  Okay.  When did you meet Kim
4  Freeman?
5      A.  At a -- in Birmingham at a
6  cosmetic thing that they have up there
7  every year.  So that's when I met her, in
8  Birmingham.  That was the first time I
9  ever met her and the last time I met her.
10     Q.  Do you know whether she ever
11 tried to get the head cosmetician job at
12 the Perry Hill store?
13     A.  I have no knowledge of that.
14 I don't know.
15     Q.  If she and you were both
16 candidates for the head cosmetician job
17 at the Perry Hill store, who do you think
18 should get the job?
19         MS. GERARD:  Objection.
20     A.  Well, I don't know because I
21 don't know about her experience.  I don't
22 know.
23     Q.  If she had been in cosmetics

---

18 (Pages 69 to 72)

Tyler Eaton Morgan Nichols & Pritchett Inc.

BARBARA WILSON
WALGREEN CO., INC.

BARBARA WILSON
November 10, 2005

Page 73

1  longer than you, do you think she should
2  get the job instead of you?
3      A.  Yes.  If she has the
4  experience more than me, yes.
5      Q.  But you don't know what her
6  experience is?
7      A.  No.
8      Q.  If you applied for the job and
9  she didn't apply for it, do you think
10  that she should get it instead of you?
11      MS. GERARD:  Objection.
12      A.  I didn't understand what you
13  were saying.
14      Q.  Okay.  If you did apply for
15  that job but she didn't apply for that
16  job, even though she has more experience,
17  do you think she should get it or do you
18  think you should get it?
19      MS. GERARD:  Objection.
20      A.  Yes.
21      Q.  Should she get it or should
22  you get it, if she had more experience
23  but didn't apply?

Page 74

1      A.  If she had more experience,
2  yes.
3      Q.  Even if she didn't apply?
4      A.  No, because she didn't apply.
5  I don't know what her experience is so I
6  can't answer that.  I don't know.
7      Q.  Okay.  Do you think whether or
8  not she applied should make a difference?
9      A.  I don't know.
10      Q.  Paragraph 23 of your complaint
11  also says, "Another fully qualified and
12  trained black employee has been denied a
13  promotion to store manager."  Who are you
14  referring to there?
15      MS. GERARD:  Objection.
16      A.  I have never seen -- I don't
17  know.
18      Q.  Do you know Candace Epps?
19      A.  Yes.
20      Q.  Okay.  Have you talked to her
21  about your case?
22      A.  I haven't talked to her.  I
23  don't talk to her about my case.

Page 75

1      Q.  Never?
2      A.  Just -- well, I don't remember
3  because I don't see her and I don't even
4  talk to her.
5      Q.  Did you talk to her about your
6  application to be head cosmetician at the
7  Perry Hill Road store?
8      A.  No.
9      Q.  Not ever?
10      A.  I can't remember if I have.  I
11  only talked to Mr. Wallace that I know
12  of.
13      Q.  Okay.  Who did you tell that
14  you wanted to withdraw your name from
15  consideration for that job?
16      A.  Well, I didn't -- I talked to
17  Mr. -- when they were asking me about it,
18  Mr. Greenwood.  He was telling me about
19  it, and I told him I don't think I'm
20  going to take the position.  So really I
21  didn't talk to anybody about it.  I
22  didn't even talk to her about it.  I
23  don't remember if I have talked to her.

Page 76

1  It's been a while.  I don't remember.
2      Q.  Do you know what her
3  qualifications are?
4      A.  All I know she's a store
5  manager.
6      Q.  What store is she manager of?
7      A.  Perry Hill.
8      Q.  Do you know when she became
9  manager of Perry Hill?
10      A.  No.  I can't remember that.
11      Q.  Do you know what Walgreens'
12  policy about posting vacant positions is?
13      A.  I know it's supposed to be --
14  they believe in like promoting in the
15  company, and they supposed to post the
16  position if it come open, you know, for
17  the position, let you know what's open if
18  it's not posted.  The position was not
19  posted so I didn't know.  And I know
20  they're supposed to promote into the
21  company.
22      Q.  What is the source of your
23  information about the posting policy?

19 (Pages 73 to 76)

BARBARA WILSON
WALGREEN CO., INC.

BARBARA WILSON
November 10, 2005

Page 77

1    A.   Could you rephrase that
2    another way.  I don't know what you're
3    saying.
4    Q.   You said that you knew they
5    had a policy about posting.  How did you
6    learn about that policy?
7    A.   They have a handbook I had
8    received when I first got there.
9    Q.   What does the handbook say
10   about posting?
11   A.   I can't remember.  It's been a
12   while when I first read that.  It's been
13   a while when I read that.
14   Q.   What do you think it says
15   about posting?
16   A.   Well, to my knowledge, I think
17   it's like -- it's when a position come
18   open that you think the person that might
19   be experienced for the position, capable
20   of doing the position, it should be
21   posted to get the person that's in the
22   store a chance to apply for it.  And
23   that's my knowledge to it.

