# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA | |
| ☐ EEOC | 130 2005-00242 |

_____ Barbara Lynn Wilson _____

and EEOC

*State or local Agency, if any*

| NAME (Indicate Mr., Ms, Mrs.) | HOME TELEPHONE (*Include Area Code*) |
|---|---|
| Ms. Barbara Lynn Wilson | (334) 356-9382 |

| STREET ADDRESS    CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|
| 3007 Barksdale Drive, Montgomery, Alabama 36110 | 9/20/66 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (*If more than one list below.*)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (*Include Area Code*) |
|---|---|---|
| Walgreen | 500 Plus | 334-409-0144 |

| STREET ADDRESS    CITY, STATE AND ZIP CODE | COUNTY |
|---|---|
| 6680 Atlanta Highway, Montgomery, Alabama 36107 | Montgomery |

| NAME | TELEPHONE NUMBER (*Include Area Code*) |
|---|---|
| | |

| STREET ADDRESS    CITY, STATE AND ZIP CODE | COUNTY |
|---|---|
| | |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box (es)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN

☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify)

DATE OF DISCRIMINATION TOOK PLACE
EARLIEST                    LATEST
                                June, 2004

☐ CONTINUING ACTION

THE PARTICULARS ARE    (If additional space is needed, attach extra sheet (s):

See attached Addendum.

☐ I want this charge filed with both the EEOC and the State or local Agency, it any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY (When necessary for State and Local Requirements)

*Dana B English* 9/19/0?

I swear of affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty or perjury that the foregoing is true and correct

*Barbara Wilson*

Date 10-15-04    Charging Party (*Signature*)

SIGNATURE OF COMPLAINANT

*Barbara Wilson*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, day and year)

## ADDENDUM TO THE CHARGE OF DISCRIMINATION
## OF BARBARA LYNN WILSON

My name is Barbara Lynn Wilson, Black female. I have been employed by the Walgreen Company since February 15, 2004. I presently hold the position of Cosmetician in the Brown Springs Road store in Montgomery, Alabama; I have held that position for the entire duration of my employment with Walgreen.

During my employment I informed JoAnn Jones, White female Store Manager, that I wished to be considered for promotion to higher positions.

During June, 2004, I was assigned to train a newly-hired White female as a Cosmetician. During that training, I learned that I was training the White female to take the position of Head Cosmetician at Walgreen's new Perry Hill Road location. At the conclusion of her training and upon the opening of the Perry Hill Road store, the White female was promoted to Head Cosmetician at that store. I remained at the Brown Springs Road store as Cosmetician.

The White female had no commercial experience in cosmetics prior to my training her; she had less tenure at Walgreen than I did. Her qualifications were inferior to mine.

My hourly pay is $6.20 per hour; the Head Cosmetician is paid $8.00 per hour.

I have been the victim of discrimination on the basis of my race, Black, in violation of Title VII of the Civil Right Act of 1964 (as amended) and 42 U.S.C. § 1981.

*Barbara Lynn Wilson*

BARBARA LYNN WILSON

SWORN TO and SUBSCRIBED before me this _15_ day of October, 2004.

NOTARY PUBLIC, State at Large
My commission expires _11/06/04_