IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BARBARA WILSON,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) CIV. ACT. NO. 2:05cv465-ID |
| v. | ) |
| | ) |
| **WALGREEN CO., INC.,** | ) |
| | ) |
|    **Defendant.** | ) |

**ORDER**

Upon CONSIDERATION of Plaintiff's motion to strike, filed April 13, 2006, it is ORDERED that Defendant show cause, if any there be, on or before April 24, 2006, why said motion should not be granted.

DONE this 13th day of April, 2006.

                          /s/ Ira DeMent
                          SENIOR UNITED STATES DISTRICT JUDGE