# Application Summary

## Contact Information

**Angela J Duke (Angela)**

'hone

## Positions

*Cosmetics*
*Photo*

## Availability

| | |
|---|---|
| Shift | Full Time |
| Days | Yes |
| Nights | Yes |
| Weekends | Yes |
| Holidays | No |
| Overnights | Yes |
| Available to start | 06/14/2004 |

## Areas of Concern

**Exceptions**

- Unavailable to work holidays

**Notes of Interest**

- Previous employment included handling cash
- Listed a job history with more than 1 month gap between jobs

## Employment History

*Previously Employed by Walgreens?* No

**Photographic Solutions LLC - Montgomery, AL United States**

02/01/2000 - 02/01/2004

| | |
|---|---|
| Supervisor | Bill Henley (334)834-3686 |
| Position | cus.service manage |
| Reason for Leaving | Laid off |

**Roger Curry Photography - Montgomery, AL United States**

03/01/1996 - 01/01/2000

| | |
|---|---|
| Supervisor | Roger Curry |
| Position | of. man/photo assi |
| Reason for Leaving | Other |

## Store Preferences

* #2203   3892 Atlanta Hwy, Montgomery, AL
  #6843   2281 E South Blvd, Montgomery,
* preferred stores