IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BARBARA WILSON,** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv465-ID |
| ) | (WO) |
| **WALGREEN CO., INC.** ) | |
| ) | |
|    **Defendant.** ) | |

### FINAL JUDGMENT

In accordance with the prior proceedings, opinions and orders of the court, it is CONSIDERED, ORDERED and ADJUDGED that summary judgment be and the same is hereby ENTERED in favor of Defendant Walgreen Co., Inc., and against Plaintiff Barbara Wilson and that Plaintiff take nothing by her said suit.

It is further CONSIDERED and ORDERED that all costs herein incurred be and the same are hereby TAXED against Plaintiff, for which let execution issue.

DONE this 28th day of June, 2006.

                                                /s/ Ira DeMent
                                              SENIOR UNITED STATES DISTRICT JUDGE