☙AO 133   (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

BARBARA WILSON, Plaintiff

V.

WALGREEN CO., INC., Defendant

**BILL OF COSTS**

Case Number:  2:05-CV-465-D

Judgment having been entered in the above entitled action on __June 28, 2006__ against __Plaintiff__, the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 39.90 (see Composite Exh. A) |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) .. Deposition (see Composite Exh. A) | 539.95 |
| **TOTAL** | **$579.85** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: __Jay Lewis, Esq.__

Signature of Attorney: _[signature]_

Name of Attorney: __J. Richard Carrigan__

For: __Walgreen Co., Inc.__          Date: __July 5, 2006__

Name of Claiming Party

Costs are taxed in the amount of  $579.85  and included in the judgment.

DEBRA P. HACKETT
Clerk of Court                 By: _[signature]_ Deputy Clerk       7-6-06  Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) ||||||||
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE || SUBSISTENCE || MILEAGE || Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."

# COMPOSITE EXHIBIT "A"

## DEFENDANT'S ITEMIZED BILL OF COSTS

Defendant Walgreen Co. submits the following Itemized Bill of Costs:

**A. Deposition Costs**

1. Barbara Wilson deposition transcript (November 10, 2005) (invoice attached)     $ 539.95

TOTAL DEPOSITION COSTS:     **$ 539.95**

**B. Documents Reproduced in Support of Motion for Summary Judgment**

1. Motion for summary judgment
   3 pages x 2 copies @ $.15     $ .90

2. Supporting brief
   18 pages x 2 copies @ $.15     $ 5.40

3. Evidentiary Submission
   94 pages x 2 copies @ $.15     $ 28.20

4. Opposition to Plaintiff's Motion to Strike Affidavit of JoAnn Jones
   9 pages X 2 copies @ $.15     $ 2.70

5. Reply brief
   9 pages x 2 copies @ .15     $ 2.70

TOTAL COSTS FOR EXEMPLIFICATION OF PAPERS:     **$ 39.90**

**GRAND TOTAL**     **$ 579.85**

Vendor # 920248  Location # 111
Approved by J.W.J.  Date 12-5-05
Resp. Party #
G/L code 2012

Client/Matter # 440654.18
Cost Code 5170
Voucher # _____ Pay Date ____

## TYLER EATON
TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

(205) 252-9152 • Toll-Free (800) 458-6031 • Fax (205) 252-0196
One Federal Place, Suite 1020 • 1819 Fifth Avenue North
Birmingham, Alabama 35203

JOHN RICHARD CARRIGAN
OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 5th Avenue North
Birmingham, AL  35203

November 22, 2005

Invoice# 05-1893

Balance:     $539.95

Re: BARBARA WILSON V WALGREEN CO., INC.
    on 11/10/05 by STACY LOVIN

Charge Description                                                     Amount
DEPONENT: BARBARA WILSON

.50    PER DIEM                    @ 100.00/DAY              50.00
143    ORIGINAL & 1 PAGES          @   3.05/PAGE            436.15
1      ASCII DISK                  @  20.00/EACH             20.00
1      TRAVEL TRANSCRIPT           @  20.00/EACH             20.00
46     EXHIBITS                    @    .30/PAGE             13.80

Please Remit --->  Total Due:   $539.95
EIN 20-2042132

Please Detach and Return Stub With Payment
*************PAYMENT DUE UPON RECEIPT*************

Remit to:

## TYLER EATON
TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

One Federal Place, Suite 1020
1819 Fifth Avenue North
Birmingham, Alabama 35203

Invoice# 05-1893

Balance$    539.95

Cm # 440654.18
X _____
Approved

EIN 20-2042132