Page 78

1    Q.   Okay.  How did you know that
2    the head cosmetician job at Perry Hill
3    was vacant?
4    A.   Angela told me.
5    Q.   And did you apply for it?
6    A.   No.  She told me.  I didn't
7    even know it was vacant until she told me
8    that's what she was -- I was going to be
9    the head cosmetic person at Perry Hill.
10   Q.   So when she left, was that
11   posted?
12   A.   Yes, the second time it was.
13   Q.   And when it was posted, you
14   applied for it?
15   A.   Yes.
16   Q.   And you withdrew your
17   application?
18   A.   Yes.
19   Q.   So when paragraph 30 says,
20   "Wilson was denied promotion to the
21   higher position by virtue of the fact
22   that the position was never posted in
23   accordance with the policies of the

Page 79

1    employer, preventing her from directly
2    applying for it," that statement is wrong
3    because it was posted and you did apply
4    for it, right?
5    A.   The second time.
6    Q.   Yes.
7    A.   Not the first time.
8    Q.   Okay.  What does a senior
9    beauty advisor do?
10   A.   She's head of the -- she's
11   head of cosmetic, and she's -- like I
12   stated, she's over the cosmetic workers,
13   she makes sure everything is right, and
14   she gives them a duty to do and she have
15   to make a list for them to do things
16   every day and make sure the resets is
17   right; she have to go behind them.  And
18   she have to make sure you're doing your
19   sales.  She talks to you about your sales
20   and PM and some different things she
21   gives you to do and make sure it's right.
22   Q.   Is that what Tantameka Moore
23   does?

Page 80

1    A.   Yes.
2    Q.   In the two months that you had
3    been in cosmetics, had you ever been --
4    as of June 2004, in the two months that
5    you had been in cosmetics, had you ever
6    been senior beauty advisor?
7    MS. GERARD:  Objection.  It
8    misstates the facts.
9    A.   Could you repeat that.
10   Q.   In June of 2004 you had been
11   in cosmetics for two months, right?
12   MS. GERARD:  Objection.
13   A.   Uh-huh.
14   MR. CARRIGAN:  Could you
15   explain the basis of your objection.
16   MS. GERARD:  Yes.  She was in
17   cosmetics for three months.  She started
18   in 3/04, so March, April, May.
19   MR. CARRIGAN:  Your testimony
20   differs from the testimony of the witness
21   because several times she said two
22   months.
23   MS. GERARD:  No.  She said she

20 (Pages 77 to 80)

BARBARA WILSON
WALGREEN CO., INC.

Page 97

1  October the only places you've applied
2  are Hyundai and CVS?
3      A.   I went to other places to fill
4  out application, but I never put them --
5  returned them back to the places. And I
6  went to the employment office and go
7  online and try to find something.
8      Q.   Okay. What other places have
9  you gone?
10     A.   Just since then, them are the
11 only two I can remember I have did.
12     Q.   You think you've gone to other
13 places, but you don't remember anywhere
14 --
15     A.   I have --
16     Q.   -- except CVS and Hyundai?
17     A.   Uh-uh. I have went to other
18 places, but I never return the
19 application back. I bring the
20 application home and fill it out and
21 never take them back. Them the only two
22 I remember taking back and doing is the
23 Hyundai plant and CVS.

Page 98

1      Q.   What are the applications
2  you've brought home and completed but not
3  returned?
4      A.   Like Payless, and I went to
5  the medical supply store and Hancock's
6  Fabrics.
7      Q.   When you completed
8  applications, what did you say was your
9  reason for leaving Walgreen?
10     A.   I used to put down that, you
11 know, I just quit because I was
12 emotionally stressed.
13     Q.   Have you ever quit any other
14 jobs because you were emotionally
15 stressed?
16     A.   No.
17     Q.   Have you had any other jobs
18 other than the Alagold?
19     A.   No. I was there for eight
20 years.
21     Q.   Eight years at Alagold and
22 about a little bit more than a year at
23 Walgreen?

Page 99

1      A.   Uh-huh.
2      Q.   And no other employment?
3      A.   No.
4      Q.   I want to go back to what you
5  said was picking at you. You indicated
6  that you didn't understand what Ms. Jones
7  wanted, but you understood that the boxes
8  weren't supposed to be in that area,
9  correct?
10     A.   Yes.
11     Q.   You understood that the resets
12 were supposed to be done by a specific
13 time, right?
14     A.   Yes.
15     Q.   You had problems with the
16 reset and you blamed it on missing mylar
17 at one point?
18     A.   No, I didn't have no problem
19 in missing -- blaming it on missing
20 mylar. I just said that's the only way I
21 could have finished the reset, and I
22 didn't have the mylars to finish the
23 reset with. And so that hold me up from

Page 100

1  finishing it because I didn't have the
2  mylars to finish it.
3      Q.   What are mylars?
4      A.   It's a little -- like a little
5  bar code thing you have to go by with the
6  price on it and the name to let you know
7  what area go -- what -- the items goes
8  right up under it, let you know what it
9  is and how much it is.
10     Q.   Okay. How are the mylars
11 produced?
12     A.   Off the computer in the
13 office.
14     Q.   Who produces those?
15     A.   I'm not sure. It all depends
16 on one of the managers. They just bring
17 it to you. It be already printed up when
18 I get it. I'm not sure.
19     Q.   There weren't any missing
20 mylars. You just said that the mylars
21 just had never been done?
22     A.   The mylars were missing. At
23 my first one I had, when I came back the

BARBARA WILSON
WALGREEN CO., INC.

Page 101

next day -- everybody use the cart, the
little cosmetic cart that we have when we
use when we do a reset. It was gone, and
I didn't have no knowledge what happened
to them. And I was looking for them, and
I asked for some more mylars so I could
finish the reset.

Q.   And they did produce the
additional mylars?

A.   Missy did and the other
assistant manager did.

Q.   And you were concerned that
someone felt that you should have
completed the reset earlier?

A.   My knowledge at the time --
they didn't say nothing to me. Only
thing I was notified that when Mr. Jones
came there. That's when she said I
should have finished it. I got a certain
time you have to finish it, however it
go. That's the only time it was to my
knowledge.

Q.   So they fussed at you about

Page 102

the boxes, and they fussed at you about
the resets. What else did you have
problems with?

A.   About facing.

Q.   What is facing?

A.   Like you have to pull the
products to the front, you know, every
night. You have to keep it facing the
area so the customers can see it.

Q.   Now, did they complain that
you didn't do a good job of facing?

A.   Yes.

Q.   Who complained of that?

A.   Ms. Jones and Mr. Escabar, he
was complaining about it also.

Q.   How often did they do that?

A.   They did that like every
night. They didn't do that very often.

Q.   When did they first do that?

A.   I don't remember when.

Q.   Did you understand what they
were talking about when they talked about
facing?

Page 103

A.   Yes.

Q.   So what was it that you
considered picking at you that you didn't
understand what they wanted?

A.   Because when I used to face my
area, when the customers come in, you
have no control over when they come and
get the products and move it out the
area. And like if I used to face
overnight -- I used to work Sunday night
from four to 11. And when I come in the
next morning, they weren't faced. And
any time the customers can come in and
move the product. I don't have no
knowledge when they mess it up when I'm
gone. When I come back the next day,
it's -- it be out of place or it don't be
right. The customers been already done
move it. So I face it every night, every
Sunday night when I left.

Q.   But did you understand what
they wanted in terms of facing?

A.   Yes.

Page 104

Q.   Okay. What did they fuss at
you about or pick at you about that you
didn't understand?

A.   I didn't understand why they
was picking at me about why facing ain't
right, why the boxes are left, why your
resets not finished, and why -- they was
just picking at me about little stuff
that I didn't understand why they did it
because I didn't see no problem with it
because I was doing my job. That's what
I didn't understand.

Q.   So as far as you were
concerned, the boxes, the resets, and the
facing were not your problem?

A.   Yeah. When I did my job, it
was my problem. I did it. That's why I
didn't understand.

Q.   I'm sorry?

A.   Yes, I did it, my job. And
yes, it probably was my concern, but I
just only did my job. And I didn't see
the problem. I didn't know.

BARBARA WILSON
WALGREEN CO., INC.

BARBARA WILSON
November 10, 2005

---

Page 105

1    Q.   When you say you didn't see
2   the problem, you understood that it was a
3   problem that the boxes were there, but
4   you didn't think it was your fault?
5    A.   No, it wasn't, because I clean
6   it up.
7    Q.   When the resets weren't
8   completed, you did see the problem, but
9   you thought it wasn't your fault?
10    A.   I did my best at the time
11   because I never had no problem with her
12   complaining about the resets. Never had
13   no problem until then, after Mr. Jones
14   was there, that's when the problem
15   started about the resets, because I
16   always have did my resets. They never
17   did complain about it.
18    Q.   When was Mr. Jones there?
19    A.   I don't know when he was
20   there.
21    Q.   So you don't think there were
22   any problems before Mr. Jones was there?
23    A.   No, they didn't ever complain

---

Page 106

1   to me about the resets.
2    Q.   Before Mr. Jones was there?
3    A.   Never complained to me about
4   it.
5    Q.   How many resets had you done?
6    A.   I don't know how many I have
7   done. I can't keep track of how many I
8   have done.
9    Q.   Did you ever tell Mr. Jones
10   about --
11    A.   No.
12    Q.   -- the resets? Okay.
13    A.   Not that I remember.
14    Q.   Did you ever have any
15   discussions about promotion with anybody
16   other than Ms. Jones?
17    A.   No more than Mr. Wallace when
18   he interviewed me.
19    Q.   Okay. Anybody else?
20    A.   No.
21    Q.   When you talked to Mr. Wallace
22   in the interview, was he -- tell me what
23   he said.

---

Page 107

1    A.   He was telling me that -- how
2   he was looking at my PMs first, and he
3   was saying that you are doing real good
4   in your PMs. I have no doubt that you
5   are the good person for this position and
6   did you want to be promoted. Yes, I
7   wanted to be promoted and I wanted the
8   position at the time. And he said I did
9   have the qualification to have the
10   position.
11    Q.   That was in January of 2005?
12    A.   I'm not sure.
13    Q.   You don't know when you had
14   your interview with him?
15    A.   I don't remember that.
16    Q.   And then shortly after that
17   you withdrew your name?
18    A.   Yes.
19    Q.   Do you remember anything else
20   about your discussion with Mr. Wallace
21   that you haven't told us?
22    A.   I can't remember.
23    Q.   Did he indicate to you that he

---

Page 108

1   felt there were any problems with your
2   performance or any concerns about whether
3   you could do your job?
4    A.   No, not that I remember.
5    Q.   Did he mention anything
6   that -- anything else that you remember
7   about you or about the job or about your
8   position?
9    A.   No.
10    Q.   You said that the decision was
11   made to let somebody else decide it?
12    A.   That's what he told me.
13    Q.   Okay. Did he tell you that
14   that person was Candace Epps?
15    A.   No, he did not tell me it was
16   her at the time.
17    Q.   When he told you that the
18   decision would be made by someone else,
19   did you ask him who that would be?
20    A.   No, I did not.
21    Q.   Okay. What did you do after
22   he told you that?
23    A.   What did I do?

27 (Pages 105 to 108)

BARBARA WILSON
WALGREEN CO., INC.

BARBARA WILSON
November 10, 2005

Page 109

1    Q.    What did you do about
2    furthering your application or pursuing
3    the promotion process?
4    A.    I just went back to work and
5    waited for them to -- for to hear from
6    them. And I just was up under so much
7    stress I just withdraw my name from it.
8    Q.    How did you communicate that
9    you were withdrawing your name?
10    A.    I just didn't even go to
11    the -- I don't even remember. I don't
12    think I even remember talking to anyone
13    about it. The time I talked to someone
14    was Mr. Greenwood. That's the only time
15    I told someone I wasn't going to take it.
16    Because no one ever called me.
17    Q.    What conversation do you
18    remember with Mr. Greenwood about your
19    not taking it?
20    A.    When he was mentioning it to
21    me when was I going to go in, you know,
22    and see about the position, I told him I
23    don't think I'm going to take the

Page 110

1    position, and that's all I had stated to
2    him, that I wasn't going to take it.
3    Q.    After that, did you have any
4    discussion about promotion with anyone?
5    A.    No.
6    Q.    When was that that you
7    withdrew your name?
8    A.    I don't remember when.
9    Q.    Was it in January of 2005?
10    A.    I don't remember when.
11    Q.    What did Ms. Jones say about
12    your work that you considered negative?
13    A.    Like, she was talking about
14    when I don't -- like the reset for
15    instance, and if it's not right, they'll
16    say it's not enough space here, it's not
17    enough space there. And when I'm --
18    which I never had no problem out of her
19    complaining about the spaces and things
20    that I have done. And about when facing,
21    that's like she was telling me this ain't
22    right, your PMs ain't right. She started
23    complaining about my PMs. That's

Page 111

1    negative to me too, which I know I was
2    doing my duty.
3    Q.    What did she say wasn't right
4    about your PMs?
5    A.    She'll say it's not -- no
6    sales in cosmetics, the PMs, this not --
7    it drop, your sales -- you ain't --
8    that's what she was always complaining
9    about, which I thought I was doing well
10    in my sales, and it was on my check stubs
11    and stuff, my PMs. She was always saying
12    that -- she used to tell me when it was
13    okay, I had no problem with it. Then she
14    started complaining about my sales in
15    cosmetic.
16    Q.    What was the complaint?
17    A.    About you not getting enough
18    sales. The sales have dropped.
19    Q.    She said the sales had
20    dropped?
21    A.    Yes, like in cosmetics. Yes,
22    my PM sales had dropped.
23    Q.    How did she know that?

Page 112

1    A.    I guess she look on the
2    computer. I have no idea.
3    Q.    Do you know whether your PMs
4    had dropped?
5    A.    I thought I was doing -- she
6    used to be post it up, and I thought I
7    was doing good. I had no idea it was
8    dropping.
9    Q.    If your PMs had dropped,
10    should she have told you about that?
11    A.    I think it's like for Tan to
12    tell me, and I have no idea.
13    Q.    Okay. So one of the things
14    that she said that was negative was that
15    your PMs were dropping?
16    A.    Yes, my sales. Yes.
17    Q.    Okay. But you don't actually
18    know whether your PMs were dropping or
19    not?
20    A.    When I look at my check stub,
21    it's saying I have PMs on there, so I
22    have no idea.
23    Q.    How much were your PMs?

28 (Pages 109 to 112)

BARBARA WILSON
WALGREEN CO., INC.

BARBARA WILSON
November 10, 2005

---

Page 129

1  was still there. She was standing at the
2  register. She was standing at the desk.
3  Yes.
4      Q.   When was the first time
5  Dr. Mathis treated you for stress?
6      A.   In March.
7      Q.   March of 2005?
8      A.   Uh-huh.
9      Q.   What did you tell him had
10  happened?
11     A.   I just told him -- he told me
12  -- I was having problems like
13  emotionally. He told me my anxiety
14  attack was coming from -- I told him I
15  was under stress, a lot of stress and
16  emotion, and he was telling me that that
17  can cause my anxiety attacks.
18     Q.   When did you first have an
19  anxiety attack?
20     A.   It was in probably the end of
21  February.
22     Q.   2005?
23     A.   Uh-huh.

Page 130

1      Q.   Since you've left Walgreens,
2  have you had any other anxiety attacks?
3      A.   No.
4      Q.   Do you have any other evidence
5  to support your claims that you haven't
6  mentioned yet?
7      A.   No.
8      Q.   Do you know any other
9  witnesses that would be able to support
10  your claims that you haven't already
11  identified?
12     A.   No more than Erma, because she
13  witnessed everything.
14     Q.   What did Erma Freeman witness?
15     A.   She witnessed me crying and
16  the way they used to talk to me, you
17  know, fuss. And she would always relieve
18  me to go and wash my face because I would
19  always be upset and crying. She
20  witnessed that a lot.
21     Q.   How many times did you leave
22  the floor upset and crying?
23     A.   I remember three times, and

Page 131

1  she watched cosmetic for me till I go.
2      Q.   When was the first of those
3  times?
4      A.   Excuse me?
5      Q.   When was the first time that
6  happened?
7      A.   I don't remember exactly when
8  the first time when it happened. I
9  remember one time when Ms. Jones was
10  fussing at me about something wasn't
11  right in cosmetic, I'm not sure. And she
12  asked me was I upset with her. I
13  remember that.
14     Q.   Who asked you whether you were
15  upset with her?
16     A.   Ms. Jones.
17     Q.   What did you say?
18     A.   I told her yes, I had, you
19  know.
20     Q.   Okay. When was that?
21     A.   Huh?
22     Q.   When was that?
23     A.   When was it?

Page 132

1      Q.   Yes.
2      A.   I'm not sure exactly when.
3      Q.   Okay. Approximately when?
4      A.   I can't remember exactly when
5  the date was. I can't remember when,
6  exactly when.
7      Q.   I asked you approximately
8  when.
9          MS. GERARD: I object. She
10  answered it.
11     Q.   You don't know when that was?
12     A.   I can't remember when.
13     Q.   The first occasion that you
14  remember that Erma Freeman had to relieve
15  you because you were crying after you had
16  had discussion with Ms. Jones and
17  Ms. Jones asked if you were upset with
18  her, what else did you say or did
19  Ms. Jones say at that time?
20     A.   I don't remember. I know she
21  just took me in the office and talked to
22  me, and I don't remember what the
23  conversation really was about.

33 (Pages 129 to 132)